**5.13.22**

Gastonia Police Department ✓
      Hello, the overwhelming majority of inquiries that we get on this case are not phrased as nicely as your question was phrased.

Here is what we can provide. The Gaston County court system has postponed this case on a couple of occasions and has yet to set the next trial date.

As far as the body cam, NC law prohibits the release of any body cam video without a judge's approval. Last November, a petition was made by a local media outlet to have the body cam released. The Judge denied that request for at least while the criminal trial is pending.

GPD released a statement on this case back in October ( https://rb.gy/u8vfzu ) GPD is also limited in what it can say about the facts of this case due to the pending trial.

The fact that NC law prohibits body cam release has been reported on multiple times here in local media. However, people who live out-of-state and have taken an interest in this case either haven't been told by their particular media source that the body cam cannot legally be released or that particular media source has chosen to ignore or down-play the fact that State law prohibits the body cam from being released.

We hope this answers your question!

Like · Reply · 42 w · Edited      17

Gastonia Police Department ✓

Law enforcement and the court system are two separate components of the overall criminal justice system. Law enforcement's role ends once a person has been criminally charged (unless of course new charges come to light) and the case is turned over to the court system for prosecution.

This case is now going on seven months old. There has been no interim reports from the police department because, frankly, since our statement at the end of October there has been nothing new to report. Criminal charges were placed immediately after the arrest in October, the case was immediately turned over to the court system in October, and the police department is waiting to find out when the next court date will be just like everyone else.

The police department did conduct an internal investigation (which was previously reported on) into this arrest. The fact that the findings of ANY internal investigation are shielded by state law has also previously been reported on. It has already been publicly reported that one officer who was involved in this case resigned back in February.

We hope this adds a little bit of clarification.

**6.21.2022**

Gastonia Police Department ✓
     It's been out for 3 weeks. we have this update as well: 

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing.

I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations.

My office's dismissal of the relevant charges as part of a plea agreement was in no way a repudiation or negative reflection of the actions of the officers involved; in fact, it was an act of mercy given to a veteran with a very concerning criminal history in hopes that he would receive the assistance he dearly needs.

(Additional information GPD previously released that was not part of D.A. Pages's statement)
Furthermore, regarding Mr. Rohrer's arrest, GPD has previously stated that Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sadly, Sunshine died two days later in a neighboring county at the home of someone whom Mr. Rohrer knew after Sunshine to escape from that home and was hit by a car.

**Gastonia Police Department** ✓

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing.

I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations.

My office's dismissal of the relevant charges as part of a plea agreement was in no way a repudiation or negative reflection of the actions of the officers involved; in fact, it was an act of mercy given to a veteran with a very concerning criminal history in hopes that he would receive the assistance he dearly needs.

(Additional information GPD previously released that was not part of D.A. Pages's statement) Furthermore, regarding Mr. Rohrer's arrest, GPD has previously stated that Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sadly, Sunshine died two days later in a neighboring county at the home of someone whom Mr. Rohrer knew after Sunshine to escape from that home and was hit by a car.

**Gastonia Police Department** ✓
                no citizens were tased as you alleged, the specific wording for what Mr. Rohrer was charged with is included in one of our posts above. He was previously warned multiple times that what he was doing where he is is a violation. He chose to continue his activity. The officers wanted to cite and release and he did not want to cooperate. His actions led to his arrest.

**Gastonia Police Department** ✓
                his Veterans Administration ID card, not a DOD ID card. Does the V.A. ID have the information on it that is required to complete a NC criminal citation? The NC ID he also had in his hand did have that information but he refused to hand it over after being repeatedly asked.

**Gastonia Police Department** ✓
                and the officer told him that he didn't care that his NC ID was expired. They needed certain info off it and he refused to provide it. Officers could have arrested him right away but wanted to cite and release, his lack of cooperation resulted in the arrest. He could have walked away with a citation but he choose a different route.

✎ Author
**Gastonia Police Department** ✓
                well, this almost year-old case is closed. The officers were cleared of any wrong doing a long time ago. Thank you for your continued support on our page though!

**Gastonia Police Department** ✓
                1) that he wasn't commenting a crime: false 2) that he cooperated: false 3) that GPD killed Sunshine: False 4) That the charges were dropped for a lack of merit: False

**Gastonia Police Department** ✔
▮▮▮▮▮

Below is a complete rundown of all the facts of this case:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issues a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate. Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

in the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

**p**

---

**Gastonia Police Department** ✔
▮▮▮▮▮ perhaps you missed the October 9 body cam video that was posted when WE posted the October 13 video? Mr. Rohrer was warned multiple times that what he was doing was a violation and he chose to go back and continue his activities. And no, his Veterans Administration card does not have the required information needed to complete a North Carolina criminal citation. Did you also miss our D.A.'s statement where Mr. Rohrer has a concerning criminal history? His actions led to his arrest.

---

**Gastonia Police Department** ✔
▮▮▮▮▮ he was charged with a crime, upheld by two grand juries and agreed to a plea deal related to these charges.

✏️ Gastonia Police Department
**Gastonia Police Department** ✔
Joshua Rohrer
https://www.floridatoday.com/.../commissioner.../96
41671002/ and neither one of these states have anything to do with the law HERE in NC that you were charged with and agreed to a plea deal so that you could go to veterans court after TWO separate grand juries found probable cause that you violated the law here in NC.



FLORIDATODAY.COM
Brevard County borrows playbook from Melbourne an...

32w                                     4

✏️ Author
**Gastonia Police Department** ✔
Joshua Rohrer seems a bit one sided that you and/or your supporters tag us on a post on your private support page and then disable comments so that we can't respond back to you.

32w                                    

**Gastonia Police Department** ✓
Joshua Rohrer why won't you let us respond to comments that you tag us in on your support page?

32w

✐ Author
**Gastonia Police Department** ✓
Joshua Rohrer comments have been disabled on GPD's YouTube since the channel was created.

32w

✐ Author
**Gastonia Police Department** ✓
Joshua Rohrer no option to reply and notice on page of comments were disabled



32w

✐ Author
**Gastonia Police Department** ✓
Joshua Rohrer or why not let people you and your supporters tag in that private group allow for the tagged agency to respond to correct inaccurate statements?

32w

✐ Author
**Gastonia Police Department** ✓
Joshua Rohrer yes, members of your private group are commenting but those outside the group that you or someone else tags in a post from that group are unable to respond to the tags.

✐ Author
**Gastonia Police Department** ✓
Joshua Rohrer who knows what the issue is but we are unable (as there is no option to reply) to the post where you tagged us and made reference to the grand jury process.

**Gastonia Police Department** ✓
_____ well, then may we suggest you lobby your elected representative here in NC and get the NC that he was charged with and confirmed by two grand juries changed.

32w

✐ Author
**Gastonia Police Department** ✓
_____ then lobby your local rep to get the law here in NC changed.

😂

32w

✐ Author
**Gastonia Police Department** ✓
_____ he was charged with a crime under NC law, two grand juries concurred with the charges. He was offered a plea deal to get him into a veterans treatment court that can address his needs. He agreed to that deal. He didn't have to, he could had his day in court on the separate charges, he chose to take the deal which got him into the veterans court. Body cam was not released because a judge denied a local media outlet's petition until the criminal charges were adjudicated. When the charges were adjudicated, Josh's team filed to have the video released. The City did not oppose and in fact, wanted, additional video released, which Josh's team refused to respond to. The dog died two days later in a different county while at the home of someone Josh knows. We believe that about covers everything that you said.

32w

✐ Author
**Gastonia Police Department** ✓
_____ he had an attorney who agreed to the plea

**Gastonia Police Department** ✓
_____ he was charged with a crime in NC, a magistrate agreed with the charges. Two grand juries concurred with the charges. He agreed to a plea deal to get into a veterans treatment court. He could have had his day in court and possibly been found not guilty on all the charges but he chose to accept the deal that was offered to him and he agreed to go to veterans court. When the first judge did not allow the body cam to be released you knew video would not be coming out until at least the criminal charges were adjudicated one way or another. Josh's plea deal actually accelerated the release of the video (which the City did not oppose) because had he not agreed to the plea and not gone to court yet on these charges, you know the video would still not be out.

**Gastonia Police Department** ✓

[REDACTED] we released the video over a month ago. Now that the criminal charges have been adjudicated through a plea deal, below is a complete rundown of all the actual facts of this case:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issues a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate, Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

in the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest. *

**7.28.22**

**Gastonia Police Department** ✓

[REDACTED] Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sunshine died two later in a neighboring county at the home of someone whom Mr. Rohrer knew after that person allowed Sunshine to escape.

Mr. Rohrer agreed to a plea deal involving the October 13 charges. See the below statement that was previously issued by the Gaston County District Attorney:

On October 13, 2021, Joshua Rohrer was charged with two (2) counts of Resisting a Public Officer, one (1) count of Soliciting Alms, and one (1) count of Soliciting from Highway following an encounter with members of the Gastonia Police Department. During that encounter, Mr. Rohrer was arrested, and members of the Gastonia Police Department deployed use of a taser toward Mr. Rohrer's service animal, Sunshine.

Mr. Rohrer's criminal charges were presented to a Gaston County Grand Jury on two occasions, and on each occasion, an independent grand jury found probable cause to support these charges.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

**8.2.22**

**Gastonia Police Department** ✓

[REDACTED] Just out of curiosity, did you see the statement and watch the complete body cam video that we put out on our social media sites, or did you see an edited video and commentary being posted by YouTubers who are monetizing this event?

**Gastonia Police Department** ✓

[REDACTED] if you watched what we put out then you would know that he was violating the law as cited in our statement and confirmed by two separate Grand Juries, he refused to show his NC ID when officers wanted to initially write him a citation and cut him loose, and he was previously warned about being at the location and that police responded to this incident due to a resident complaining about his activity. And we have no idea where you got that the Mayor's son was involved because that is flat out incorrect.

## 8.5.22

**Gastonia Police Department** ✓
Below is a complete rundown of all the facts of this case:

at 31:58 you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit

In NC (and many other states) officers can issues a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate, Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

### (partial post)

✎ Author
**Gastonia Police Department**
until people stop posting misleading and false information about this case, we will continue correcting them with the actual facts, which will include the copy and paste.

✎ Author
**Gastonia Police Department** ✓
see below, he agreed to a plea deal. He could have had his day in court on these charges. He accepted the offer given to him.

Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

### 8.8.22, 2:56 pm

**Gastonia Police Department** ✓
hypothetical question here: if the police stop a car for DWI and the driver is arrested and a passenger gets a ride home from someone else and a short time later that passenger dies in a car wreck is that passenger's death the police departments fault?

**Gastonia Police Department** ✓
his VA ID did not have the information needed (his NC ID did, valid or not) to complete a criminal citation.

**Gastonia Police Department** ✓
You do realize that Mr. Rohrer was arrested that night and went to jail correct? Are service dogs even allowed in prison cells with inmates and if so, does that mean you are ok with a dog spending 24 hrs a day in a 6x8 cell?

**Gastonia Police Department** ✓
because that is how the law works here in NC.

**Gastonia Police Department** ✓
not his Virginia ID his V.A. ID. His address along with other personal information would be required for a citation to be issued, which is what the officers wanted to do.

**Gastonia Police Department** ✓
what about an address? An address is needed to complete the citation that the officers wanted to write him and then have him go about his way? There was an address on the NC ID that he had but refused to give to the officers.

**Gastonia Police Department** ✓
hello, there has been a lot of mis-information spread on social media about this case. We are attempting to provide factual information about this case (all stuff that has already been said in our previous statements going back to October 2021) so as to mitigate the continued spread of false or misleading information.

## 8.9.22, 8:34 am

**Gastonia Police Department** ✓
ignore the out-of-staters, as it seems they have nothing better to do then insult people who have a different opinion. The people who actually live here in Gastonia are who we make our posts for!

**Gastonia Police Department** ✓
Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which promoted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sunshine died two later in a neighboring county at the home of someone whom Mr. Rohrer knew after that person allowed Sunshine to escape.

Mr. Rohrer agreed to a plea deal involving the October 13 charges. See the below statement that was previously issued by the Gaston County District Attorney:

On October 13, 2021, Joshua Rohrer was charged with two (2) counts of Resisting a Public Officer, one (1) count of Soliciting Alms, and one (1) count of Soliciting from Highway following an encounter with members of the Gastonia Police Department. During that encounter, Mr. Rohrer was arrested, and members of the Gastonia Police Department deployed use of a taser toward Mr. Rohrer's service animal, Sunshine.

Mr. Rohrer's criminal charges were presented to a Gaston County Grand Jury on two occasions, and on each occasion, an independent grand jury found probable cause to support these charges.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

**Gastonia Police Department** ✓
is there a time stamp on the video that you are looking at that shows Sunshine was ever in GPD custody?

**Gastonia Police Department** ✓ ···
ask Josh how he got the vest back.

**Gastonia Police Department** ✓
perhaps you should review the departments body cam policy which is also on our website.

✎ Author
**Gastonia Police Department** ✓ ···
Mr. Rohrer's actions led to his arrest.

✎ Author
**Gastonia Police Department** ✓ ···
Veterans Administration ID, not a DOD ID.

**Gastonia Police Department** ✓
█████ actually you hear the officer say on the video, not your VA ID, I need your State ID.

🖊 Author
**Gastonia** Police Department ✓
█████ the violation actually occurs on the video as well.

🖊 Author
**Gastonia Police Department** ✓
█████ that says for Federal purposes, like entering a building, boarding a flight. There is no mention of being acceptable for prof after committing a criminal violation.

**Gastonia Police Department** ✓
█████ that was the violation. It's even met by one of the officers that he did it right in front of them in a disregard of the law after being previously warned that what he was doing was a violation.

Like   Reply   31w

🖊 Author
**Gastonia Police Department** ✓
█████ below is what he was charged with:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

**Gastonia Police Department** ✓
█████ so what you are saying is that it ended in the same result right? No ID = arrest, officers want to cite and release but need an ID but suspect doesn't want to cooperate = arrest. He could have gotten a citation and been on his way, that's not the route he chose to take.

**Gastonia Police Department** ✓
█████ because the language in the charge doesn't apply to that. Soliciting or accepting are the key words.

Like   Reply   31w

🖊 Author
**Gastonia Police Department** ✓
█████ if they commit a crime, they get arrested. If they don't have an ID with the required information to complete a criminal citation, they can be arrested.

🖊 Author
**Gastonia Police Department** ✓
█████ if you don't like the language for the particular law he was charged with (and agreed to a plea deal related to these charges) work to get that law changed.

**Gastonia Police Department** ✓
█████ he was charged with resisting arrest and you saw the language he was charged with. It's commonly referred to as panhandling but for court and charging purposes, you have the violation language.

**Gastonia Police Department** ✓
█████ you have the language he was charred with and agreed to the plea deal . If you haven't seen it, we can provide the statement from the District Attorney that references theses charges and the details of the plea deal.

**Gastonia Police Department** ✓
█████ and it still ends up as an arrest right? The point is, the officers wanted to write a citation and release him. Mr. Rohrer didn't want to cooperate so he was arrested anyway.

Like   Reply   31w

🖊 Author
**Gastonia Police Department** ✓
█████ no, he was placed under arrest for the charging language we gave you (which Mr. Rohrer even committed in the officers presence). When they tried to take him into custody, that is when he resisted.

**Gastonia Police Department** ✓
█████ Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sunshine died two later in a neighboring county at the home of someone whom Mr. Rohrer knew after that person allowed Sunshine to escape.

Mr. Rohrer agreed to a plea deal involving the October 13 charges. See the below statement that was previously issued by the Gaston County District Attorney:

On October 13, 2021, Joshua Rohrer was charged with two (2) counts of Resisting a Public Officer, one (1) count of Soliciting Alms, and one (1) count of Soliciting from Highway following an encounter with members of the Gastonia Police Department. During that encounter, Mr. Rohrer was arrested, and members of the Gastonia Police Department deployed use of a taser toward Mr. Rohrer's service animal, Sunshine.

Mr. Rohrer's criminal charges were presented to a Gaston County Grand Jury on two occasions, and on each occasion, an independent grand jury found probable cause to support these charges.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

### 8.9.22, 9:20 am

**Gastonia Police Department** ✓
█████ actually he was charged with a crime, charges twice confirmed by two separate grand juries, and he agreed to a plea deal related to this charges.

**Gastonia Police Department** ✓
**Joshua Rohrer** Josh, did your plea deal include the October 13th charges yes or no? Did you agree to accept the plea of agreeing to go to veterans court and 24 months probation in exchange for the DA dropping the October 13 charges? Yes or no? You could have had your day in court on both the criminal and separate traffic charges but you chose to accept a plea deal that included the October 13 offenses. The charges were not dropped for lack of merit, you agreed to a plea in exchange for having those charges dropped.

**Gastonia Police Department** ✓
█████ as a former LEO, you know there is a legal process to be followed. NC law prohibits the release of ANY body cam footage without a judges approval first. A petition was filed in 2021 and a judge denied that petition until at least the criminal charges were disposed of. Mr. Rohrer agreed to a plea deal, the case was resolved and the video was released. GPD followed the law as required here in NC.

🖊 Author
**Gastonia Police Department** ✓
█████ actually a judge released it because that's how the law works here in NC. Mr. Rohrer agreed to a plea deal which accelerated the release process. Had he not pled and had he not had his day in court yet, the video would still not be out under NC law.

🖊 Author
**Gastonia Police Department** ✓
█████ just correcting the misinformation.  ···
Like   Reply   32w   👍❤ 6

🖊 Author
**Gastonia Police Department** ✓
█████ the first part of your statement is an opinion, which thanks to the 1st Amendment, you are allowed to express. The rest of your comment, we corrected to make sure that people see accurate information.





**Author**
**Gastonia Police Department** ✓
[REDACTED] we fixed your incorrect statements.

**Author**
**Gastonia Police Department** ✓
[REDACTED] you don't think providing accurate information is worth it?

**Author**
**Gastonia Police Department** ✓
[REDACTED] we call it correcting misinformation.

**Gastonia Police Department** ✓
[REDACTED] we prefer to call it correcting the misinformation being posted.

**Gastonia Police Department** ✓
[REDACTED] just correcting all the misinformation being posted.

**Author**
**Gastonia Police Department** ✓
[REDACTED] nope, inaccurate statements are misinformation.

**Author**
**Gastonia Police Department** ✓
[REDACTED] how is it that when we offer an opposing viewpoint, we are called liars (amongst other things that we can't post on here) it works both ways right?

**Author**
**Gastonia Police Department** ✓
[REDACTED] he was charged with a crime, the charges were confirmed by two separate grand juries. He agreed to a plea deal related to these charges.

**Gastonia Police Department** ✓
[REDACTED] because he did. His V.A. ID did not have the required information needed to complete a criminal citation (the officers wanted to cite and release) his NC ID (which he had in his hand) did have what they needed. He refused to hand over the ID thus necessitating an arrest.

**Gastonia Police Department** ✓
[REDACTED] there was an address listed on his NC ID and he didn't want to hand it over.

**Gastonia Police Department** ✓
[REDACTED] or he could have handed over his NC ID, received the criminal citation and been on his way.

**Author**
**Gastonia Police Department** ✓
[REDACTED] do those dozen or so accepted TSA ID's the information on a NC ID that the officers needed?

Like    Reply    32w

**Author**
**Gastonia Police Department** ✓
[REDACTED] just correcting all the misinformation.

**Gastonia Police Department** ✓
[REDACTED] he did not present the ID needed to complete the citation, lobby your local NC representative to have whatever law you feel is inappropriate changed.

**Gastonia Police Department** ✓
[REDACTED] does a V.A. ID have the information needed to complete a NC criminal citation? You know what did? His NC ID that he refused to hand over.

**Gastonia Police Department** ✓
[REDACTED] they wanted to cite and release using discretion, to do so, they needed specific information on hs NC ID. He didn't want to provide that so the other option was a physical arrest. As for the rest of your question, he was previously warned multiple times about being where he

**Gastonia Police Department** ✓
[REDACTED] he was repeatedly warned that he could not be where he was. He chose to go back and was charged appropriately after he refused to cooperate when given the opportunity to receive a criminal citation.

**Gastonia Police Department** ✓
[REDACTED] if you don't like the NC law he was charged with, then lobby your local NC representative to get the NC law he was charged with (and that was upheld by two grand juries) changed.

**Gastonia Police Department** ✓
[REDACTED] the NC law he was charged with, the magistrate who set bond, and two grand juries disagree with your assessment on if he was breaking the law or not. He agreed to a plea deal so as to go to veterans treatment court. He could have had his day in court and maybe get found not guilty on all charges, instead he agreed to accept the offer given to him.

**Gastonia Police Department** ✓
[REDACTED] Officers have discretion when choosing to write a speeding ticket vs a warning and in some cases making a physical arrest or not. In this case he was warned multiple times, officers wanted to write him a citation and have him go on his way but he refused to cooperate and was eventually arrested.

**Gastonia Police Department** ✓
[REDACTED] after the charges were adjudicated, the City did not oppose release and argued to have two additional videos released.

**Gastonia Police Department** ✓
Officers wanted to issue him a citation for violating City of Gastonia Code Section 6-228 which prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle. You can see on body cam that he commits this violation right in front of the officer and he had been previously warned about committing this violation. The officers needed specific information from his NC ID that he refused to hand over which resulted in the officers having to make a physical arrest.

**Gastonia Police Department** ✓
[REDACTED] he agreed to a plea deal on an unrelated charge. This plea deal got him into a veterans treatment court and 24 months of probation. In agree to accept the plea and going to the veterans court, the DA agreed to drop the panhandling charges. Josh could have had his day in court on all charges and perhaps been found not guilty but chose to take the plea deal.

**Gastonia Police Department** ✓
[REDACTED] we are correcting all the misinformation being posted as we see it come in. Making sure the story is being accurately reported is actually good for everybody don't you agree?

**Gastonia Police Department** ✓
[REDACTED] why? Because we are correcting misinformation? Isn't accurate reporting good for all parties?

**Gastonia Police Department** ✓
[REDACTED] he wasn't asked for his V.A. ID. He was asked for his NC ID which he had in his hand and refused to turn over. That ID has information on it that the officers needed to compete a citation and release him. He refused to provide it, thus he was physically arrested.

**Gastonia Police Department** ✓
[REDACTED] he was violating a law in NC after repeated warnings, he refused to provide the NC ID that he had and was asked for (VA was not asked for) and no, a GPD officer did not kill his dog.

**Gastonia Police Department** ✓
[REDACTED] no one said it wasn't a valid form of ID. It's not valid for the purposes of the officers wanting to write him a citation and release him. Part of the requirement is an address which is not on a V.A. ID. He had his NC ID and refused to hand it over, thus the officers had to make an arrest.

**Gastonia Police Department** ✓
[REDACTED] considering you don't live here, we will respectfully disagree with your assessment.

**Gastonia Police Department** ✓
[REDACTED] Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sunshine died two later in a neighboring county at the home of someone whom Mr. Rohrer knew after that person allowed Sunshine to escape.

Mr. Rohrer agreed to a plea deal involving the October 13 charges. See the below statement that was previously issued by the Gaston County District Attorney:

On October 13, 2021, Joshua Rohrer was charged with two (2) counts of Resisting a Public Officer, one (1) count of Soliciting Alms, and one (1) count of Soliciting from Highway following an encounter with members of the Gastonia Police Department. During that encounter, Mr. Rohrer was arrested, and members of the Gastonia Police Department deployed use of a taser toward Mr. Rohrer's service animal, Sunshine.

Mr. Rohrer's criminal charges were presented to a Gaston County Grand Jury on two occasions, and on each occasion, an independent grand jury found probable cause to support these charges.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

**Gastonia Police Department** ✓
[REDACTED] Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sunshine died two later in a neighboring county at the home of someone whom Mr. Rohrer knew after that person allowed Sunshine to escape.

Mr. Rohrer agreed to a plea deal involving the October 13 charges. See the below statement that was previously issued by the Gaston County District Attorney:

On October 13, 2021, Joshua Rohrer was charged with two (2) counts of Resisting a Public Officer, one (1) count of Soliciting Alms, and one (1) count of Soliciting from Highway following an encounter with members of the Gastonia Police Department. During that encounter, Mr. Rohrer was arrested, and members of the Gastonia Police Department deployed use of a taser toward Mr. Rohrer's service animal, Sunshine.

Mr. Rohrer's criminal charges were presented to a Gaston County Grand Jury on two occasions, and on each occasion, an independent grand jury found probable cause to support these charges.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

**Gastonia Police Department** ✓
[REDACTED] Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sunshine died two later in a neighboring county at the home of someone whom Mr. Rohrer knew after that person allowed Sunshine to escape.

Mr. Rohrer agreed to a plea deal involving the October 13 charges. See the below statement that was previously issued by the Gaston County District Attorney:

On October 13, 2021, Joshua Rohrer was charged with two (2) counts of Resisting a Public Officer, one (1) count of Soliciting Alms, and one (1) count of Soliciting from Highway following an encounter with members of the Gastonia Police Department. During that encounter, Mr. Rohrer was arrested, and members of the Gastonia Police Department deployed use of a taser toward Mr. Rohrer's service animal, Sunshine.

Mr. Rohrer's criminal charges were presented to a Gaston County Grand Jury on two occasions, and on each occasion, an independent grand jury found probable cause to support these charges.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

**Gastonia Police Department** ✓
[REDACTED] perhaps you should ask the D.A. since any court scheduling/plea deals etc are not handled by police. And the two grand juries who found probable cause would indicate that there was evidence he had done something wrong.

**Gastonia Police Department** ✓
[REDACTED] he agreed to a plea deal wherein he agreed to plea guilty to an related charge. In the plea, he agreed to attend a specialized treatment court for veterans and 24 months probation. If he pled guilty and agreed to those terms, the DA agreed to drop the panhandling charge. He agreed to those terms and entered a plea that also involved the disposition of the Oct 13 charges.

**Gastonia Police Department** ✓

[redacted] Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sunshine died two later in a neighboring county at the home of someone whom Mr. Rohrer knew after that person allowed Sunshine to escape.

Mr. Rohrer agreed to a plea deal involving the October 13 charges. See the below statement that was previously issued by the Gaston County District Attorney:

On October 13, 2021, Joshua Rohrer was charged with two (2) counts of Resisting a Public Officer, one (1) count of Soliciting Alms, and one (1) count of Soliciting from Highway following an encounter with members of the Gastonia Police Department. During that encounter, Mr. Rohrer was arrested, and members of the Gastonia Police Department deployed use of a taser toward Mr. Rohrer's service animal, Sunshine.

Mr. Rohrer's criminal charges were presented to a Gaston County Grand Jury on two occasions, and on each occasion, an independent grand jury found probable cause to support these charges.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months on the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

✏️ Author
**Gastonia Police Department** ✓          ...
 you mean like enforcing laws in NC?

**Gastonia Police Department** ✓
[redacted] he was charged with a crime and agreed to a plea deal related to these charges.

Like   Reply   32w

✏️ Author
**Gastonia Police Department** ✓
[redacted] not sure how we were stretched. Spike Cohen knew the body cam wouldn't be coming out until the charges had been adjudicated one way or the other. Had Josh not pled, and had he not had his day in court yet, the video still wouldn't be out.

**Gastonia Police Department** ✓
[redacted] he was charged with a crime and agreed to a plea deal related to these charges.

Like   Reply   32w

✏️ Author
**Gastonia Police Department** ✓
[redacted] not sure how we were stretched. Spike Cohen knew the body cam wouldn't be coming out until the charges had been adjudicated one way or the other. Had Josh not pled, and had he not had his day in court yet, the video still wouldn't be out.

✏️ Author
**Gastonia Police Department** ✓
[redacted] sorry, we have to continue correcting all the misinformation being posted.

**Gastonia Police Department** ✓
[redacted] did Josh not agree to a plea involving the disposition of the October 13 charges? As part of that plea did he or did he not agree to participate in veterans court and get 24 months probation. Josh could have had his day in court on the criminal and traffic charges. He chose to accept the plea.

Like   Reply   32w

✏️ Author
**Gastonia Police Department** ✓
[redacted] also as to your point, repeating lies from Josh's supporters who had free reign for 9 months also don't make them true.

**Gastonia Police Department** ✓
[redacted] his plea agreement included disposing of the October 13 charges if he agreed to plea to the traffic offense and go to veterans court. The charges were not dropped for lack of merit.

**Gastonia Police Department** ✓
[redacted] he was charged with a crime and agreed to a plea deal related to these charges.

**Gastonia Police Department** ✓
[redacted] then perhaps you should lobby your elected NC representatives to get the law that he was charged with changed?

**Gastonia Police Department** ✓
[redacted] again, lobby your elected NC representatives and get the NC law that is still on the books here in NC changed.

### 8.9.22, 2:41 pm

Gastonia Police Department ✓

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing.

I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations.

My office's dismissal of the relevant charges as part of a plea agreement was in no way a repudiation or negative reflection of the actions of the officers involved; in fact, it was an act of mercy given to a veteran with a very concerning criminal history in hopes that he would receive the assistance he dearly needs.

(Additional information GPD previously released that was not part of D.A. Pages's statement)

Furthermore, regarding Mr. Rohrer's arrest, GPD has previously stated that Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sadly, Sunshine died two days later in a neighboring county at the home of someone whom Mr. Rohrer knew after Sunshine to escape from that home and was hit by a car.

### 8.10.22

✏️ Author

**Gastonia Police Department** ✓          ...
[redacted] a GPD officer did not kill the dog.

**Gastonia Police Department** ✓
[redacted] you mean the response of a GPD officer did not kill that dog?

**Gastonia Police Department** ✓
[redacted] we will gladly fill him in if he needs accurate information.

**Gastonia Police Department** ✓
[redacted] we prefer to call it correcting the misinformation being spread.

**Gastonia Police Department** ✓

[redacted] Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sunshine died two later in a neighboring county at the home of someone whom Mr. Rohrer knew after that person allowed Sunshine to escape.

Mr. Rohrer agreed to a plea deal involving the October 13 charges. See the below statement that was previously issued by the Gaston County District Attorney:

On October 13, 2021, Joshua Rohrer was charged with two (2) counts of Resisting a Public Officer, one (1) count of Soliciting Alms, and one (1) count of Soliciting from Highway following an encounter with members of the Gastonia Police Department. During that encounter, Mr. Rohrer was arrested, and members of the Gastonia Police Department deployed use of a taser toward Mr. Rohrer's service animal, Sunshine.

Mr. Rohrer's criminal charges were presented to a Gaston County Grand Jury on two occasions, and on each occasion, an independent grand jury found probable cause to support these charges.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

**Gastonia Police Department** ✓

[redacted] he was charged with a crime, upheld by two grand juries and agreed to a plea deal related to these charges.

**Gastonia Police Department** ✓

[redacted] if you are asking if he was charged with offenses related to the October 13 body-cam video we released. Then the answer is yes.

## 8.11.22, 9:09 am

**Gastonia Police Department** ✓

[redacted] Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sunshine died two days later in a neighboring county at the home of someone whom Mr. Rohrer knew after that person allowed Sunshine to escape.

Mr. Rohrer agreed to a plea deal involving the October 13 charges. See the below statement that was previously issued by the Gaston County District Attorney:

On October 13, 2021, Joshua Rohrer was charged with two (2) counts of Resisting a Public Officer, one (1) count of Soliciting Alms, and one (1) count of Soliciting from Highway following an encounter with members of the Gastonia Police Department. During that encounter, Mr. Rohrer was arrested, and members of the Gastonia Police Department deployed use of a taser toward Mr. Rohrer's service animal, Sunshine.

Mr. Rohrer's criminal charges were presented to a Gaston County Grand Jury on two occasions, and on each occasion, an independent grand jury found probable cause to support these charges.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

**Gastonia Police Department** ✓

[redacted] and we will be here correcting every one of your posts.

**Gastonia Police Department** ✓

[redacted] or... maybe our silence was due to a NC court order and a pending criminal trial. Had Josh not accepted the plea or not had his day in court yet, the video still wouldn't be out and we would not have been able to comment on this case.

**Gastonia Police Department** ✓

**Michael Rafferty** or, maybe people see our responses and realize there has been a lot of misinformation spread? 🧐

## 8.11.22, 3:15 pm

**Gastonia Police Department** ✓

[redacted] Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sunshine died two days later in a neighboring county at the home of someone whom Mr. Rohrer knew after that person allowed Sunshine to escape.

Mr. Rohrer agreed to a plea deal involving the October 13 charges. See the below statement that was previously issued by the Gaston County District Attorney:

On October 13, 2021, Joshua Rohrer was charged with two (2) counts of Resisting a Public Officer, one (1) count of Soliciting Alms, and one (1) count of Soliciting from Highway following an encounter with members of the Gastonia Police Department. During that encounter, Mr. Rohrer was arrested, and members of the Gastonia Police Department deployed use of a taser toward Mr. Rohrer's service animal, Sunshine.

Mr. Rohrer's criminal charges were presented to a Gaston County Grand Jury on two occasions, and on each occasion, an independent grand jury found probable cause to support these charges.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

**Gastonia Police Department** ✓

[redacted] just correcting the false and misleading information people continue to post.

**Gastonia Police Department** ✓

[redacted] just correcting the false information being posted in places like the various YouTubers who are making money off this event.

**Gastonia Police Department** ✓
Joshua Rohrer Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sunshine died two later in a neighboring county at the home of someone whom Mr. Rohrer knew after that person allowed Sunshine to escape.

Mr. Rohrer agreed to a plea deal involving the October 13 charges. See the below statement that was previously issued by the Gaston County District Attorney:

On October 13, 2021, Joshua Rohrer was charged with two (2) counts of Resisting a Public Officer, one (1) count of Soliciting Alms, and one (1) count of Soliciting from Highway following an encounter with members of the Gastonia Police Department. During that encounter, Mr. Rohrer was arrested, and members of the Gastonia Police Department deployed use of a taser toward Mr. Rohrer's service animal, Sunshine.

Mr. Rohrer's criminal charges were presented to a Gaston County Grand Jury on two occasions, and on each occasion, an independent grand jury found probable cause to support these charges.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

---

**Gastonia Police Department** ✓
don't worry, we already know **Spike Cohen** is familiar with the below facts:

Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sunshine died two later in a neighboring county at the home of someone whom Mr. Rohrer knew after that person allowed Sunshine to escape.

Mr. Rohrer agreed to a plea deal involving the October 13 charges. See the below statement that was previously issued by the Gaston County District Attorney:

On October 13, 2021, Joshua Rohrer was charged with two (2) counts of Resisting a Public Officer, one (1) count of Soliciting Alms, and one (1) count of Soliciting from Highway following an encounter with members of the Gastonia Police Department. During that encounter, Mr. Rohrer was arrested, and members of the Gastonia Police Department deployed use of a taser toward Mr. Rohrer's service animal, Sunshine.

Mr. Rohrer's criminal charges were presented to a Gaston County Grand Jury on two occasions, and on each occasion, an independent grand jury found probable cause to support these charges.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

---

**Gastonia Police Department** ✓
show a state issued ID that has a photo, name, address, DOB, and physical descriptors

**Gastonia Police Department** ✓
he was warned multiple times and the officers wanted to issue a citation instead of making an arrest. He chose to continue his behavior. Unfortunately his actions led to his arrest

---



✎ Author
**Gastonia Police Department** ✓  •••
those are the facts.

**Gastonia Police Department**  •••
just correcting false information being posted.

**Gastonia Police Department** ✓
he violated the law after being repeatedly warned what he was doing was a violation, he refused to hand over his NC ID when asked, and was subsequently arrested.

**Gastonia Police Department** ✓
he did not hand over the NC ID when asked by the officers.

**Gastonia Police Department** ✓
because he didn't hand it over when asked. Officers have discretion, they wanted to cite and release, without the NC ID info, the other option was arrest.

**Gastonia Police Department** ✓  •••
does a VA ID have an address?

**Gastonia Police Department** ✓
his V.A. ID did not have the required info needed for the citation. His NC ID (which he had in his hand) did have that required info. The facts are that his actions led to his arrest.

**Gastonia Police Department** ✓
our position is that his Veterans Affairs or Administration card that he presented did not have the required information needed to complete the citation. The NC ID (which he had in his hand) DID have that information and he refused to hand it over. Again, his actions led to his arrest.

**Gastonia Police Department** ✓  •••
yet he did have a NC ID with an address listed on it.

**Gastonia Police Department** ✓
not for the purposes of receiving a criminal citation. A citation is an option officers can use instead of an arrest. They wanted to cite and release but he refused to hand over his NC ID which had an address and that officers knew he had in his possession. His actions led to his arrest.

**Gastonia Police Department** ✓
or maybe the address was valid, who knows, both are possibilities right?. He had a NC ID with an address that he refused to hand over. His actions resulted in his arrest.

**Gastonia Police Department** ✓
he violated the law after being repeatedly warned what he was doing was a violation, he refused to hand over his NC ID when asked, and was subsequently arrested.

**Gastonia Police Department** ✓
sharing this in case you haven't seen this information regarding the Rohrer case. There has been a lot of misinformation spread via social media about that case:

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters: ✱

**Gastonia Police Department** ✓
**Joshua Rohrer** here are the facts for your case: Below is a complete rundown of all the facts of this case:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issues a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate, Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

in the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

Statement from District Attorney Travis Page that was read at August 17 City

p

**Gastonia Police Department** ✓
did you see the October 9 video that was released. He was warned multiple times and Officer Taylor (who was a veteran) talked to him about issues not related to panhandling. Mr. Rohrer chose to go back to same location after being warned. His actions led to his arrest.

**Gastonia Police Department** ✓
t was an answer and he was warned multiple times. He chose to go back and continue doing what he already knew was a violation. His actions led to his arrest.

## 8.16.22, 7:42 pm

**Gastonia Police Department** ✓
because this is what he was charged with and the facts of the case:

Below is a complete rundown of all the facts of this case:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issues a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate, Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

in the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District

**Gastonia Police Department** ✓
much easier than having to repeatedly type that information out when we have to correct people who post false or misleading information about this case.

**Gastonia Police Department** ✓
read the facts of the case and you'll know what you just posted is both misleading and flat out false. Hence, why we have to keep doing it.....

**Gastonia Police Department** ✓
didn't he agree to the plea deal related to these charges?

**Gastonia Police Department** ✓
there is a law on the books, he was charged with it, two grand juries Agee's with the charges and he and his private attorney agreed to a plea deal related to these charges. If he and his attorney didn't agree with the charges he could have had his day in court but he chose not to pursue that route and agreed to the plea deal.

**Gastonia Police Department** ✓
a grand jury is used to provides an indictment for charges. So are you suggesting that if a grand jury indicts an individual then a trial jury has to ignore the grand juries decision that they found probable cause to support the charges? And in NC a DA can ask a grand jury to review any case, not just felonies.

**Gastonia Police Department** ✓
f that's how you feel laws work then perhaps you should have instructed his private attorney not to agree with the charges he agreed to plea too.

**Gastonia Police Department** ✓
you clearly didn't read the facts we provided.

## 8.17.22, 8:24 am

**Gastonia Police Department** ✓
as long as he keeps calling them lies, we will keep correcting him.

**Gastonia Police Department** ✓
actually we've replied to **Spike Cohen** several times. He knows the below facts already:

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing.

I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations.

My office's dismissal of the relevant charges as part of a plea agreement was in no way a repudiation or negative reflection of the actions of the officers involved; in fact, it was an act of mercy given to a veteran with a very concerning criminal history in hopes that he would receive the assistance he dearly needs.

(Additional information GPD previously released that was not part of D.A. Page's statement)

**Gastonia Police Department** ✓
███████ here's the DA's statement again from last night:

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing.

I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations.

My office's dismissal of the relevant charges as part of a plea agreement was in no way a repudiation or negative reflection of the actions of the officers involved; in fact, it was an act of mercy given to a veteran with a very concerning criminal history in hopes that he would receive the assistance he clearly needs.

**Gastonia Police Department** ✓
███████ we were the ones who put out the video. The whole 2 hours worth of video and not the snippets that YouTubers chose to show.

## 8/17/22, 12:03 pm

**Gastonia Police Department** ✓
███████ see below:

Below is a complete rundown of all the facts of this case:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issue a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate. Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

in the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters: ✱

**Gastonia Police Department** ✓
███████ this is the crime he was charged with: Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

---

**Gastonia Police Department** ✓
**Joshua Rohrer** here are the facts off your case:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issues a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate. Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

in the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters: ✱

## 8/17/22, 3:26 pm

**Gastonia Police Department** ✓

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing.

I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations.

My office's dismissal of the relevant charges as part of a plea agreement was in no way a repudiation or negative reflection of the actions of the officers involved; in fact, it was an act of mercy given to a veteran with a very concerning criminal history in hopes that he would receive the assistance he clearly needs.

(Additional information GPD previously released that was not part of D.A. Pages's statement)

Furthermore, regarding Mr. Rohrer's arrest, GPD has previously stated that Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sadly, Sunshine died two days later in a neighboring county at the home of someone whom Mr. Rohrer knew after Sunshine escape from that home and was hit by a car.

**Gastonia Police Department** ✓
███████ it's amazing we still have to correct all the false and misleading info being put out here

**Gastonia Police Department** ✓
███████ unfortunately we cannot allow people to continue to spread the misleading and false information about this case.

**Gastonia Police Department** ✓
███████ actually no, because we were in the same court room. We can link you to the body cam policy that references the tagging and retention policy of video if you would like.

**Gastonia Police Department** ✓

The officer clearly states at the 32:10 mark that the dog bit him and for Mr. Rohrer to get control of his dog. Based on the officer's reaction, the bite appears to happen at the 32:01 mark.

---

Author
**Gastonia Police Department** ✓

people should see the accurate information don't you agree?

---

**Gastonia Police Department** ✓

/Additional information GPD previously released that was not part of D.A. Pages's statement)

Furthermore, regarding Mr. Rohrer's arrest, GPD has previously stated that Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sadly, Sunshine died two days later in a neighboring county at the home of someone whom Mr. Rohrer knew after Sunshine to escape from that home and was hit by a car.

---

Chris Morgan
**Gastonia Police Department** is a VA ID a valid form of ID?   •••

Like    Reply    31w

Author
**Gastonia Police Department** ✓

not for the purposes of a NC criminal citation that officers wanted to write him and then release him.

---

**Gastonia Police Department** ✓

this is the truth:

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing.

I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations.

My office's dismissal of the relevant charges as part of a plea agreement was in no way a repudiation or negative reflection of the actions of the officers involved; in fact, it was an act of mercy given to a veteran with a very concerning criminal history in hopes that he would receive the assistance he clearly needs.

(Additional information GPD previously released that was not part of D.A. Pages's statement)

Furthermore, regarding Mr. Rohrer's arrest, GPD has previously stated that Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sadly, Sunshine died two days later in a neighboring county at the home of

---

**Gastonia Police Department** ✓

then perhaps he shouldn't had agreed to the plea deal involving those charges.

---

**Gastonia Police Department** ✓

if they can't get basic information right, how do we know anything else they are saying about this incident is right? We have provided the facts hundreds of times, people either chose not to read them, not comprehend them, or not believe them. We can't fix the above three issues. All we can do is continue to ensure that accurate information about this case is being reported.

---

Author
**Gastonia Police Department** ✓

correcting false information is hard work

---

**Gastonia Police Department** This comment section is a fair and accurate representation of what your jury pool would look like.

Like    Reply    31w                                                      😆❤️ 19

Author
**Gastonia Police Department** ✓

not really since the overwhelming majority of commenters don't even live in this state. Much like yourself for that matter.

---

**Gastonia Police Department** ✓

you have an absolute right to an opinion but if you post false or misleading stuff, we will correct it. Opinions don't equal facts.

👍 +7

---

**Gastonia Police Department** ✓

we previously posted the statute he was charged with. The officers had the discretion to write him a citation and release him (which is what they wanted to do) a V.A. ID does not have the information needed to complete the NC criminal citation. The NC ID he had in his hand and repeatedly refused to hand over, did. Since he didn't want to hand over the ID to complete the citation, the officers chose to make an arrest instead of writing the citation.

---

**Gastonia Police Department** ✓

in case you didn't see this: we previously posted the statute he was charged with. The officers had the discretion to write him a citation and release him (which is what they wanted to do) a V.A. ID does not have the information needed to complete the NC criminal citation. The NC ID he had in his hand and repeatedly refused to hand over, did. Since he didn't want to hand over the ID to complete the citation, the officers chose to make an arrest instead of writing the citation.

Like    Reply    31w                                                      😆 4

Author
**Gastonia Police Department** ✓

we previously posted the statute he was charged with. The officers had the discretion to write him a citation and release him (which is what they wanted to do) a V.A. ID does not have the information needed to complete the NC criminal citation. The NC ID he had in his hand and repeatedly refused to hand over, did. Since he didn't want to hand over the ID to complete the citation, the officers chose to make an arrest instead of writing the citation.

---

Author
**Gastonia Police Department** ✓

does that have the information needed for the NC citation? No, it does not.

😆 6

---

**Gastonia Police Department** ✓

he was on video receiving what appears to be food, which according to the statute he was charged with, is still a violation.

---

**Gastonia Police Department** ✓

but yet it had the information needed. You can hear the officer say that they didn't care it was revoked.

---

Author
**Gastonia Police Department** ✓                                         •••

but yet there was an address listed



**Gastonia Police Department** ✔

the officers asked so that they could write him a citation and release. They could have just gone right to arrest. Since he didn't want to cooperate, it ended up as an arrest. They tried cutting him a break with a ticket and he didn't want to cooperate.

**Gastonia Police Department** ✔

**Joshua Rohrer** you know what you were charged with: Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle. North Carolina General Statute §14-223 makes it a misdemeanor to willfully and unlawfully resist, delay or obstruct a public officer in discharging or attempting to discharge an official duty.

**Gastonia Police Department** ✔

here is what he was charged with, not the ACCEPTING wording: Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle. North Carolina General Statute §14-223 makes it a misdemeanor to willfully and unlawfully resist, delay or obstruct a public officer in discharging or attempting to discharge an official duty.

**Gastonia Police Department** ✔

**Joshua Rohrer** you could have had your day in court but accepted the plea offered.

**Gastonia Police Department** ✔

then work to get the law changed.

**Gastonia Police Department** ✔

we understand the facts just fine, along with everybody who is actually familiar with this case, hence why he pled and no criminal charges filed against the officers 😊

**Gastonia Police Department** ✔

the private attorney he had at the time agreed to the deal as well.

**Gastonia Police Department** ✔

he had a private attorney providing him legal advice and his private attorney agreed to the plea deal.

**Gastonia Police Department** ✔

at 32:10 on the video he says he was bit and tells Mr. Rohrer to get control of his dog. The bite appears to happen at 32:01 when you hear the officer react.

**Gastonia Police Department** ✔

you asked where it was, we provided it. The case is closed. He pled, no officers being charged.

**Gastonia Police Department** ✔

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing.

I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations.

My office's dismissal of the relevant charges as part of a plea agreement was in no way a repudiation or negative reflection of the actions of the officers involved; in fact, it was an act of mercy given to a veteran with a very concerning criminal history in hopes that he would receive the assistance he dearly needs.

(Additional information GPD previously released that was not part of D.A. Pages's statement)

Furthermore, regarding Mr. Rohrer's arrest, GPD has previously stated that Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal

**Gastonia Police Department** ✔

**Joshua Rohrer** here are the facts for your case: Below is a complete rundown of all the facts of this case:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issues a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate, Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

in the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

**Gastonia Police Department** ✔

then perhaps he shouldn't have agreed to the plea deal he and his private attorney accepted.

## 8/18/2022, 3:55 pm

**Gastonia Police Department** ✓

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing.

I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations.

My office's dismissal of the relevant charges as part of a plea agreement was in no way a repudiation or negative reflection of the actions of the officers involved; in fact, it was an act of mercy given to a veteran with a very concerning criminal history in hopes that he would receive the assistance he dearly needs.

(Additional information GPD previously released that was not part of D.A. Pages's statement)

Furthermore, regarding Mr. Rohrer's arrest, GPD has previously stated that Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sadly, Sunshine died two days later in a neighboring county at the home of someone whom Mr. Rohrer knew after Sunshine to escape from that home and was hit by a car.

**Gastonia Police Department** ✓

Below is a complete rundown of all the facts of this case:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issues a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refusing to cooperate. Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

in the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

---

**Gastonia Police Department** ✓
here are the facts with time stamps:
Below is a complete rundown of all the facts of this case:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issues a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate, Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

in the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then,                                              ✱

**Gastonia Police Department** ✓
are you watching our video or one of the videos from the multiple YouTubers who are trying capitalizing on this event by not showing the events from October 9?

## 8/19/2022, 11:34 am

**Gastonia Police Department** ✓
here are the facts: Below is a complete rundown of all the facts of this case:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle. North Carolina.

In NC (and many other states) officers can issues a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate. Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

in the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing.                                          ✱

**Gastonia Police Department** ✓
here is the language he was charged with: Not sure how Food Lion plays into this: Section 6-228 prohibits soliciting or ACCEPTING contributions while in a street or median from the occupants of a stopped vehicle.

**Gastonia Police Department** ☑
_____ you're comparison is misleading, here's the language he was charged with: Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

Like   Reply   31w                                              😆 5

🖉 Author
**Gastonia Police Department** ☑
_____ here is the language he was charged with: Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle. North Carolina General Statute §14-223 makes it a misdemeanor to willfully and unlawfully resist, delay or obstruct a public officer in discharging or attempting to discharge an official duty.

**Gastonia Police Department** ☑
**Joshua Rohrer**

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing.

I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations.

My office's dismissal of the relevant charges as part of a plea agreement was in no way a repudiation or negative reflection of the actions of the officers involved; in fact, it was an act of mercy given to a veteran with a very concerning criminal history in hopes that he would receive the assistance he dearly needs.

(Additional information GPD previously released that was not part of D.A. Pages's statement)
Furthermore, regarding Mr. Rohrer's arrest, GPD has previously stated that Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sadly, Sunshine died two days later in a neighboring county at the home of someone whom Mr. Rohrer knew after Sunshine to escape from that home and was hit by a car.

---

**Gastonia Police Department** ☑
**Joshua Rohrer**

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing.

I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations.

My office's dismissal of the relevant charges as part of a plea agreement was in no way a repudiation or negative reflection of the actions of the officers involved; in fact, it was an act of mercy given to a veteran with a very concerning criminal history in hopes that he would receive the assistance he dearly needs.

(Additional information GPD previously released that was not part of D.A. Pages's statement)
Furthermore, regarding Mr. Rohrer's arrest, GPD has previously stated that Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sadly, Sunshine died two days later in a neighboring county at the home of someone whom Mr. Rohrer knew after Sunshine to escape from that home and was hit by a car.

Like   Reply   31w                                            😀👍❤ 18

**Gastonia Police Department** ☑
**Joshua Rohrer** here it's is:

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing.

I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations.

My office's dismissal of the relevant charges as part of a plea agreement was in no way a repudiation or negative reflection of the actions of the officers involved; in fact, it was an act of mercy given to a veteran with a very concerning criminal history in hopes that he would receive the assistance he dearly needs.

(Additional information GPD previously released that was not part of D.A. Pages's statement)
Furthermore, regarding Mr. Rohrer's arrest, GPD has previously stated that Mr. Rohrer was repeatedly warned that where he was and what he was doing was a violation. He chose to return and continue his activities on October 13 which prompted a resident to call and complain about Mr. Rohrer's activities.

Mr. Rohrer did not cooperate when officers wanted to issue him a criminal citation and release him. His actions led to the arrest.

Sadly, Sunshine died two days later in a neighboring county at the home of someone whom Mr. Rohrer knew after Sunshine to escape from that home and was hit by a car.

Like   Reply   31w                                            😀👍❤ 17

**Gastonia Police Department** ✓

_____ then perhaps he shouldn't have agreed to the plea deal and you should work to get the law here changed.

**Gastonia Police Department** ✓

_____ at 31:58 you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer who was bit.

Like    Reply    31w                                                      😂👍 3

✎ Author

**Gastonia Police Department** ✓

_____ here is what we posted in response to her comment:

at 31:58 you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

**Gastonia Police Department** ✓

_____ here is what he was charged with and notice the specific language: Section 6-228 prohibits soliciting or ACCEPTING contributions while in a street or median from the occupants of a stopped vehicle.

### 8/20/22, 9:42 am

**Gastonia Police Department** ✓

_____ not sure where gun violence plays a part in this case as Sunshine died two days later in another county at the home of someone whom Mr. Rohrer knew after that person allowed her to escape from the home and run into the road and get hit by a car. Here are the actual facts:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issues a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate. Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

in the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.                                                      ✱

**Gastonia Police Department** ✓

_____ trust us, we know... but as long as they continue to post misleading/false information about the Rohrer case based on information they may have received from YouTubers or other people who are making money off this case, we will continue to correct them.

**Gastonia Police Department** ✓

_____ here are the entire facts of the case once again:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issues a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate. Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

in the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the                                                      ✱



**Gastonia Police Department** ✓

_____ Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle. And he was warned on October 9 (on the body cam video as well) not to be there because it was a violation yet he chose to go back.

### 8/24/2022, 8:13 am

**Gastonia Police Department** ✓

_____ here's the facts:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issues a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate. Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

in the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:                                                      ✱

**8/29/22, 12:15 pm**

**Gastonia Police Department** ✓
_____ Below is a complete rundown of all the facts of this case:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issues a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate, Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

In the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor ✱

**09/01/2022, 06:24 am**

**Gastonia Police Department** ✓
_____ He was previously told (see October 9 video) that he couldn't be doing what he was doing where he was. Yet, he chose to go back to the location and continue the activities that he already knew were a violation.

Like   Reply   30w   Edited                    😮👍 5

✎ Author
**Gastonia Police Department** ✓
_____ The arrest was valid and he agreed to a plea deal related to his charges.

**Gastonia Police Department** ✓
_____ f you don't like the law that he was charged with, that two grand juries concluded the charges were appropriate and that he eventually agreed to a plea deal related to those charges, then perhaps you should work to get that particular law removed from the books here.

Like   Reply   30w                                👍 3

✎ Author
**Gastonia Police Department** ✓
_____ what he was charged with is still on the books and still enforceable.

**Gastonia Police Department** ✓
_____ he and his private attomey agreed to the terms of the plea deal.

**Gastonia Police Department** ✓
Joshua Rohrer Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing.

I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations.

My office's dismissal of the relevant charges as part of a plea agreement was in no way a repudiation or negative reflection of the actions of the officers involved; in fact, it was an act of mercy given to a veteran with a very concerning criminal history in hopes that he would receive the assistance he clearly needs.

**Gastonia Police Department** ✓
_____ ah yes, you are correct, the first statement should have said that his plea deal included the October 13 charges.

**Gastonia Police Department** ✓
_____ he agreed to a plea deal that included the disposition of the October 13 charges. The terms of the deal were that he plead guilty to a driving while license revoked charge, agree to be on 24 months supervised probation, and agree to attend Veterans Treatment Court. In exchange for his guilty plea and acceptance of the above terms, the DA dropped the October 13 charges. So the statement that he agreed to a plea deal that involved the October 13 charges is accurate. He could have had his day in court on both the criminal and traffic offense but he and his private attorney agreed to accept the terms of the deal offered to him.

Like   Reply   30w

✎ Author
**Gastonia Police Department** ✓
_____ what information was left out? We said he agreed to a plea deal related to and involving his October 13 charges?

**Gastonia Police Department** ✓
_____ no intent, we conceded that based on the wording used that an inference could have been made that he pled to the October 13 charges. We corrected it to say that his plea deal is related to and involved the October 13 charges.

**Gastonia Police Department** ✓
_____ Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

**Gastonia Police Department** ✓
[redacted]SPD does not have a point or quota system for arrests or tickets.

Below is a complete rundown of all the facts of this case:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issue a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate. Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

In the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrers October 13, 2021 arrest.

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera

**09/02/2022, 9:26 am**

**Gastonia Police Department** ✓
[redacted]they have been cleared of any wrong doing

**Gastonia Police Department** ✓
Joshua Rohrer from the DA himself: "Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing."

**Gastonia Police Department** ✓
[redacted]we've told you the facts of this case multiple times.... We can't make you read the facts, understand the facts, or believe the facts. But your statement that the facts have not been provided to you is false.

**Gastonia Police Department** ✓
[redacted]you said you weren't given the facts, you were. Again, your opinion on what happened are not equal to the actual facts.

**Gastonia Police Department** ✓
[redacted]and you've been given the facts of the case.... Multiple times.

**Gastonia Police Department** ✓
[redacted]here's the facts once again for you:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issue a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate. Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

In the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office. Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers

**Gastonia Police Department** ✓
[redacted]are you referring to his plea deal? Because a plea deal is different than a settlement.

**Gastonia Police Department** ✓
[redacted]actually we've posted the facts several times. He can be seen on camera violating the law he was charged with on both the Oct 9 video and he even admits to violating the law right at the beginning of the video from the first-arriving officer on Oct 13.

**Gastonia Police Department** ✓
[redacted]here is what he was charged with: Section 6-228 prohibits soliciting or ACCEPTING contributions while in a street or median from the occupants of a stopped vehicle.

**Gastonia Police Department** ✓
[redacted]then perhaps he shouldn't have agreed to the plea deal related to these charges and had his day in court.

**Gastonia Police Department** ✓
[redacted]since his plea deal, we have put out the actual facts of this case over and over and over. The response from individuals like yourself have typically been "you're lying" or "we don't believe you" or in your own exact words "we already believe your institutions are corrupt". All we can do is give out the facts. We can't make people read them, comprehend them, or believe them.

**09/06/2022, 4:04 pm**

**Gastonia Police Department** ✓
here is our answer to your question:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issue a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate, Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

In the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera

---

**09/07/2022, 8:51 am**

**Gastonia Police Department** ✓
the case that we assume you are referring to is almost 11 months old now. has been adjudicated through the court process via a plea arrangement, and the officers have been cleared of any wrong doing.

**Gastonia Police Department** ✓
Since the video link you posted is edited by only showing one encounter with Mr. Rohrer and does not tell the entire picture, we have provided the FULL unedited video that GPD was the first to release:
https://www.youtube.com/watch?v=Taa34d1xF5M

**Gastonia Police Department** ✓
at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

**Gastonia Police Department** ✓
we have posted all the videos authorized for release by the judge. By not showing the October 9 encounters, you are the one who is picking and choosing which video you want to use to push a narrative.

**Gastonia Police Department** ✓
we just want to make sure that any newcomers to our page (local or not) see the factual information about this particular case and don't take what these commenters are posting as the actual facts of the case.

**09/07/2022, 12:04 am**

---

**Gastonia Police Department** ✓
this still is from the 32:00 mark; right after the dog bit the officer. Notice you can barely see the dog at the bottom of the frame as she is at the officers feet. Also, here is a quote from witnesses in an MSN article: "Huffman, Conley and another shopper said after the officers arrested Rohrer, his service dog Sunshine bit an officer's boot. That's when they claim one of the officers pulled out a stun gun and used it on the dog."

https://www.msn.com/.../it-was-really.../ar-AAPxIK2...

**Gastonia Police Department** ✓
you must have missed our post above that disputes your claim.

**09/08/2022, 8:49 am**

**Gastonia Police Department** ✓
the 32:00 minute mark of the official video disputes your claim.

**Gastonia Police Department** ✓
anywhere in the video does it show the dog not biting the Officer? Can you say for sure at the 32:00 minute mark where this still came from (Sunshine is barely seen in the lower left hand corner at the officer's feet) that the dog didn't bite the officer despite witnesses saying it did bite him?

**Gastonia Police Department** ✓
ever heard of a delayed reaction??? What about the officers exclamation of "hey" at the 31:58 mark after you hear the dog bark and the dog is NOT visible on camera? FYI, that is when the bite occurs as backed up by witnesses

**Gastonia Police Department** ✓
We don't consider having to continually correct Cody's posting of misleading information as a waste of time.

**Gastonia Police Department** ✓

[redacted] the case that brought you here to this page is nearing 11 months old now and has been through the criminal court systems and is done. We have released the ACTUAL facts of this case over, and over, and over, including statements from DA's office and the fact that the judge prohibited the release of the body cam (as was his authority under NC body cam law) until the case was adjudicated. People who do not live here and know nothing about our community have gotten their information from YouTubers/Podcasters who are profiting off this event by adding their own narratives and opinions. These out-of-towners then come on our page and harass and disparage our community and our community members for having the audacity to not share the same viewpoint as the people who don't live here.

Mr. Rohrer was warned multiple times (including on the October 9 video) that what he was doing and where he was doing it was a violation. He chose to continue his activities. He did not cooperate with the officers and his actions led to his arrest. The dog died two days later in another county after a friend of his allowed her to run into a roadway and get hit by a car. We are not going to tolerate having our community members constantly called "bootlickers" for having a differing viewpoint by people who, more often than not, live on the west coast. As several of our community members have pointed out in response to some of these posts, the constant harassment of the community members who DO live here is actually doing more to hurt whatever perceived message these out-of-towners think they are trying to send. We are sure that you already know that as a Government page, we cannot block people or hide comments (except under very specific conditions) so, we are not shutting our page down and we will continue to post content. Feel free to come to the page if you like the content or not but anytime somebody posts something that is factually incorrect or misleading, we will be there to correct them.

**Joshua Rohrer**
Gastonia Police Department **gpd failed to secure her
Like  Reply  28w  👍😮 2

🖊 Author
**Gastonia Police Department** ✓
Joshua Rohrer "Rohrer's friend Dave Dowell was keeping Sunshine at his home in Shelby while Rohrer was in jail Oct. 13. Dowell says Sunshine slipped her leash and ran away the next morning."

https://www.wbtv.com/.../we-are-team-homeless.../..

**Joshua Rohrer**
Gastonia Police Department GPD FAILED TO PROPERLY SECURE HER AND ALLOWED A COMPLETE STRANGER TO TAKE HER AT THE SCENE INSTEAD OF FOLLOWING PROPER PROCEDURES
Like  Reply  28w  ⭕

🖊 Author
**Gastonia Police Department** ✓
Joshua Rohrer "Rohrer's friend Dave Dowell was keeping Sunshine at his home in Shelby while Rohrer was in jail Oct. 13. Dowell says Sunshine slipped her leash and ran away the next morning."

https://www.wbtv.com/.../we-are-team-homeless.../..

**Gastonia Police Department** ✓
[redacted] but yet it did bite an officer as stated to by witnesses in an MSN article:

"Huffman, Conley and another shopper said after the officers arrested Rohrer, his service dog Sunshine bit an officer's boot. That's when they claim one of the officers pulled out a stun gun and used it on the dog."

https://www.msn.com/.../it-was-really.../ar-AAPxIK2...

🖊 Author
**Gastonia Police Department** ✓
Joshua Rohrer did they not provide that quote to MSN?
Like  Reply  28w

🖊 Author
**Gastonia Police Department** ✓
Joshua Rohrer can you cite your source for where that quote can be publicly found?
Like  Reply  28w

**Joshua Rohrer**
Gastonia Police Department yes directly from the witnesses you mentioned, and no they didn't say that to MSN. You are once again spreading false information
Like  Reply  28w

🖊 Author
**Gastonia Police Department** ✓
Joshua Rohrer and here is your quote to the Military Times:

"Rohrer said Sunshine nipped at one of the officer's ankles as she was hopping down from the hood of the car, prompting the officer to tase her."

https://www.militarytimes.com/.../i-just-wanted-to-die.../



MILITARYTIMES.COM
'She was just doing her job': Homeless vet loses service dog during arrest for panhandling

**Gastonia Police Department** ✓
Joshua Rohrer we have provided links to publicly reported sources that support that witnesses, and yourself stated that Sunshine did bite the officer.
Like  Reply  28w

🖊 Author
**Gastonia Police Department** ✓
[redacted] we cited publicly reported sources. If they feel they were misquoted then they should contact MSN to have the October 2021 article, with their quotes, removed.
Like  Reply  28w

**Joshua Rohrer**
Gastonia Police Department I was misquoted, I have always said sunshine never bit the officers . I've only repeated this " THE OFFICERS SAID SUNSHINE NIPPED"
Like  Reply  28w  👍❤️ 2

🖊 Author
**Gastonia Police Department** ✓
Joshua Rohrer if you feel that you were misquoted, you've had a year to get the quote in that article corrected. The article, with the quote that you gave them last October it is still active as of today.
Like  Reply  28w  ▶

**Joshua Rohrer**
Gastonia Police Department the body cam footage corrected all misquotes
Like  Reply  28w

🖊 Author
**Gastonia Police Department** ✓
Here is a very short video excerpt from the full body camera video that we put together to show where the bite occurred.

https://youtu.be/scYTJ6El2Rk

**Gastonia Police Department** ✓
[redacted] again, if anybody feels they were misquoted when they were interviewed by the media outlets, they have had a year to correct the discrepancy with that media outlet. No one has done so.
Like  Reply  28w  ▶

🖊 Author
**Gastonia Police Department** ✓
[redacted] but that's not you were quoted as saying to MSN last October.

**Gastonia Police Department** ✓
███████████ well, either it's not you, or you go by a different name on Facebook, as the article specifically cites a "Justyn Huffman" as providing that quote.

Like · Reply · 28w 😂

🖊 Author
**Gastonia Police Department** ✓
███████ just providing publicly accessible information from reported news outlets. Again, if the witnesses feel they were misquoted in the news, there are avenues to correct that. Complaining about being misquoted on social media isn't one of those outlets.

**Gastonia Police Department** ✓
███████ ok, well, again, the article is still active with the quotes from them that we provided. if they feel they were misquoted by MSN then they have remedies available to them to change that. Social media isn't it.

**Gastonia Police Department** ✓
███
this still is from the 32:00 mark, right after the dog bit the officer. Notice you can barely see the dog at the bottom of the frame as she is at the officers feet. Also, here is a quote from witnesses in an MSN article: "Huffman, Conley and another shopper said after the officers arrested Rohrer, his service dog Sunshine bit an officer's boot. That's when they claim one of the officers pulled out a stun gun and used it on the dog."

https://www.msn.com/.../it-was-really.../ar-AAPxIK2...

## 09/08/2022, 7:30 pm

🖊 Author
**Gastonia Police Department** ✓
Joshua Rohrer the criminal statute that you violated on October 9 and again on October 13 and were charged with, would say otherwise. 

**Joshua Rohrer**
Gastonia Police Department charges were dismissed

Like · Reply · 28w

🖊 Author
**Gastonia Police Department** ✓
Joshua Rohrer as part of your plea deal to get you into Veterans Treatment court and 24 months supervised probation correct?

Like · Reply · 28w 😮😡 3

**Joshua Rohrer**
Gastonia Police Department no separate incident. I did not plea to those charges

Like · Reply · 28w

🖊 Author
**Gastonia Police Department** ✓
Joshua Rohrer but those charges were part of your plea deal right?

**Gastonia Police Department** ✓
███████ partial statement that the D.A. released last month that address your comment about him not asking for an independent investigation:

"Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing."

**Gastonia Police Department** ✓
███████ his plea deal involved the October 13 charges. He agreed to plead guilty to a driving while license revoked, attended Veterans Treatment court, be placed on 24 months supervised probation. In exchange for agreeing to those terms, the DA dropped the October 13 charges. He could have had his day in court on both cases but he and his private attorney agreed to the plea deal.

**Gastonia Police Department** ✓
███████ he could have had his day in court on both separate charges. He and his attorney agreed to the deal he was offered to dispose of both cases.

**Gastonia Police Department** ✓
███████ from the V.A.'s own website:

Veteran ID Card

A Veteran ID Card (VIC) is a form of photo ID you can use to get discounts offered to Veterans at many stores, businesses, and restaurants. When you have this card, you won't need to carry around your military discharge papers or share sensitive personal information to receive discounts. If you have a VIC, you don't need to request another type of photo ID card to prove you're a Veteran or to get retail or business discounts.

His V.A. ID did not have the required information (i.e. the sensitive personal information) on it needed to complete the NC criminal citation that the officers wanted to write him and then release him.

https://www.va.gov/records/get-veteran-id-cards/

**Gastonia Police Department** ✓
███████ you mean like the multiple warnings he received previously as seen on the October 9 video? He was told multiple times that where he was and what he was doing was a violation and he chose to keep going back.

## 09/09/2022, 9:04 am

**Gastonia Police Department** ✓
Here is a very short video excerpt from the full body camera video that we put together to show where the bite occurred.
https://youtu.be/scYTJ6El2Rk


YOUTUBE.COM
Partial Clip from October 13, 2021 Arrest of Joshua Rohrer that Shows where Dog Bite Occurred

**Gastonia Police Department** ✓
███████ go watch the full video at the 32:00 minute mark. As we said in the clip, audio was raised to make it easier to hear the dog bark and the officer's reaction to the bite. It's all in the original video as well.

**Gastonia Police Department** ✓
Joshua Rohrer none of what you just said happened and this is a direct quote from DA Page: "Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing. Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing.

I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations."

**Gastonia Police Department** ✓
Joshua Rohrer do we need to paste DA page's statement for you again?

**Gastonia Police Department** ✓
███████ and here at the 32:00 mark is where the bite occurs (dog is in lower left of screen at officer's feet) we are going to be here correcting you ever single time Cody.

**Joshua Rohrer**
Gastonia Police Department what witness statements? In the body cam footage your officers were intimidating witnesses and ran them off with threat of arrest that were screaming they saw what your officers did. So what witness would you be referring to and where are these witness statements that your officers refused to take and clearly didn't take as shown right in the footage.

Like   Reply   28w                                       6

✐ Author
**Gastonia Police Department** ✓
**Joshua Rohrer** quote from witnesses in an MSN article: "Huffman, Conley and another shopper said after the officers arrested Rohrer, his service dog Sunshine bit an officer's boot. That's when they claim one of the officers pulled out a stun gun and used it on the dog."

https://www.msn.com/.../it-was-really.../ar-AAPxIK2...

> *i*
> MSN.COM
> 'It was really traumatizing' | Witnesses accuse
> Gastonia police of roughly arresting homeless...

**Gastonia Police Department** ✓
**Joshua Rohrer** if you have a problem with MSN's reporting on the incident, perhaps you should take it up with them.

**Gastonia Police Department** ✓
**Joshua Rohrer** Here is the statement that you gave to the Military Times and was published on October 27: "Rohrer said Sunshine nipped at one of the officer's ankles as she was hopping down from the hood of the car, prompting the officer to tase her." https://www.militarytimes.com/.../i-just-wanted-to-die.../

 *i*
MILITARYTIMES.COM
'She was just doing her job': Homeless vet loses
service dog during arrest for panhandling

Like   Reply   28w                                      ⬤⬤ 3

**Joshua Rohrer**
Gastonia Police Department I never said that I've contacted the reporter numerous times telling them as much. I would never say that because she didn't site him and we all know that.

Like   Reply   28w                                      ⬤⬤ 3

✐ Author
**Gastonia Police Department** ✓
**Joshua Rohrer** yet the article is still there with your quote. ⬤

Like   Reply   28w

**Joshua Rohrer**
Gastonia Police Department and yet there is an updated article by the same reporter that took that out because it was not my statement.
https://www.militarytimes.com/.../police-bodycam-of.../

 *i*
MILITARYTIMES.COM
Police bodycam of homeless Army vet's controversial
arrest released

**Gastonia Police Department** ✓
**Joshua Rohrer** you mean the story from last month that is actually about the body-cam being released? Again, perhaps if you feel you were misquoted by them shortly after the incident occurred, you should have the original story (that is still publicly viewable) amended or removed.

---

**Gastonia Police Department** ✓
_____ this still is from the 32:00 mark, right after the dog bit the officer. Notice you can barely see the dog at the bottom of the frame as she is at the officers feet. Also, here is a quote from witnesses in an MSN article: "Huffman, Conley and another shopper said after the officers arrested Rohrer, his service dog Sunshine bit an officer's boot. That's when they claim one of the officers pulled out a stun gun and used it on the dog."

We will be here correcting you every single time Cody.

https://www.msn.com/.../it-was-really.../ar-AAPxIK2... are going to be here
correcting you ever single time Cody.



Like   Reply   20w   Edited                               16

**Gastonia Police Department** ✓
_____ It's all the same video. Your claim is that the dog was never close enough to bite. Our still from the 32:00 mark refutes that.

**Gastonia Police Department** ✓

Here is a very short video excerpt from the full body camera video that we put together to show where the bite occurred.

https://youtu.be/scYTI6EI2Rk

 *i*
YOUTUBE.COM
Partial Clip from October 13, 2021 Arrest of Joshua
Rohrer that Shows where Dog Bite Occurred

**Gastonia Police Department** ✓
_____ he was previously warned (as seen on the October 9 video) that where he was and what he was doing was a violation. He chose to return to that location and continue his activities he was warned was a violation . He did not want to cooperate when officers wanted to cite and release him. His actions led to his arrest. His dog died 2 days later in another county after a friend of Mr. Rohrer's (who was watching the dog) failed to secure her and allowed to her run into a roadway and she was struck by a car.

 *i*
YOUTUBE.COM
Joshua Rohrer encounter with Gastonia police: October 13,
2021

Like   Reply   28w                                      ⬤ 2

✐ Author
**Gastonia Police Department** ✓
_____ just out of curiosity, since you said yesterday that you didn't really care if the dog did bite the officer, why do you feel the need to copy and post that video on all posts after you yourself now concede that it is possible that the officer was bit? Is it just to further an agenda that has already been proven to be demonstrably false?

**Gastonia Police Department** ✓
_____ but yet your own statement that you don't care if she bit the officer or not leaves open the possibility that you do believe that just because you cannot fully see Sunshine in the video where she barks, the officer reacts, and later says he was bit and for Mr. Rohrer to get control of his dog that it's possible that the dog did bite the officer. So it's clearly not about the facts for you.

**Gastonia Police Department** ✓

and the beauty of the 1st Amendment is that you have that absolute right to do that! As long everybody knows it's not about the actual facts of the case with you then continue knocking yourself out and post away!

### 9/10/22, 8:15 pm

**Gastonia Police Department** ✓ •••
GPD didn't kill the dog.

**Gastonia Police Department** ✓

It was two days later in a neighboring county at the home of someone whom Mr. Rohrer knew after that person allowed Sunshine to escape from that home and get hit by a car.

This is a quote from Mr. Rohrer himself that he gave to the Military Times: "While his friend and fellow veteran Dave Dowell was able to get his hands on the service dog that night, she later slipped her leash and ran away while Rohrer was still in jail,"

https://www.militarytimes.com/.../i-just-wanted-to-die.../

**Gastonia Police Department** ✓

Below is a complete rundown of all the facts of this case:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issues a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate, Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

In the video at approximately the 31:58 mark you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera

**Gastonia Police Department** ✓

you mean like when he was warned on the October 9 video that where he was and what he was doing was a crime and that he couldn't be there? Or, when on October 13 he went back to the place he was told was a violation and the officers wanted to issue him a citation and release him but he refused to cooperate and his actions led to his arrest? You mean that kind of discretion?

**Gastonia Police Department** ✓

Mr. Rohrer initially offered his V.A. ID. The VA website described that ID as this: " A Veteran ID Card (VIC) is a form of photo ID you can use to get discounts offered to Veterans at many stores, businesses, and restaurants. When you have this card, you won't need to carry around your military discharge papers or share sensitive personal information to receive discounts. If you have a VIC, you don't need to request another type of photo ID card to prove you're a Veteran or to get retail or business discounts."

That ID noir have the required personal information needed to compete the State criminal citation. You hear the officer state "I need your state ID not your VA ID" the officer asks for the state ID a few times and even says "I'm gonna ask you one more time".

**Gastonia Police Department** ✓

Here is a very short video excerpt from the full body camera video that we put together to show where the bite occurred. https://youtu.be/scYTJ6El2Rk

Quotes from witness in an MSN article and from Mr. Rohrer to the Military Times: from witnesses in an MSN article: "Huffman, Conley and another shopper said after the officers arrested Rohrer, his service dog Sunshine bit an officer's boot. That's when they claim one of the officers pulled out a stun gun and used it on the dog."

https://www.msn.com/.../it-was-really.../ar-AAPxlK2...

"Rohrer said Sunshine nipped at one of the officer's ankles as she was hopping down from the hood of the car, prompting the officer to tase her."

https://www.militarytimes.com/.../i-just-wanted-to-die.../

**Gastonia Police Department** ✓

the fact that the officer was willing to accept an expired ID so as to complete the citation and let him go on his way shows that they were trying to use discretion and work with him right? His actions led to his arrest.

**Gastonia Police Department** ✓

this is from the VA website describing the ID he presented: Veteran ID Card

A Veteran ID Card (VIC) is a form of photo ID you can use to get discounts offered to Veterans at many stores, businesses, and restaurants. When you have this card, you won't need to carry around your military discharge papers or share sensitive personal information to receive discounts. If you have a VIC, you don't need to request another type of photo ID card to prove you're a Veteran or to get retail or business discounts.

**Gastonia Police Department** ✓

does the VA ID have the required information to complete a NC criminal citation?

**Gastonia Police Department** ✓

at this point your argument is based solely on semantics to try and justify your position. Officer said he was bit, two witnesses said bit, Mr Rohrer said nipped.

**Gastonia Police Department** ✓

so in other words, everything you have said is just solely your opinion on how you view the facts of this 11-month-old on now closed case.

**Gastonia Police Department** ✓

that is actually a great question! In our initial statement back in October, we said that Gaston County animal control found Sunshine. That was our belief at the time shortly after this incident occurred. We later learned that was incorrect and that animal control could not locate her. To this day, we are still not 100% sure how Sunshine made her way from the location of the incident to Mr. Rohrer's friends home in a neighboring county. Our current understanding is that a resident picked Sunshine up in the parking lot where the incident occurred and left the scene with her. For whatever reason, that resident then dropped Sunshine off on the side of a roadway and left. Our understanding is that she was then picked up by someone else. All we do know is that somehow she made her way from the incident to the friends home in another County.

Gastonia Police Department ✓

but your quote that you attributed to us in your original post was incorrect. Nowhere in our quote do we say "if an officer gives a passenger somewhere and an hour later that passenger dies is it the police fault?" That's what YOU said we said right? And that is incorrect.

Gastonia Police Department ✓

Hello, the overwhelming majority of people who are using our page to further their agenda do not even live around here. We post our content for our residents and for those who enjoy what we post. The case that they are referencing is now 11-months-old, has been through the criminal court process, and is done. The out-of-towners who have no further interest in what actually happens in our community will move on to something else, they always do. For the people who actually live here that feel some type of change in law or procedure is needed then there are proper avenues to accomplish that. However, complaining about it all day on social media isn't one of those avenues. We will still be here everyday posting newsworthy and lighthearted content for our residents who continue to want to know what is going on in the City and who may need a laugh from time to time. Thank you for your continued support!

Gastonia Police Department ✓

as a former officer, and having walked the walk, did you happen to see the October 9 video? you also know that the actual cases are not always what they seem as reported. As we are sure you also know, the body-cam is one piece of evidence in any case. Two witnesses reported to local media that the dog bit the officer and Mr. Rohrer reported to the Military Times that the dog nipped at an officer's ankle (references can be provided if you want to see them).

We are sure that you also know that having been bit once, the Officer was concerned about his partner's safety once the dog jumped up on the police car hood and was near the female officer's face.

Two grand juries agreed with the charges against Mr. Rohrer and the State Bureau of Investigation declined to investigate this case. The D.A.'s office also found no wrong doing on the officer's part. We will be more than happy to provide you with all the facts to this case that we have already published multiple times.

Gastonia Police Department ✓

are you familiar with the body cam law here in NC? That's why the footage was withheld because a judge did not authorize its release until after the criminal charges were adjudicated. He took a plea deal, and the video came out. Had he not taken the plea deal and not had his day in court yet, the video still wouldn't be out.

Gastonia Police Department ✓

how was the initial caller confused? Again, the officers were cleared of any wrong doing after 3 agencies reviewed the case. The facts of this case have not changed since day 1, please elaborate on what truths you feel were distorted.

Gastonia Police Department ✓

we have listened to the recording. If we understand what you are asking, the caller asked "is it against the law..." the call-taker responds with "I don't know, I'm not an officer" are we missing anything else? And as we said earlier, the officers were cleared of any wrong doing.

Gastonia Police Department ✓

Below is a complete rundown of all the facts of this case:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issues a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate, Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

In the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera ✱

Gastonia Police Department ✓

so in other words, you don't care about the actual facts and just here to further some perceived agenda. Got it!

Gastonia Police Department ✓

we know it requires an effort on your part, which you aren't willing to do since it's easier to complain on a keyboard all day, but file a FOIA to find out the info you want

Gastonia Police Department ✓

what recording are you listening to??? The content of the one that was publicly released is clear as day. I hope you aren't referring to the obvious vocal distortion that was added to the recording so as to protect the callers identity.

Gastonia Police Department ✓      •••

actually, they were cleared of any wrong-doing.

Joshua Rohrer

they weren't cleared by any outside authority they literally just said we investigated ourselves and cleared ourselves

Like   Reply   28w                                              7

Author
Gastonia Police Department ✓
Joshua Rohrer partial quote from D.A.Page that was read to you at City Council meeting in August:

"Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing."

SBI declined to investigate.



**Joshua Rohrer**
**Gastonia Police Department** I don't believe that for one second that they declined to investigate.

Like    Reply    28w    ⭕5

✏️ Author
**Gastonia Police Department** ✓    •••
**Joshua Rohrer** feel free to call them and ask them.
Like    Reply    28w    ⭕2

✏️ Author
**Gastonia Police Department** ✓
the investigation on this 11-month-old closed case was finished a long time ago.
Like    Reply    28w    ⭕😮6

**9/12/2022, 11:58 am**

**Gastonia Police Department** ✓
here is the language he was charged with: Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.
😮😮

**Gastonia Police Department** ✓
as part of his plea deal to attend veterans treatment court and be placed on 24 months supervised probation.
😮

**Gastonia Police Department** ✓
from the D.A.'s office:

"Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest."

**Gastonia Police Department** ✓
he was offered the same plea deal in December and turned it down. He could have had his day in court on both the criminal and traffic charges but he and his attorney decided to take the deal that was offered as a way to dispose of both cases and get Mr. Rohrer into the veterans treatment court where he can get services tailored to his needs.
😮

**Gastonia Police Department** ✓
then lobby your local NC representative to get the law changed.

**Gastonia Police Department** ✓
here is the language he was charged with. It does not reference the driver of a vehicle:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.
😮

**Gastonia Police Department** ✓
**Joshua Rohrer** here is the language you were charged with: Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.
😮😮

**Gastonia Police Department** ✓
if you feel that law is unjust, please, by all means, contact your local NC elected representative to get that law changed.
😮😮



**Gastonia Police Department** ✓
statement from D.A. Page back in July:

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.
Like    Reply    28w    😮2

**Gastonia Police Department** ✓
well, unfortunately we continually have to provide the facts for the out of town people who want to come to our page and disparage our City and police department after they are base their opinion on having watched their favorite YouTuber or TikToker post a video about this case and they know absolutely nothing about the actual facts.
😮😮3

**Gastonia Police Department** ✓
this case is almost a year old now and is closed. It's been covered and covered. We are glad you found your way to our page though so we can give you the actual facts as well as everybody else.
😮🔄3

**Gastonia Police Department** ✓
that's the beauty of the 1st Amendment isn't it? Everybody gets to have an opinion and freely express it, no matter right or wrong.

**Gastonia Police Department** ✓
we are pretty sure the PA media won't be interested in a case that's a year old, CLOSED, officers cleared, and defendant agreed to a plea deal.

**Gastonia Police Department** ✓    •••
provide the stats and data then back to up your claim.

**Gastonia Police Department** ✓
or.... And hear me out... You can go through the proper channels and file a FOIA but you don't really want to do that do you? It's easier for you to sit and complain on social media all day. We are getting paid to do this, are you?

**Gastonia Police Department** ✓
the officer said he was bit, two witnesses told media the officer was bit, Mr. Rohrer also told media that his dog nipped at the officers. The video supports all those claims. You have shown that actual facts don't matter and it's about furthering a false agenda.
😮

**Gastonia Police Department** ✓
first is Mr. Rohrer's quote to the Military Times last October followed by the two witnesses who spoke to MSN last October:

"Rohrer said Sunshine nipped at one of the officer's ankles as she was hopping down from the hood of the car, prompting the officer to tase her."
https://www.militarytimes.com/.../i-just-wanted-to-die.../ ✓

"Huffman, Conley and another shopper said after the officers arrested Rohrer, his service dog Sunshine bit an officer's boot. That's when they claim one of the officers pulled out a stun gun and used it on the dog."
https://www.msn.com/.../it-was-really.../ar-AAPxlK2... ✓

MILITARYTIMES.COM
'She was just doing her job': Homeless vet loses service dog during arrest for panhandling
*i*

**Gastonia Police Department** ✓
▮▮▮▮▮▮the problem is that people who do not live here, and mostly don't even live in NC. Are coming here posting false and misleading information about one particular case so as to further an agenda. For the most part, these posters don't care about the actual facts and just want to use our platform as a way to disparage this community and the police department. A lot of people are making money off this event and the more it stays in the news cycle, the more money this is to be made.

**Gastonia Police Department** ✓
▮▮▮▮▮▮we've been dealing with this non-stop for 11 months. For the first 9 months we could not comment due to the pending court case. The comments certainly didn't stop during those 9 months as people felt the need to hate-bomb every post. You may not agree with this tactic BUT we do get familiar with all the names of the posters and quite a few go away once they are given the facts or they don't get the reaction they are expecting. We certainly have no ill-will towards anybody but one side was allowed to control the narrative for 9 months and we will not tolerate people who know nothing about this community continually coming on here to disparage the City or the police department, especially when they don't have all the facts. A lot of people are profiting off this event and the more it stays in the news cycle for them, the more money there is to be made.

**Gastonia Police Department** ✓
**Joshua Rohrer** here is another article you were quoted in:

Justyn Huffman and Nydia Conley witnessed Rohrer's arrest and told local TV station WCNC: "The officer asked him for his ID. He wasn't moving fast enough so he tried to reach into his pocket to get his ID. They slammed him up against the car and they put cuffs on him."
The veteran added that Sunshine bit one of the officer's ankles, prompting the cop to tase her.
https://www.dailystar.co.uk/.../homeless-veteran... ✓


**DAILYSTAR.CO.UK**
Homeless veteran devastated after cops tase service dog and he finds her dead

**Gastonia Police Department** ✓
▮▮▮▮▮▮YouTubers/Podcasters/TikTokers monetizing their body cam commentary videos.

**Gastonia Police Department** ✓
▮▮▮▮▮▮the problem is that people who do not live here, and mostly don't even live in NC. Are coming here posting false and misleading information about one particular case so as to further an agenda. For the most part, these posters don't care about the actual facts and just want to use our platform as a way to disparage this community and the police department. A lot of people are making money off this event and the more it stays in the news cycle, the more money this is to be made.

**Gastonia Police Department** ✓
**Joshua Rohrer** as we said to a previous poster YouTubers/Podcasters/TikTokers with large followings and who used the body cam video (with their own corresponding commentary of the events) on their monetized social platforms.

**Gastonia Police Department** ✓
▮▮▮▮▮▮you did see the October 9 body cam as well right?

**Gastonia Police Department** ✓
▮▮▮▮▮▮File a FOIA for info you want about this case.

---



**Joshua Rohrer**
F ⁵
Like   Reply   28w

Joshua Rohrer, not sure how true this is but a friend sent me this: Josh has court in Cabarrus County in November for Felony Fleeing to Elude, DWI, and Misdemeanor Animal Cruelty.

Like   Reply   28w

🖊 Author
**Gastonia Police Department**▮▮▮NC has an open source site for pending court dates.
https://www.nccourts.gov/court-dates ✓

**Gastonia Police Department** ✓

Below is a complete rundown of all the facts of this case:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issue a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate, Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

In the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera ▮▮▮▮▮▮▮▮ *

**Gastonia Police Department** ✓
▮▮▮▮▮▮true, but committing the violation in front of an officer TWICE does.

**Gastonia Police Department** ✓
▮▮▮▮▮▮DA Page consulted with State SBI and they declined to investigate.

**Gastonia Police Department** ✓
▮▮▮▮▮▮Cody has already stated publicly that he doesn't care about the actual facts of this case. He comments with the same video link on all of posts in order to further his agenda.

**Gastonia Police Department** ✓
▮▮▮▮▮▮we've been dealing with this since October of last year. Even though this case is closed and has been since July. This just another day for us. We have no problem correcting anybody new who may come on here and post false or misleading information about this case.

**Gastonia Police Department** ✓
▮▮▮▮▮▮we have repeatedly put out the actual facts of this case. We can't make people read them, comprehend them, or believe them. The facts of this case have not changed.

**Author**
**Gastonia Police Department** ✓
_____ he was told how to correct the article if he feels he was misquoted, he has failed to do so. The article with HIS quote remains active.

**Author**
**Gastonia Police Department** ✓
_____ or weird how your view of the video can just be your opinion of what happened.

**Author**
**Gastonia Police Department** ✓
_____ it's in a publicly available and published article with his name attached to it. He has already been told multiple times how to correct what he feels may have been in accurate reporting but it's still there in black and white.

**Gastonia Police Department** ✓
_____ Sunshine should have been leashed/harnessed or otherwise under some kind of control as required by the ADA then correct?

Like    Reply    28w

**Author**
**Gastonia Police Department** ✓
_____ also, we believe the ADA specifically says that service dogs CANNOT show any signs of aggression but feel free to double-check us on that one.

**Gastonia Police Department** ✓
_____ from the ADA "A Service Animal must be under the control of the handler at all times. A Service Animal must not show aggression toward people or other animals."

Please point out on the video (serious question as we may have missed it) where does Mr. Rohrer show any form of verbal or hand gesture control of sunshine either on October 9 or the 13th?

Also an excerpt from the below site: "If it is not housebroken, bites or jumps on another patron, wanders away from its handler, or is clearly out of the owner's control, it may be removed."

Mr. Rohrer stated to media that Sunshine did bite the officer (links below).

https://nwadacenter.org/.../service-animals-frequently... ✓

https://www.dailystar.co.uk/.../homeless-veteran... ✓

**Author**
**Gastonia Police Department** ✓
_____ NC has an open source website where court dates can be seen:

https://www.nccourts.gov/court-dates ✓

ℹ️
NCCOURTS.GOV
Court Dates | North Carolina Judicial Branch

**Gastonia Police Department** ✓
_____ two questions: #1 is a service dog required to be leashed or harnessed and under the handlers control at all times and #2 is there a section in the ADA that states that service animals have to permitted inside a jail cell with an prisoner?

**Gastonia Police Department** ✓
_____ from the ADA website:

The ADA requires that service animals be under the control of the handler at all times. In most instances, the handler will be the individual with a disability or a third party who accompanies the individual with a disability. In the school (K-12) context and in similar settings, the school or similar entity may need to provide some assistance to enable a particular student to handle his or her service animal. The service animal must be harnessed, leashed, or tethered while in public places unless these devices interfere with the service animal's work or the person's disability prevents use of these devices. In that case, the person must use voice, signal, or other effective means to maintain control of the animal.

At any time during the October 9 or October 13 was Mr. Rohrer seen controlling Sunshine either via leash/harness or voice commands or was she just allowed to roam free on the median?

Again, why were the charges dropped? Btw that happened in July, Mr.Rohrer did spend some time in jail for this back in October.



**Gastonia Police Department** ✓
_____ would you believe it if Mr. a Rohrer himself said it? Because he did:

"Justyn Huffman and Nydia Conley witnessed Rohrer's arrest and told local TV station WCNC: 'The officer asked him for his ID. He wasn't moving fast enough so he tried to reach into his pocket to get his ID. They slammed him up against the car and they put cuffs on him.'

The veteran added that Sunshine bit one of the officer's ankles, prompting the cop to tase her."

https://www.dailystar.co.uk/.../homeless-veteran... ✓

**Gastonia Police Department** ✓
_____ btw, your missing the October 9 video that accompanied the one posted. Would you like us to share that with you?

**Gastonia Police Department** ✓
_____ or.... Now hear us out... had not violated a law that he been previously warned about multiple times and had he cooperated with the officers, he could have gotten a ticket and been on his way. We cannot help that you don't want to believe that his actions led to his arrest and everything else that happened after.



**Gastonia Police Department** ✓
_____ this case is almost a year old and has been through the criminal justice process and is CLOSED.

Like    Reply    28w

**Author**
**Gastonia Police Department** ✓
_____ Lily Gardner this case is almost a year old and has been through the criminal justice process and is CLOSED.

Like    Reply    28w

**Gastonia Police Department** ✓
_____ pretty sure he doesn't want his criminal charges re-opened.

**Author**
**Gastonia Police Department** ✓
_____ let us know when you find out if one gets filed.

**Gastonia Police Department** ✓
_____ as we have told you multiple times now, concerns addressed, case closed.

**Gastonia Police Department** ✓
_____ it was addressed, they were cleared.

**Author**
**Gastonia Police Department** ✓
_____ both officers were cleared of any wrong doing

**Gastonia Police Department** ✓
_____ we've been dealing with them for 11 months, we could not respond for the first 9 months due to the pending criminal court case. The comments certainly didn't stop then. You may not agree with the tactics but most of these posters do leave and a new group comes out spouting the same misinformation.

**Gastonia Police Department** ✓
_____ any particular topic you would like addressed? There are several pieces of misinformation being floated around.

**Author**
**Gastonia Police Department** ✓
_____ is a service dog legally allowed to go into a jail cell with a prisoner? Remember, he spent time in a cell.

**Gastonia Police Department** ✓
[redacted] we put this together to show where the bite occurs:

Two witnesses and Mr. Rohrer himself confirmed to media outlets a bite occurred. I post the links to these articles if you would like.

https://youtu.be/scYTJ6EI2Rk ✓

---

**Gastonia Police Department** ✓

Mr. Rohrer confirmed it happened himself:

Justyn Huffman and Nydia Conley witnessed Rohrer's arrest and told local TV station WCNC: "The officer asked him for his ID. He wasn't moving fast enough so he tried to reach into his pocket to get his ID. They slammed him up against the car and they put cuffs on him."
The veteran added that Sunshine bit one of the officer's ankles, prompting the cop to tase her.

https://www.dailystar.co.uk/.../homeless-veteran... ✓

---

**Gastonia Police Department** ✓

Justyn Huffman and Nydia Conley witnessed Rohrer's arrest and told local TV station WCNC: "The officer asked him for his ID. He wasn't moving fast enough so he tried to reach into his pocket to get his ID. They slammed him up against the car and they put cuffs on him."
The veteran added that Sunshine bit one of the officer's ankles, prompting the cop to tase her.

https://www.dailystar.co.uk/.../homeless-veteran... ✓

---

**Gastonia Police Department** ✓ ...
[redacted] did you file a FOIA?

## 9/13/2022, 2:57 pm

**Gastonia Police Department** ✓
[redacted] a State issued ID for what officer's wanted to do, yes.

---

**Gastonia Police Department** ✓
[redacted] they needed personal identifiers such as DOB and other information which could include an address, to complete the citation.

---

**Gastonia Police Department** ✓
[redacted] doesn't matter if you are familiar or not with somebody. The officer's still had the legal authority to ask for an ID to issue a criminal citation. Remember, they wanted to cite and release in lieu of an arrest. He didn't want to cooperate so they decide to go ahead with the arrest.

---

**Gastonia Police Department** ✓
[redacted] the officer did, he even said, paraphrasing here "I don't want your VA ID, I need your State ID". Mr. Rohrer was holding it up and away from the officers. The officer asked again and after he refused to hand it over said, paraphrasing again "I'll ask you one more time"

---

**Gastonia Police Department** ✓
[redacted] Mr. Rohrer was uncooperative in the October 9 video and if you watch the beginning of the October 13 video, the female officer asks for his ID and Mr. Rohrer proceeds to argue with her. He continued being uncooperative when the male officer showed up.

---

**Gastonia Police Department** ✓
[redacted] what about when they are suspected of a crime? What happens if they don't provide ID then?

---

**Gastonia Police Department** ✓
[redacted] that's the same website we cited and it does not list in there that service animals must accompany a prisoner into a cell.

---

**Gastonia Police Department** ✓
[redacted] or, he could have had her leashes/harnessed and under voice/other control as also required right? Again, please show us on the video (not being sarcastic, because we may have missed it) where he shows any control of Sunshine whatsoever?

---

**Gastonia Police Department** ✓
[redacted] but he didn't have a leash and is still required to maintain some form of control. Nowhere in the October 9 video or 13 video do we see him giving her any commands as she freely roams around the median.

---

**Gastonia Police Department** ✓
[redacted] still needs to be under voice/other control right? Nowhere on the video (that we have seen so far) does he demonstrate he had control of Sunshine.

---

**Gastonia Police Department** ✓
[redacted] de-escalation is absolutely a two-way street. You can't de-escalate somebody who doesn't want to be de-escalated. Not saying that was the case here at all, but de-escalation is a two way street.

---

**Gastonia Police Department** ✓
[redacted] he was warned on multiple occasions on previous days that where he was and what he was doing was a violation. At one point is enough and enough? It's a judgement call on the officer's part? Considering that at least one of the officers at the scene had been the one to warn him (October 9) and he still went back. It became obvious that Mr. Rohrer would not listen.

---

**Gastonia Police Department** ✓
[redacted] except the ID presented only has a photo and a name. Basically the equivalent of somebody's work badge. The State criminal citation needs information not provided on that VA ID.

---

**Gastonia Police Department** ✓ ...
[redacted] they were cleared of any wrong doing.

---

**Gastonia Police Department** ✓
[redacted] was his VA ID issued before or after Real ID went into effect? Driver's licenses have to be Real ID compliant by May 2023 so not all driver's licenses are Real ID compliant yet. Is his VA ID Real-ID compliant?

---

**Gastonia Police Department** ✓
[redacted] did he give her any commands? Again, please point that out in the video because nowhere on October 9 or 13 so we hear him direct any commands towards her as she roams around at will.

---

**Gastonia Police Department** ✓
Joshua Rohrer the ADA websites says they require leash/harness or voice or their control. We asked another poster if there was evidence of voice commands and/or hand gesture commands shown on video given to maintain control because in all fairness, we may have missed it. None has been pointed out as of yet. After watching the October 9 and 13 video, it doesn't appear as if any of voice commands or other gestures were given to maintain control of Sunshine, especially when Sunshine walks right up close to Officer Taylor's car at the beginning of the October 9 video. When Officer Taylor exists his car, you can clearly see your feet and no Sunshine no where around. Officer Taylor says "hey boy" as a greeting to Sunshine (he must not have real sized he was a she) and then a few seconds later, Sunshine appears in frame for the first time walking from Officer Taylor's direction toward you. No audio command is heard from you for Sunshine to stay back from Officer Taylor or his car. Granted, the video does not fully show you in frame at all times which is why it remains unclear as to what control method (as required by the ADA) that you are using to maintain control of Sunshine at all times.

---

**Gastonia Police Department** ✓
Joshua Rohrer and we have had other people claiming to be experts post on here and counter that person's argument about Sunshine's behavior. Much like the body cam video, each person may see things differently.

**Gastonia Police Department** ✓
they were cleared of any wrong doing. Not sure how much more clear we can make it. And Officer's Taylor father does not run Internal Affairs and to the best of our knowledge, never has.

**Gastonia Police Department** ✓
it was determined that they used the appropriate amount of force given the circumstances. Remember, the DA consulted with the SBI and SBI declined to investigate.

**Gastonia Police Department** ✓
are officers required to strictly follow a force continuum or can things escalate rather quickly where force options are bypassed? Again, the case was looked at and the officers cleared.

**Gastonia Police Department** ✓
the Gaston County D.A., the State Bureau of Investigation was consulted and declined to investigate the case and GPD's internal review to determine if established policy and procedures were followed.

**Gastonia Police Department** ✓
actually we went back and watched the October 9 video again. You can see that as Officer Taylor gets out of his car you don't see Sunshine anywhere. Officer Taylor's first words to Josh were "I told you to move from over here" and then he says "hey boy" in a friendly tone because Sunshine had walked right up to Officer Taylor's car door! Officer Taylor must not have realized Sunshine was a she. you can verify this as you dont see Sunshine at first and after he says "hey boy" you see Sunshine appear in camera comimg from Officer Taylor's direction and walking back toward Mr. Rohrer at approximately the 1:08 mark. We are glad that we could clear that up for you!

⚹ Author
**Gastonia Police Department** ✓
Joshua Rohrer did you mention Sunshine's gender before or after he first rolls up and gets out of the car?

Like    Reply    28w

⚹ Author
**Gastonia Police Department** ✓
Joshua Rohrer and why would his first words to you be "I told you not to be here" (paraphrasing) and THEN say "hey boy"?

### 9/14/2022, 9:28 am

**Gastonia Police Department** ✓
you mean like this one that was successfully enforced?

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

**Gastonia Police Department** ✓
Past experience says 100% this particular case is closed. People who have no actual interest in this community will eventually move on. We are guessing that you had or still have some ties to this area as you are an "OG" poster and actually know more about this community then the west-coasters who get their information from their favorite Tik-Toker.

**Gastonia Police Department** ✓
more like making sure all the people who are only here to further an agenda get the actual facts. 😊

**Gastonia Police Department** ✓
then certainly you would believe what Mr. Rohrer himself has to say right?

"The veteran added that Sunshine bit one of the officer's ankles, prompting the cop to taser her."

https://www.dailystar.co.uk/.../homeless-veteran... ✓

**Gastonia Police Department** ✓
he resigned on his own. Both officers were cleared by the D.A.. as well as internally, and the NC SBI declined to look at the case.

**Gastonia Police Department** ✓
you don't consider "The veteran added" as a direct quote? That's the same as saying "Mr. Rohrer added".

**Gastonia Police Department** ✓
he resigned voluntary after being cleared. You of all people should know personnel records are private. But, feel free to file a FOIA and find out.

**Gastonia Police Department** ✓
isn't it a little presumptuous of you to come to our page (which by all accounts seems to be pretty recent as we have become very familiar with all the screen names by now) and complain on how we do things both on here and in policing? We have been doing things on this page this way long before you got here. Again, if you don't like what you see, unfollow, but yet here you still are.

**Gastonia Police Department** ✓
btw, the irony isn't lost on us that you come on here complaining about how we do things when NYPD hasn't exactly had a stellar reputation either right? Remember in 2014 when their social media team tried the "tweet us your experience with the NYPD" campaign? They made national news for that one didn't they? What did all the tweets they got show????

What's the saying about those in glass houses????

**Gastonia Police Department** ✓
looks like we touched a nerve with the glass houses comment huh? Seems odd that you've been following us for a year, and just now chose to start commenting beginning with our 9/11 post. Our social media has been hate bombed since the third weekend of October of last year and we find it a little hard to believe based on the contents of your comments that you chose NOW to start commenting, unless of course you were using a different screen name(s) previously.

**Gastonia Police Department** ✓
certainly not taking anything away from the NYPD officers or any LEO's who have been killed in the line-of-duty. Anytime a cop is killed across the country it affects every officer. But again, you're quick to come on here and explain to us how you feel things "should have been done" when NYPD has had its own issues. How do you think NYPD officers would like it if officers from Florida started posting on NYPD's page "we think you should have done it this way" knowing New Yorkers, they would not take too kindly to that now would they???

**Gastonia Police Department** ✓
Mr. Rohrer seemed to know why Sunshine was tased:

The veteran added that Sunshine bit one of the officer's ankles, prompting the cop to taser her.

https://www.dailystar.co.uk/.../homeless-veteran... ✓

**Gastonia Police Department** ✓
we respect your opinion you have of this case. However, you seem to fail to respect that a process was followed and the officers cleared and the case has been closed for a while now.

here is how the charges were adjudicated. He agreed to a plea deal:

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

**Gastonia Police Department** ✓
and this will be their 7th rally they have held at City Council meeting isn't that correct? This alomst year old case is closed and has been for a while.

**Gastonia Police Department** ✓

▇▇▇▇▇ here is a partial statement from D.A. Page that was read to Mr.
Rohrer at the LAST rally they held:

"Immediately after first viewing this footage in 2021, I consulted with the
State Bureau of Investigation about a criminal investigation. I was of the
opinion then, and remain of the opinion, that Officers Brooks and Taylor
committed no acts of criminal wrongdoing.

I believe then, as I do now, that the only criminal acts depicted in the body
cam footage of October 13, 2021, were committed by Joshua Rohrer, who
resisted, delayed, and obstructed the actions of officers Brooks and Taylor.
On two occasions, a grand jury found probable cause to support those
allegations."

The case is closed....

---

**Gastonia Police Department** ✓

▇▇▇▇▇ Mr. Rohrer apparently also thought it bit the officer's ankle:

"The veteran added that Sunshine bit one of the officer's ankles, prompting
the cop to tase her."

https://www.dailystar.co.uk/.../homeless-veteran... ✓

---

**Gastonia Police Department** ✓

▇▇▇▇▇ for people have a hard time figuring out where the bite
occurred:

Here is a very short video excerpt from the full body camera video to show
where the bite occurred.

https://youtu.be/scYTJ6EI2Rk ✓

---

**Gastonia Police Department** ✓

▇▇▇▇▇ people can look at the same thing and have differing
opinions. That is the beauty of this country right? The NC SBI was given the
facts, they declined to investigate. The D.A.'s office looked at the facts and
concluded the officers did nothing wrong. We can send you the DA's full
statement if you would like.

---

**Gastonia Police Department** ✓

▇▇▇▇▇ The veteran added that Sunshine bit one of the officer's
ankles, prompting the cop to tase her.

https://www.dailystar.co.uk/.../homeless-veteran... ✓

---

**Gastonia Police Department** ✓

▇▇▇▇▇ so in other words you can't. Another baseless claim.

Whereas, here is your quote again in black and white for anybody with an
internet connection to see:

The veteran added that Sunshine bit one of the officer's ankles, prompting
the cop to tase her.

https://www.dailystar.co.uk/.../homeless-veteran... ✓

 **DAILYSTAR.CO.UK**
Homeless veteran devastated after cops tase service
dog and he finds her dead

---

**Gastonia Police Department** ✓

▇▇▇▇▇ file a FOIA to find out if he reported it.

---

▇▇▇▇▇ when I called the clown out on that, he blocked me and said I was
'slandering' him...even though that info is public information. He also says
he was 'kidnapped'. He's done similar stunts in other towns before moving
here, he likes to instigate situations and then record, he thrives posting on
social media. I guess if we are the 'bootlickers' then his clown minions are
his 'buttlickers'.

Imagine his theatrics when he goes to court for cruelty to animals to his
own dog!

For his claim to be sober for the last 5 years when he's been arrested for not
being...

And if he is such a complier...how is it he has a felony fleeing to elude
arrest?

He's just another criminal with a record.

He manipulated circumstances to make the most of a situation where if he
complied, it would have been over and done, but the clown stirs the pot
every day, hoping to keep that situation alive and as long as it is, he hopes
to get more money...it's always about money and attention for him, he
doesn't want to work, he just wants money handed to him, and for what???
His acting isn't all that great if you really look at it...that's all it was, an act...a
circus act...

Like   Reply   28w                              💙😮 5

✎ Author
**Gastonia Police Department** ✓   ...



😮👍 4

---

**Gastonia Police Department** ✓

▇▇▇▇▇ quote from Mr. Rohrer to media:

"The veteran added that Sunshine bit one of the officer's ankles, prompting the
cop to tase her."

https://www.dailystar.co.uk/.../homeless-veteran... ✓

---

**Gastonia Police Department** ✓

▇▇▇▇▇ our bad! Here is the full quote from witnesses and Mr. Rohrer's
quote. Looks like this was also given to WCNC.

Justyn Huffman and Nydia Conley witnessed Rohrer's arrest and told local
TV station WCNC: "The officer asked him for his ID. He wasn't moving fast
enough so he tried to reach into his pocket to get his ID. They slammed him
up against the car and they put cuffs on him."

The veteran added that Sunshine bit one of the officer's ankles, prompting
the cop to tase her.

https://www.dailystar.co.uk/.../homeless-veteran... ✓

---

**Joshua Rohrer**

**Gastonia Police Department** I've told you several times, as well as the other
"witnesses " that we did not say that, now that we have corrected you you
still try to spread your false narrative intentionally saying I said something
I've told you I didn't say. Obviously I didn't say that, that's a lie from your
department no matter how many times you say it, it won't change the fact
everyone can see she didn't bite on the body cam.

Like   Reply   28w                              👍 2

✎ Author
**Gastonia Police Department** ✓

**Joshua Rohrer** that article with your quote is still publicly available and
viewable right? Have we not told you before how to go through the proper
channels to have remarks in articles that you feel are incorrect addressed? It
doesn't appear yet that you have taken any steps to have any articles with
your quotes that you feel are wrong or taken out of context changed. You
gave these quotes shortly after the incident occurred and after 11 months
you only now feel that they are inaccurate and only after we started
providing these quotes that you publicly gave to media outlets.



**Gastonia Police Department** ✓
totally possible and completely reasonable. We have told him countless times how to get any quotes removed or changed. Seems he has failed to do so. When we post the quotes, his reply is always that he never said the quote. That implies that all the reporters he gave those type of statements too are lying and that comes across as disingenuous.

**Gastonia Police Department** ✓     •••
except Sunshine did bite the officer.

🖉 Author
**Gastonia Police Department** ✓
here is where the bite happens:     •••
https://youtu.be/scYTJ6EI2Rk ✓

▶ YOUTUBE.COM
Partial Clip from October 13, 2021 Arrest of Joshua Rohrer that Shows where Dog Bite Occurred

Like   Reply   27w                                😆 2

🖉 Author
**Gastonia Police Department** ✓
here is where the bite happens:     •••
https://youtu.be/scYTJ6EI2Rk ✓

▶ YOUTUBE.COM
Partial Clip from October 13, 2021 Arrest of Joshua Rohrer that Shows where Dog Bite Occurred

Like   Reply   27w                                😆 2

🖉 Author
**Gastonia Police Department** ✓
the officer was concerned that Sunshine would bite the other officer when she jumped on the hood of the car and was close to the officer's face.

**Gastonia Police Department** ✓
btw, you do know that Mr. Rohrer's own statement discounts your claim:
The veteran added that Sunshine bit one of the officer's ankles, prompting the cop to tase her.
https://www.dailystar.co.uk/.../homeless-veteran... ✓

## 9/14/22, 8:07 pm

**Gastonia Police Department** ✓
seems pretty heartless that you are advocating for a service dog to have to spend it's life in a 6x8 cell if it's owner goes to jail. The dog had nothing to do with committing the crime but yet you are advocating for it to be punished as well?

## 9/15/2022, 9:01 am

**Gastonia Police Department** ✓
the irony also isn't lost on us that all the people who tout themselves as freedom lovers are so quick to attack the people who have the audacity to not share the hive-mind group-think of the false narrative that was pushed for 9 months unchecked because we were limited as to what we could say do to the pending court case.

## 9/16/22, 8:59 am

**Gastonia Police Department** ✓
this case is over 11 months old. They were cleared of any wrong doing a long time ago.

**Gastonia Police Department** ✓
this video clearly refutes your argument about the dog bite and we can provide links to articles with witness quotes. All you have is speculation and your opinion:
https://youtu.be/scYTJ6EI2Rk

▶ YOUTUBE.COM                                    i
Partial Clip from October 13, 2021 Arrest of Joshua Rohrer that Shows where Dog Bite Occurred

**Gastonia Police Department** ✓
the language he was charged with also says "Section 6-228 prohibits soliciting or ACCEPTING contributions while in a street or median from the occupants of a stopped vehicle." He does this in front of Officer Taylor on the October 9 video and according to Officer Brookes, he does this right as she pulls up. The body cam does not capture her incident because it was facing the steering wheel as she was still in her car.

**Gastonia Police Department** ✓
we certainly appreciate you and all the other people who have done their own independent research and who are helping to get the correct narrative out there.

**Gastonia Police Department** ✓
Both officers were cleared of any wrong doing and Officer Taylor resigned on his own. So your assessment is factually incorrect. Feel free to file a FOIA to verify.

🖉 Author
**Gastonia Police Department** ✓
shortly after this incident occurred, the District Attorney consulted with the State Bureau of Investigation. After SBI reviewed the facts with the DA, the SBI declined to investigate any further. The DA publicly stated that the officers committed no criminal acts and would not face criminal charges. A GPD internal investigation was also conducted and determined that the officers did not violate established policy and procedures. We hope this answers your question.

## 9/16/22, 1:37 pm

**Gastonia Police Department** ✓
or you can post what you feel is "harassment" when it is actually us setting the record straight. Again. If you tag us, we get notified, we see what is being said about us, and if it is false or misleading, we will correct it. If you dont like/want us doing that on your posts then don't tag us and you can talk about us all you want.

## 9/17/22

**Gastonia Police Department** ✓
they were cleared of any wrong doing months ago in this almost year old case.

**Gastonia Police Department** ✔
[redacted] here are some additional facts if you would to know what really happened in this case:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

In NC (and many other states) officers can issues a criminal citation for crime instead of making a physical arrest. In our case, officers wanted to issue Mr. Rohrer a citation and release him. However, in order to complete the NC criminal citation, they needed information that was not on the V.A. ID he presented but was on his NC ID which he held in his hand and repeatedly refused to give to the officer so they could complete the citation. After repeatedly refusing to cooperate, Mr. Rohrer was arrested and charged at the jail. He could have received a citation and went on his way but that is not how he chose to handle the situation.

in the video at approximately the 31:58 mark, you see Sunshine move toward the Officer and then you hear a bark. The officer reacts shortly after that and says he got bit and tells Mr. Rohrer to get control of his dog. The body cam is incapable of capturing every possible view or angle, however, she is seen moving toward the officer, you hear a bark, and she reappears heading away from the officer who was bit.

Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest.

Statement from District Attorney Travis Page that was read at August 17 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the ＊

**Gastonia Police Department** ✔
[redacted] actually, the cause and effect you are speaking of his friend who was watching Sunshine while he was in jail failed to secure her at his home in another county and allowed her to escape from the home, run into the road and get hit by a car two days after Mr. Rohrer's arrest. That's the cause and effect you meant right?

**Gastonia Police Department** ✔
[redacted] Are you familiar with the body cam law here in NC? Had he not agreed to the plea deal months ago and not had his court date yet, the video still wouldn't be out. So what exactly did you fight for again?????

## 9/19/22

**Gastonia Police Department** ✔
[redacted] SA-302 applies to crimes that are subject to having a criminal citation issued in lieu of an arrest. Raina was correct.

**Gastonia Police Department** ✔
[redacted] ohhh we know! That's why we are on here constantly trying to push back against that false narrative that they had 9 months to push unchallenged during the time where we were extremely limited on what we could say while waiting for a trial date or his plea deal to be finalized.

**Gastonia Police Department** ✔
[redacted] Mr. Rohrer posted a photo(s) showing a probe stuck in Sunshine's vest. One probe did make contact with Sunshine's skin. If the second probe embedded in the vest, then no electric shock was administered due to a lack of conductive skin-to-skin contact. The video also supports that Sunshine never received an electric shock.

**Gastonia Police Department** ✔
[redacted] actually they do line up with what happened, which is why the officers were cleared several months ago, he agreed to the plea deal he was offered months ago, and the case was closed months ago.

---

**Gastonia Police Department** ✔
[redacted] do you have any evidence to support what you just said? You'll notice, when we reference something, we provide the links where people can go and see for themselves. You said "to the best of your knowledge" do you have the evidence that you can provide to support why you feel that is the sequence of events? As we have stated, our initial belief was that Animal Control located Sunshine and turned her over to the friend. However, we found out after further looking into it that was not the case. As we have also stated, we are not entirely sure how Sunshine got from point A to point B which is why we now only reference what is not in dispute, that she somehow found her way to Cleveland County and that she escaped from his friend's custody in Cleveland County and was later hit by a car. That particular fact is not in dispute is it?

**Gastonia Police Department** ✔
[redacted] there are exceptions to the ADA rule right? Please show us anywhere in writing where a service dog MUST accompany the handler into a confined jail cell.

**Gastonia Police Department** ✔
[redacted] we have googled it and we know the exceptions and we have provide the receipts for OUR statements with wording straight from the ADA in some of our previous statements. You clearly can't provide receipts for your claim that the dog could go in the jail cell because you know that the ADA doesn't address that particular issue.

**Gastonia Police Department** ✔
[redacted] the officers involved in this almost now year old case were cleared months ago.

**Gastonia Police Department** ✔
Joshua Rohrer the article still says that you said this:

"The veteran added that Sunshine bit one of the officer's ankles, prompting the cop to tase her."

https://www.dailystar.co.uk/.../homeless-veteran...



DAILYSTAR.CO.UK
Homeless veteran devastated after cops tase service dog and he finds her dead

**Gastonia Police Department** ✔
Joshua Rohrer so you aren't the Veteran listed who made that statement to the reporter?

## 9/22/22, 3:42 pm

**Gastonia Police Department** ✔
[redacted] there are people out there who have a financial interest in keeping this case going and showing ALL the videos doesn't help push certain narratives.

**Gastonia Police Department** ✔
[redacted] we respond for a couple of reasons. One, some people when given the actual facts have changed their opinion of the case. Two, sometimes silence can be interpreted as guilt. We have the facts on our side on this case and had to remain silent for 9 months while the court process played out. Once his plea deal was finalized, we could then begin to set the record straight. There are some out there who have a financial interest in keeping this case going for as long as possible which is why we continue to see new people come here with a misinterpretation of the facts and we are more than happy to provide the actual facts.

**Gastonia Police Department** ✔

Here is a very shortened clip of where the bite occurs.
https://youtu.be/scYTJ6EI2Rk

Gastonia Police Department ✓
here is the law he was charged with. Notice the "accepting" part of the language.

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

As far as the ID goes. The VA website says the ID he provided is only good for getting military discounts at businesses. That ID only has a name (rank and branch of service) and does not provide a DOB, height/weight hair/eye color, or address. All information that is needed to complete a criminal citation in NC.

Gastonia Police Department ✓
the point that you are missing is that they could have just immediately arrested him anyway for committing the offense. They wanted to write him a citation instead of an arrest and send him and Sunshine on their way. He didn't want to cooperate which ultimately led to his arrest anyway. As far as the ID, he had a NC state issued ID in his hand that he refused to hand over to the officer so she could write the citation.

Gastonia Police Department ✓
might we suggest you research SCOTUS rulings on Content Specific vs Content Neutral (aka time, place and manner restrictions) on 1st Amendment issues. While doing so, please keep in mind that on the October 9 video, he was told he could literally move about 20 feet over to the sidewalk and he would be fine. However, that's not what he chose to do.

Gastonia Police Department ✓
remember, his actions that day generated calls to police complaining about what he was doing. That's why we responded that day. So are you now suggesting that police ignore citizen complaints?

Gastonia Police Department ✓
and who is the arbiter of petty? Remember, they tried using discretion to write a citation in lieu of an arrest. Had he cooperated, he could have been on his way.

Gastonia Police Department ✓
when it comes to quality of life crimes (which panhandling could be considered) some people are ok with people panhandling and some aren't ok with people panhandling. The residents here have spoken with their votes by saying that they want this particular law on the books. If residents here don't want that law anymore, they can lobby their local elected officials and have that particular law removed. That is how the process works.

**Gastonia Police Department ✓**
the officers were cleared months ago.....

Gastonia Police Department ✓
actually, a police call for service from a resident complaining about Mr. Rohrer's activities is what started the incident. That call was released to public last October.

Gastonia Police Department ✓
the North Carolina SBI was consulted months ago and after looking at the facts, they declined to investigate.

Gastonia Police Department ✓
if one barb embedded in the vest, that means no skin to skin contact which means no current conducted. Mr. Rohrer was in violation of a law that he had been warned multiple times about previously.

Gastonia Police Department ✓
tasers do have two barbs, one did make skin contact, the other didn't, the circuit was not complete. Here is the law he was charged with and he committed this violation TWICE right in front of two separate officers: Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

Gastonia Police Department ✓
he was violating the law, his dog was not shot, and GPD did not kill the dog.

Gastonia Police Department ✓
our logical argument is facts that the officers were cleared, he agreed to a plea deal that involved his charges, and the case is closed.

Gastonia Police Department ✓
since you are comparing cases that sparked nationwide outrage and controversy. The Ferguson "hands up, don't shoot" narrative was demonstrably proven (and proven in court) to be a lie was it not? That incident sparked outrage from across the nation when people where provided false and misleading information did it not?

Gastonia Police Department ✓
the case you are referring to is almost a year old now. Here are the actual facts. GPD did not kill the dog, the body cam was released months ago, the officers were cleared of any wrong doing months ago, and Mr. Rohrer agreed to a plea deal that involved his criminal charges months ago. This case has been closed now for quite awhile.

Gastonia Police Department ✓
what we are finding is that some of these individuals get their facts from YouTubers and Podcasters who create click-bait headlines, only show selective portions of the body cam video and then add their own inflammatory commentary. They do this because they are profiting off this event. And then of course there are some individuals out there who are using this event as a way to elevate their own stature with their particular social media followers by self-promotion AND profit off this event at the same time.

Like    Reply    25w

Author
Gastonia Police Department ✓
unfortunately as a government page, we can't block people. Case law has determined that social media is the new "town square" and we can't block people. We can't hide comments either except under a very specific set of circumstances. Individual residents are free to block people though!

**Gastonia Police Department ✓**
GPD did not kill the dog.

Gastonia Police Department ✓
both officers were cleared of any wrong doing both internally and by the District Attorneys Office. .

Gastonia Police Department ✓
one has nothing to do with the other, one determines if policy was violated (IA) one determines if a crime was committed (DA). Both offices were cleared in both arenas.

**Gastonia Police Department** ✓
If you knew how it worked then you would know that one had nothing to do with the other. The officers were cleared and the case has been closed for several months now.

### 10/6/2022, 3:04

**Gastonia Police Department** ✓
Mr. Roher was charged with a crime and he and his private attorney agreed to a plea deal that involved his charges. Also, GPD did not kill the dog.

**Gastonia Police Department** ✓
his plea deal included the disposition of the October 13 charges and the dog died 2 days later in another County after a friend of Mr. Rohrer's allowed the dog to escape from his custody, run into a roadway, and get hit by a car.

**Gastonia Police Department** ✓
t appears that you are new to our page. Allow us to get you up to speed on this almost year old case. The body cam was released months ago, the officers were cleared of any wrong doing months ago. Mr. Rohrer agreed to a plea deal that involved his criminal charges months ago and this case has been closed for quite a while now.

### 10/10/22, 12:12 pm

**Gastonia Police Department** ✓
this is the open source website for pending North Carolina court dates: https://www.nccourts.gov/court-dates

**Gastonia Police Department** ✓
we can't do everything for you. The website where you can look up the information was given to you and it is extremely easy to navigate.

**Gastonia Police Department** ✓
looks like you conveniently left something out when you did your list of charges you found on the website....

**Gastonia Police Department** ✓
fair enough, as we were not the charging agency in that case, we do not have all the specific details as to what transpired and why they elected to charge what they did.

**Gastonia Police Department** ✓
we did read your statement. You insinuated that the other agency may have added the animal cruelty charge on when they realized who he was. We were pointing out that we believe their incident happened before our incident so how could they know who he was?

### 10/11/22, 9:41 am

**Gastonia Police Department** ✓
Constitutional law and North Carolina State law are covered quite extensively in BLET.

**Gastonia Police Department** ✓
n certain situations, like what Mr. Rohrer did, yes.

**Gastonia Police Department** ✓
might we suggest you research SCOTUS rulings on Content Neutral laws vs Content Specific laws as they pertain to panhandling while keeping in mind that Mr. Rohrer was told that he could move 20ft over to the sidewalk and he would be fine doing what he was doing.

### 10/13/22, 9:03 am

**Gastonia Police Department** ✓
we hear your concerns about the responses. The biggest issue over the past year is the number of people who come to this page and either knowingly post false or misleading information about the case you are referencing or post the false/misleading information because they believe it is in fact the truth. For nine months we were unable to comment on this case due to the body cam hearings and the on going court proceedings. For nine months, one side had control of a narrative and pushed that narrative as far and wide as possible. With many YouTubers creating videos and adding their own opinions and commentary as a way to drive views and make money off this case. Since Mr. Rohrer's plea agreement, we have been able to comment back and we have strived to correct as much of the false information that has been pushed on YouTube and on this page. You may not agree with the facts of this case or how this case was handled and everybody is free to have their own opinion, but the officers were cleared of any wrong doing and we will continue to correct people who come on here with

**Gastonia Police Department** ✓
since you appear to be new to our page, allow us to bring you up to speed on this year-old case. The body cam was released several months ago, the officers were cleared of wrong-doing several months ago. Mr. Rohrer agreed to a plea deal that involved his criminal charges months ago, and this case has been closed for quite some time now.

**Gastonia Police Department** ✓
you are incorrect once again. Might we suggest you get your news from more reputable sources than YouTubers who are trying to profit off this event.

**Gastonia Police Department** ✓
they were consulted and declined to investigate it.

### 10/22/22, 4:56 pm

**Gastonia Police Department** ✓
this took us 5 seconds to find what the ID he presented is good for:

"Veteran ID Card

A Veteran ID Card (VIC) is a digital photo ID you can use to get discounts for Veterans at many stores, businesses, and restaurants. When you have this card, you won't need to carry around your military discharge papers or share sensitive personal information to get discounts. And you don't need to request another type of photo ID card to prove you're a Veteran or to get retail or business discounts."

This ID only a shows a photo, name, branch of service, and rank at discharge. The sensitive information that this ID lacks by design (as stated by the V.A.) is what was needed to complete the criminal citation.

https://www.va.gov/records/get-veteran-id-cards/ ✓

**Gastonia Police Department** ✓
and a VA Health card is different from a VA ID card. According to Officer Taylor's body cam, he presented the VA ID card.

**Gastonia Police Department** ✓
as we have said MULTIPLE times now. The decision that he was being charged either via physical arrest or criminal citation was made BEFORE they asked for his ID. They asked for ID to cut him a break and issue a citation, they could have just gone to physical arrest instead. So in this case, in order to get a citation, he had to be able to identify himself with an ID that had personal identifiers such as name, DOB, height/weight/ hair and eye color and address (which he had in the form of a State issued ID that he didn't want to hand over). If a person commits a crime, does not have an ID that has information the officer needs to complete a criminal citation, then they get arrested.

**Gastonia Police Department** ✓
not sure what video you watched but Mr. Rohrer never attempted to hand over his State ID. Instead, he argued over it with the officer.

**Gastonia Police Department** ✓

〈redacted〉directly from the V.A. website as to what the ID he presented can be used for. He had a hard copy and not a digital copy. The V.A. ID he presented does NOT have the required info on it needed to complete a NC criminal citation. The VA even says as much. That ID may be good for getting discounts at businesses but not for a criminal citation.

Veteran ID Card

A Veteran ID Card (VIC) is a digital photo ID you can use to get discounts for Veterans at many stores, businesses, and restaurants. Using this card, you won't need to carry around your military discharge papers or share sensitive personal information to get discounts. And you don't need to request another type of photo ID card to prove you're a Veteran or to get retail or business discounts.

**Gastonia Police Department** ✓

〈redacted〉then he would have been arrested anyway. What we have repeatedly tried to say is that the officers wanting to write him a citation was a discretionary act so he and Sunshine could go on their way. But in order to get a citation, he needed to show an ID that had a name, DOB, address, and physical descriptors. His N.C. ID he had in his hand and didn't want to turn over had all that. He chose not to cooperate and was arrested anyway. Either way, the officers made the decision he was getting charged. It could either be arrest or citation, his actions led to arrest.

**Gastonia Police Department** ✓

〈redacted〉he committed a criminal violation. Don't want to ID yourself then fine, you're getting arrested anyway and will go right to jail. The officers made the decision he was getting charged one way or another. They wanted to cite and release but he didn't want to cooperate so he was arrested. His actions led to his arrest.

**Gastonia Police Department** ✓

〈redacted〉the legal term is criminal citation. The colloquial term is "ticket" but yes, they are the same thing.

**Gastonia Police Department** ✓

〈redacted〉no, he was trying to hand over his VA ID card and Taylor said (paraphrasing here) "I don't want your VA ID card, I need your N.C. ID Card, Rohrer held it up and refused to hand it over, Taylor asked for it at least twice and warned him that if he didn't hand it over he would be arrested. Mr. Rohrer continued to argue about it and was arrested.

Like    Reply    22w                                          😆 5

✏ Author
**Gastonia Police Department** ✓

〈redacted〉so you would prefer the alternative of going to jail where they presumably (by your argument of being homeless) wouldn't be able to probably make bail either? Or are you suggesting that being homeless gives a person carte blanche to commit crimes without fear of consequences?

**Gastonia Police Department** ✓

〈redacted〉if it's an arrestable offense, and the officers cannot verify who the suspect is, then yes.

Like    Reply    22w                                          😆 5

✏ Author
**Gastonia Police Department** ✓

〈redacted〉or Mr. Rohrer could have handed over the ID so he could have gotten the citation instead of arguing about it right?

**Gastonia Police Department** ✓

〈redacted〉might we suggest you research SCOTUS 1st Amendment rulings on Content Specific VS Content Neutral laws when it comes to panhandling. When you do research this, keep in mind he was told he could move about 20 ft away to the sidewalk and he'd be fine.

**Gastonia Police Department** ✓

〈redacted〉which is why it was illegal. Had he been 20ft or so over on the sidewalk like he was previously told, he would have been fine.

**Gastonia Police Department** ✓

〈redacted〉it's all about the facts, from what we can find that is publicly available, he was not charged with speeding. Since it's not our case, we don't know for sure but it's still important to make sure the facts that are publicly available are at least correct.

**10/28/22, 5:22 pm**

**Gastonia Police Department** ✓

〈redacted〉this information has been provided to you MULTIPLE times now. This particular City ordinance can be found here:
https://library.municode.com/.../codes/code_of_ordinances... ✓

**11/10/22**

**Gastonia Police Department** ✓

〈redacted〉actually, the charge is "Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle." And yes, officers did have evidence he committed this offense because he did it right in front of them twice after previously being warned multiple times. Also, you might want to research SCOTUS rulings on Content Neutral vs Content Specific laws related to the 1st Amendment while keeping in mind that he was told he could move about 20ft over to the sidewalk and he'd be fine but he chose to not do that.

**11/10/22, 1:43 pm**

**Gastonia Police Department** ✓

〈redacted〉Actually a crime was committed, TWICE, by Mr. Rohrer on two separate occasions even after repeated warnings, hence why he was arrested and ultimately agreed to a plea deal related to his charges from that event.

**Gastonia Police Department** ✓

〈redacted〉Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle. He did this TWICE right in front of officers after having been warned repeatedly on previous occasions that what he was doing and where he was doing it was a violation. He chose to go back and continue his activities knowing it was a criminal violation.

**Gastonia Police Department** ✓

〈redacted〉what ID did he try and show? Was it the ID needed and requested? NO! Learn the actual facts of what happened.

**Gastonia Police Department** ✓

〈redacted〉again, learn the facts of this case. The case is over a year old, CLOSED, the officers cleared of any wrong doing, and Mr. Rohrer agreed to a plea deal.

**11/11/22, 9:02 am**

**Gastonia Police Department** ✓

〈redacted〉, Actually a crime was committed, TWICE, by Mr. Rohrer on two separate occasions even after repeated warnings, hence why he was arrested and ultimately agreed to a plea deal related to his charges from that event.

**11/14/22, 12:04 pm**

**Gastonia Police Department** ✓

〈redacted〉you are incorrect once again. Might we suggest you do some actual research on the facts of this case.

**11/16/22, 9:15 am**

**Gastonia Police Department** ✔
▮▮▮▮▮ we did, and a sampling off the YouTube videos that we found are filled with misinformation by people trying to make a profit with spicy click-bait headlines.

**Gastonia Police Department** ✔
▮▮▮▮▮ You do realize that those videos on YouTube are OUR body camera videos that WE released right. All the commentary added to those videos is just the personal opinions of the video creator that have no basis in fact to the actual facts of that case.

**Gastonia Police Department** ✔
▮▮▮▮▮ The officers involved were cleared of any wrongdoing both internally and by the DA's office AND after a request by the DA's office, the NC State Bureau of Investigations declined to look into the matter any further.

**Gastonia Police Department** ✔
▮▮▮▮▮ Constitutional law is the foundation of American policing, so yes, officers are very familiar with the Constitution as it relates to police work.

**Gastonia Police Department** ✔
▮▮▮▮▮ much like the YouTube videos you watched, those are your opinions with no basis in fact on how GPD officers are actually trained.

**Gastonia Police Department** ✔
▮▮▮▮▮ since it appears no constitutional rights were violated in the case you are referencing, what exactly is the basis for your argument that officers don't know the Constitution?

**11/17/2022, 3:00 pm**

**Gastonia Police Department** ✔
▮▮▮▮▮ maybe, maybe not, the case is over a year old and has been closed for awhile now and we never lost any followers at any point while he created the controversy. That is why we said we thanked EVERYBODY because we know there are people on Facebook who like us and people who don't like us. The Facebook algorithm prioritizes comments, likes, and shares on posts and shows posts that have higher engagement to more people. So every comment (like yours), every like, and every share helps our posts get seen by more people! On to 40,000!

**Gastonia Police Department** ✔
Butler Co. Sheriff's Office one would think that a Sheriff's office account (even the fake one that you are) would know not to base investigations on "stories" they heard about (especially on YouTube) and would base investigations on actual evidence obtained during an investigation. And the actual evidence discovered during this case was that he broke the law, was uncooperative, and resisted arrest. Ohhhh and he agreed to a plea deal so he couldn't have felt his rights were that violated. Since both officers were cleared of all wrong doing, it seems your comment from a fake Sheriff's Office account is filled with nothing but misinformation and personal anti-police biases obtained from your favorite YouTuber.

**Gastonia Police Department** ✔
▮▮▮▮▮ file a FOIA if you would like access to any evidence on this over a year old and CLOSED case.

**11/17/2022, 11:59 am**

Gastonia Police Department ✔
▮▮▮▮▮ you need to do some basic research on that case and get caught up! That case is over a year old and has been closed for awhile now. The body cam was released months ago and he agreed to a plea deal months ago!

**Gastonia Police Department** ✔
▮▮▮▮▮ We whole heartedly agree with you on this point! Had Mr. Rohrer not broken the law after being repeatedly warned not to do so then there would be no need for any body-cam to be released because we wouldn't have had to respond out AGAIN for a complaint about his continued illegal activities.

Like   Reply   18w

✏ Author
**Gastonia Police Department** ✔
▮▮▮▮▮ they were both cleared of any wrong doing both internally and by the District Attorney's Office.

**Gastonia Police Department** ✔      ...
▮▮▮▮▮ ever file that FOIA

**Gastonia Police Department** ✔
▮▮▮▮▮ you are entitled to your opinions but unfortunately they are not supported by the actual facts.

✏ Author
**Gastonia Police Department** ✔      ...
▮▮▮▮▮ file the FOIA and find out

**Gastonia Police Department** ✔
▮▮▮▮▮ "Justyn Huffman and Nydia Conley witnessed Rohrer's arrest and told local TV station WCNC: "The officer asked him for his ID. He wasn't moving fast enough so he tried to reach into his pocket to get his ID. They slammed him up against the car and they put cuffs on him."
The veteran added that Sunshine bit one of the officer's ankles, prompting the cop to tase her." https://www.dailystar.co.uk/.../homeless-veteran... ✔

🖼 DAILYSTAR.CO.UK
Homeless veteran devastated after cops tase service dog and he finds her dead                                            i

**Gastonia Police Department** ✔
▮▮▮▮▮ and he started saying he was misquoted as soon as we started posting his quote. We instructed him multiple times on how to get his quote changed with the respective media outlet if he felt the quote was inaccurate. We also pointed out to him that journalists record interviews so as to ensure accuracy when they write their stories. He has taken no steps to get the quote changed or the article amended and the story link with his quote remains active.

**Gastonia Police Department** ✔
▮▮▮▮▮ the evidence that he said it is in the article that said he said it. Would you like another article where he told a reporter Sunshine nipped at the officer? Seems amazing that when the story benefits him that the quotes are accurate but then they go against the narrative he has tried to paint that all of a sudden he was misquoted.

**11.22.2022**

✏ Author
**Gastonia Police Department** ✔
▮▮▮▮▮ you need to do some basic research on that case and get caught up! That case is over a year old and has been closed for awhile now. The body cam was released months ago and he agreed to a plea deal months ago!

**Gastonia Police Department** ✔
▮▮▮▮▮ Both Amendments apply here in NC and both Amendments were properly observed as determined by SCOTUS rulings.

**Gastonia Police Department** ✔
▮▮▮▮▮ we suggest you research SCOTUS rulings on Content Neutral vs Content Specific laws when it comes to this issue. Let us know what you find out when learn the difference and apply those rulings to the specific facts in this case.

✐ Author
**Gastonia Police Department** ✓
███████████ the facts say he broke the law and he agreed to a plea deal so apparently he believes he broke the law as well.

**Gastonia Police Department** ✓
███████████ just to cover all bases, the District Attorney reached out to the N.C. State SBI to see if they wanted to look into this case, once they saw the actual facts, they declined to look into it. We know it may be hard for you to accept, but the false narrative that was spread by Mr. Rohrer and the multitude of YouTubers who have made money off this event with their click-bait are not supported by the actual facts of this case. Perhaps you should ask yourself, if his rights were so violated and the arrest so egregious why was it that both officers were cleared of any wrongdoing, his two private attorneys suggested he take the plea deal, no independent agency wanted to look at this case any further, and no civil lawsuit filed?

**12/9/22, 9:02 am**

**Gastonia Police Department** ✓
███████████ we'll correct it for you "yes clap for those that arrest people who break the law after being repeatedly warned not to do so" 😊

**12/13/22, 3:02 pm**

**Gastonia Police Department** ✓
███████████ the Country has been watching for well over a year now and the watched the officers get cleared of any wrong doing and they watched Mr Rohrer agree to a plea deal and they watched this case get closed out a long time ago.

**12.30.2022**

**Gastonia Police Department** ✓
███████████ it's a battle we have been facing since October of 2021. Some people have a vested interest in keeping this story in the social media sphere for as long as possible and continue to encourage the spread of false information about what transpired. The case is closed and the fact that the officers were cleared, no outside agencies want to look at this case, and no civil suit filed should be very telling.

**Gastonia Police Department** ✓
███████████ we often get criticized for responding to these comments, but in our view, it is imperative to correct the false information constantly being posted. It's been 14 months and people are STILL saying we killed the dog. People can have an opinion on how they feel about this case all they want BUT if that start trying to pass off personal opinion as factual information then we will correct them. The level of misinformation intentional spread about this case that we have had to deal with about this case is worthy of creating a training class about!

**Gastonia Police Department** ✓
**Joshua Rohrer** it says right in the police report that you and your attorneys had access to that one of the officers was walking by Dicks Sporting Goods looking for Sunshine when a citizen relayed to GPD officers that Sunshine was at the TJ Maxx and that when officers went to the TJ Maxx they were told by another citizen that a different citizen had already left with Sunshine after removing her vest. We never have actually heard the full story on how Sunshine made her way to your friend Dave's house though.
Like   Reply   11 w

**Gastonia Police Department** ✓
███████████ we have software that tracks all the posts for archival purposes. None of your posts were deleted. If you included swear words in your post, they may have been hidden as part of facebook's filtering.

**1/5/23, 9:01 am**

**Gastonia Police Department** ✓
███████████ what did we lose in court? After the charges were adjudicated, a new petition was filed by there camp for Oct 13 and one filed by our camp for Oct 9. Since they filed for Oct 13, there was no reason for us to file a duplicate petition right? Don't forget that there camp opposed the Oct 9 video coming out because it added extra context to the Oct 13 incident.

**Gastonia Police Department** ✓
███████████ we worked with the DA and followed the body cam law. Both sides have a right to a fair trial and the DA argued an early release of the video might prejudice a jury one way or another and the judge agreed. Once the charges were adjudicated and the video was authorized for release, we were the ones who released it to the public.

**Gastonia Police Department** ✓
███████████ the case was adjudicated so there was no reason for it NOT to come out. Agin, they filed for the 13th, we filed for the 9th, both were released.

**1/9/23, 1:15 pm**

**Gastonia Police Department** ✓
███████████ we've been doing the PIT Count yearly for several years. If individuals are violating the law as written then they are subject to arrest.

**Gastonia Police Department** ✓
███████████ perhaps that would a question best directed to the District Attorney's Office since they are responsible for successfully prosecuting these cases.

**Gastonia Police Department** ✓
███████████ et us add the last paragraph of that article for you:

"In September, Gov. Roy Cooper signed a new law decriminalizing some city ordinances. The new state law applies to all local governments. That prompted a review process for all communities to determine which ordinances will still have criminal penalties."

Gastonia still has Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle as a chargeable offense.

## 1.10.23, 1:25 pm



✏️ Author
**Gastonia Police Department** ✓ this short excerpt from the full body cam video does in fact show that the dog was right at the officers feet: https://youtu.be/scYTJ6EI2Rk

 YOUTUBE.COM
Partial Clip from October 13, 2021 Arrest of Joshua Rohrer that Shows where Dog Bite Occurred

Like    Reply    14w

✏️ Author
**Gastonia Police Department** ✓ and is there a pending lawsuit? As of COB yesterday, there has been no lawsuit filed.

**Gastonia Police Department** ✓ Your comment of "Wow I hope he takes your city to the cleaners with the pending lawsuit" implies that there is a pending lawsuit. There in fact is not one.

Like    Reply    14w

✏️ Author
**Gastonia Police Department** ✓ they were cleared of any wrong doing both internally and by outside agencies.

**Gastonia Police Department** ✓ this is the law that he was charged with:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

He could have taken his case to trial if he believed it was a wrongful arrest but he and his private attorney agreed to the plea deal he was offered.

## 1.14.23, 8:40 am

**Gastonia Police Department** ✓ Thank you! Most of the complaints you see center around an incident that occurred 15 months ago and that was eventually closed in a way that the complainers didn't approve of. The vast majority of the complainers don't even live in this State and they have continuously been fed false information by YouTubers who are profiting off the event. The viewers then come to our page to complain about the incident based on the misinformation they received and we are more than happy to correct them and give them the accurate information. Which we then get accused of lying about....

## 1.31.23

✏️ Author
**Gastonia Police Department** ✓ our complaint was the out of town people who got all their misinformation from YouTubers who had a chance to run with a false narrative for 9 months until after your plea agreement was finalized and the body cam would be release and then we could start providing people with the actual facts in your case.

**Gastonia Police Department** ✓ just to be clear, two grand juries did not find him "guilty" the District Attorney had two separate grand juries review the charges to determine if the charges were appropriate. Both grand juries concurred that the charges were appropriate based on the evidence presented. Mr Rohrer was offered a plea deal in December of '21, he turned down that offer. As trial preparations were being made, that initial plea offer was still on the table and in July of '22, his legal team convinced him to take the offer, and avoid a trial.

**Gastonia Police Department** ✓
**Joshua Rohrer Jennifer Haskins** excerpt from the statement from DA Page that was read to you at the August '22 City Council meeting Josh:

"I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations."

We will continue to correct you every single time that you spread false information about your case.

**Gastonia Police Department** ✓
**Joshua Rohrer** you violated the law after being repeatedly warned that what you were doing and where you doing was a violation. Your actions led to your arrest.

**Gastonia Police Department** ✓ we said we were not here in 2008 for that case and based information off available news articles and apologized after you sent us the one court doc. However, we have been here for the Rohrer case, attended every one of the hearings (body cam and plea deal) and are intimately familiar with the facts of this case which is why we are on here continually correcting all the misinformation that Mr. Rohrer and others continue to spread.

**Gastonia Police Department** ✓ there is a process for obtaining evidence right? The video is already out there, so follow the process if you want more evidence. The grand jury was not asked to indict since he was already formally charged. DA Page asked two separate grand juries to remove the charges and evidence and determine if the charges placed were appropriate. Both grand juries agreed they were appropriate. Why did Mr Rohrer accept the plea deal he was offered if he felt so strongly about his innocence instead of going to trial and potentially being found not guilty?

**Gastonia Police Department** ✓
**Joshua Rohrer** and we've asked you multiple times what form of control you had over Sunshine. The ADA requires leash/harness or some other form of control. At no point in any of the videos could you be seen/heard giving voice commands or seen giving hand gestures to Sunshine which would satisfy the control requirement. What form of control did you have that would satisfy the ADA requirement?

**Gastonia Police Department** ✓ what about no control on October 9 when he wasn't arrested or no control the minutes before he chose to be uncooperative with officers on October 13 and his actions that ultimately led to his arrest?

**Gastonia Police Department** ✓ where is the control during the 15 minute interaction on October 9 when no arrest occurred? Where is the control in the 5 minutes prior to his arrest on October 13? That's a combined 20 minutes of no form of control as required by the ADA. When asked the legitimate question of what form of control he used, Mr. Rohrer goes radio silent. Just like he goes radio silent when asked how Sunshine got from the parking lot to his friend Dave's house. We have heard complaints on our page from his former supporters that when asked hard, legitimate questions, he then blocks people from both his personal page and his support page. Perhaps you can ask him some of these questions and see if he blocks you as well. Ironically, when Mr. Rohrer blocks these people, he then can no longer see their comments on our page where they say they doubt his credibility because he refuses to answer their questions.

✏️ Author
**Gastonia Police Department** ✓ so in other words, the people who run his page (which he is also one correct) also are avoiding answering any legitimate questions people may have about Mr. Rohrer's actions? Why would that be?

✏️ Author
**Gastonia Police Department** ✔
you are correct, however, his actions were still illegal based on the law he was charged with.

**Gastonia Police Department** ✔
Thank you for finally acknowledging that Mr. Rohrer resisted a lawful arrest and that had he not resisted, then the events that followed would not have transpired. Perhaps you could attend one of our police citizen academies so that you can learn more about the use of force continuum and learn how officers actually respond to individuals who actively resist an arrest and who don't immediately pose a threat of bodily injury or death to an officer or others. If you did attend that training, then you would realize the absurdity of the rest of your above statement

**Gastonia Police Department** ✔
they were dropped as part of a plea deal but you know that already.

**Gastonia Police Department** ✔
you also know that two grand juries supported the charges and that Mr Rohrer and his private legal team could have challenged the charges in court but that's not what they chose to do now was it? Instead they accepted the plea deal that was offered to him. Perhaps to avoid having an actual court date where evidence and testimony would have been presented. Who knows why they chose to accept the deal offered.

**Gastonia Police Department** ✔
straight from the ADA website:

"Service Animals Must Be Under Control

A service animal must be under the control of its handler. Under the ADA, service animals must be harnessed, leashed, or tethered, unless the individual's disability prevents using these devices or these devices interfere with the service animal's safe, effective performance of tasks. In that case, the individual must maintain control of the animal through voice, signal, or other effective controls."

The last sentence is the key for this case. Mr Rohrer has been asked multiple times what form of control he had during the 15 minute interaction on the 9th and 5 minute interaction on the 13th. Sunshine is seen wandering at will with no voice commands heard or hand gestures given as required by ADA for an unleashed dog. What form of control did he have over her?

**Gastonia Police Department** ✔
because he agreed to the plea deal he was offered. He had two pending separate charges, one for driving on a revoked license that occurred prior to his Oct 13 arrest. He was offered a plea deal in Dec of '21 to plead guilty to driving on a revoked license (arguably a more serious charge than panhandling) and agree to attend a special Veterans Treatment Court and be placed on 2 years supervised probation in exchange for having the Oct 13 charges dropped. He and his legal team turned down that offer. He was scheduled for court in the summer of '22 and while the same plea offer was still on the table, they decided to take it in July. So he plead guilty to the revoked license with all the other mentioned stipulations and the Oct 13 charges were dropped. Presumably he is complying with his supervised probation requirements and attending the Treatment Court as ordered.

Like · Reply · 4 w

✏️ Author
**Gastonia Police Department** ✔  ···
the court and department policy felt it was justified.



**Gastonia Police Department** ✔
We can tell when Mr. Rohrer reposts either body cam video or photos because we have a flood of new people on the page commenting "release the body cam". We also have his supporters who disappear for a month and then come back at the same time as the new people show up so it's easy to tell when he's trying to keep the story in the social media sphere. There have been no changes in this closed case so it's not YouTubers making new videos. That's ok though, we have no problem letting everybody know the actual facts of this case when they come to our page. Once we provide the facts, most of the newcomers don't comment again.

✏️ Author
**Gastonia Police Department** ✔  ···
he reposts it on his social media pages.

**Gastonia Police Department** ✔
1) we are commenting to ensure people know the actual facts of the case.

2) the algorithm favors interaction between the page and followers.

If we didn't correct all the misinformation being posted then people would assume that what was posted was correct right?

**Gastonia Police Department** ✔
we're not the ones who come on our page every month or so to bring up this 15 month CLOSED case yet again. However, when people do bring it up again, we make sure any information they post is actually true.

Like · Reply · 5 w

✏️ Author
**Gastonia Police Department** ✔
he had 20 minutes (15 in the October 9 video where no arrest occurred and 5 minutes prior to his arrest) to show control over Sunshine. What form of control as required by the ADA did he exhibit for those 20 minutes?

**Gastonia Police Department** ✔
actually he was panhandling and his illegal actions were caught on the October 9 body camera and witnesses by the responding officer as she pulled up on October 13. The only reason it's not shown in the Oct 13 video is because she was still on her car and the body cam was facing the steering wheel.

**Gastonia Police Department** ✔
perhaps you should ask Mr. Rohrer that question since his continued illegal actions generated the call for service that day and prompted the police response.

**Gastonia Police Department** ✔
nope, because we have the receipts to back up our claims and we have no problem providing them at any time. Perhaps you should ask yourself why no State or Federal agency pursued this case or why no civil suit has been filed. If this is such a clear violation against the Constitution and civil rights, there should have been several attorneys willing to take this case pro-bono right? But yet, that hasn't happened. Perhaps you should ask Mr. Rohrer why has hasn't pursued anything further.

**Gastonia Police Department** ✔
ask Mr. Rohrer what form of control he had over Sunshine and ask him how Sunshine got to his friend Dave's house, and ask him why he never pursued any further action. Hopefully you won't get blocked from his personal page or support page like others have when they have asked him questions he doesn't want to answer.

**Gastonia Police Department** ☑
here is another "what if" had he heeded the multiple prior warnings he was given and not continued on with his illegal activity, there would not have been a call for service for him that day and the events that followed would not have happened either correct?

Like　Reply　5 w

🖋 Author
**Gastonia Police Department** ☑
we are very familiar with his plea deal. One could easily argue that driving on a revoked license is more serious than panhandling. Most plea deals are the other way around where the more serious charge is dropped for a lesser plea.

**Gastonia Police Department** ☑
isn't that what you did? The interaction that day was caused because Mr Rohrer chose to break the law.... again... and generated a call for service. His actions led to his arrest.

**Gastonia Police Department** ☑
the dog did bite an officer as evidenced on video and stated to by witnesses.

**Gastonia Police Department** ☑ 　...
file a foia if you want to know more.

**Gastonia Police Department** ☑
Ask Mr Rohrer why he made the statement he made to the reporter. He was more than happy to promote his side of the story to the Military Times shortly after the incident happened. Not surprisingly, when confronted with the fact his own statement contradicts the false narrative he has since created, he now claims that he never made that statement. Funny how confronted about how his own previous statements contradict his now manufactured narrative that he turns around and claims he never said the quote or was misquoted. His claims are easily refuted just like when he claimed today that two grand juries didn't review his case. A simple court record search and the DA's public statement clearly show they did in fact review the case twice and found the charges appropriate.

Like　Reply　4 w

🖋 Author
**Gastonia Police Department** ☑
it's not a content based restriction. He was told on the Oct 9 video he could move about 20ft over to the sidewalk and he would be fine. That's not what he chose to do.

🖋 Author
**Gastonia Police Department** ☑
the law he was charged with is very specific and we have provided the wording to that law many times to other people over the last 15 months.

**Gastonia Police Department** ☑
thank you for acknowledging that at least SOMETHING happened. The rest is just semantics.

Like　Reply　4 w

🖋 Author
**Gastonia Police Department** ☑
also the Oxford Dictionary suggests that nip and bite may be synonymous.

**Dictionary**

**Gastonia Police Department** ☑
considering that the dog already bit one officer, was under no form of control at all and jumped up on the hood of the car and came close to the other officer's face, the use of force with a taser deployment was deemed justified.

🖋 Author
**Gastonia Police Department** ☑
we also have Mr Rohrer saying it happened. Perhaps you should ask him why he said that and perhaps you should ask him about his pending court date in 11 days which can be found by entering his name in the open source portal below:

https://www.nccourts.gov/court-dates

🖋 Author
**Gastonia Police Department** ☑
ask Mr Rohrer why told a media outlet the dog nipped the officer, while you're at it, ask him about his pending court date 11 days from now which can be found by entering his name in the open source site below:

https://www.nccourts.gov/court-dates

**Gastonia Police Department** ☑
nope, just making sure everybody has all the facts since Mr. Rohrer continually wants to keep this in the social media cycle by spreading misinformation. 😂

**Gastonia Police Department** ☑
in your opinion it's not in the video. In other peoples opinions it is, and in the opinion of investigating agencies the totality of the evidence suggests the bite occurred. Hence why the officers were cleared. Again, perhaps ask Mr. Rohrer why if he feels his rights were so violated and that the officer's actions so egregious, that he nor any attorney pursued any more legal action? 😂

**Gastonia Police Department** ☑
ask Mr Rohrer to go thorough the process to find out since his a direct party to the case. Perhaps had he taken the case to trial and not taken the plea, all the evidence would have been presented in open court. 😂

🖋 Author
**Gastonia Police Department** ☑
please share with us what you feel is untrue? We would be happy to provide you with the publicly available facts of this case.

### 2/1/23, 8:33 am

**Gastonia Police Department** ☑
you might want to research SCOTUS case law and decisions related to this topic.

**Gastonia Police Department** ☑
this case is over 15 months old and has been closed for quite a while now

**Gastonia Police Department** ☑
responding has been effective at the newcomers who come to this page believing what they've seen on YouTube is true. Our responses are not geared to Mr. Rohrer or his supporters because they already have their mind made up. We respond to their comments so that somebody who finds their way to our page, for whatever reason, doesn't see this false and misinformation posted about what happened and then believe it's true. We will continue to correct everybody who posts and false or misleading information about this case or any case.

Gastonia Police Department ✔

[REDACTED] we've been dealing with this for over 15 months now. The first 9 months we were prohibited from commenting due to the pending court case. One side had 9 months to craft and spin a narrative with no rebuttal. Once the body cam came out, we could then refute all the misinformation. The comments now are mostly from the same handful of people and the reason we respond to them is because if they post "GPD killed the dog" and we don't immediately refute that, then a new person on our page (we get about 800 new followers a month) might see that comment, no rebuttal from the police and believe it as fact. We don't reply to change the original posters opinion, we reply so nobody else sees that comment and takes it as fact. We will continue correcting all the false information spread about this case. The negative comments go away for a few weeks and then they all come back at once like in the past 2 days, then they go away again. We have seen this cycle play out consistently like clockwork for 15 months now, almost as if it is a coordinated effort.

**2/2/23, reel**

Gastonia Police
Department
✔

[REDACTED]

perhaps if Mr Rohrer
would have exercised
some form of control
over Sunshine as
required by the ADA
(and he still refuses to
say how he had any
control over her) then
perhaps she wouldn't
have been put in the
unfortunate position
where she was allowed
to roam free, bite an
officer and then run off.

Gastonia Police Department ✔
Joshua Rohrer yes actually we
can! We will be glad to post
the raw video that shows the
handler given verbal and hand
gesture commands. Where is
your control in the 20 minute
span (15 on Oct 9 when you
weren't arrested and 5 on Oct
13 when you were arrested)
that you showed? The body
cam is raw video isn't it? What
form of control over Sunshine
did you have?

Gastonia Police
Department
✔

Joshua Rohrer still
haven't answered the
questions of what form
of control did you have
over Sunshine and how
did Sunshine get to
Dave's house?

Gastonia Police
Department
✔

Joshua Rohrer what was
the control as required
by the ADA? How did
Sunshine physically get
from the parking lot to
Dave's house?

**2/2/23, 2:59 pm**

Gastonia Police Department ✔
[REDACTED] the officers were cleared of any wrong doing both internally and criminally and the SBI (along with Feds) declined to look into the case.

Gastonia Police Department ✔
[REDACTED] what case are you talking about? We were referencing the Rohrer case since that was what all the other references seem to be directed toward.

**Gastonia Police Department** ✓

██████████ that is factually incorrect, the DA reviewed the case for potential criminal charges and the State Bureau of Investigation was consulted. No State or Federal agency has shown an interest in looking into this matter any further.

**2/10/23, 3:39 pm**

**Gastonia Police Department** ✓

██████████ or, had Mr Rohrer not repeatedly broken the law when he was previously warned multiple times not to do so, perhaps a resident wouldn't have called the police to complain about his illegal activities.

**Gastonia Police Department** ✓

██████████ perhaps you should listen to the 9–1–1 audio of the initial call that we released about 16 months ago. You should be able to easily find it via a Google search on some of the local news websites.

**2.23.23**



**Gastonia Police Department**
did you guys directly kill a service dog? No, but you guys contributed to it.

Like   Reply   8w

✎ Author
**Gastonia Police Department** ✓
██████████ no we did not.

Like   Reply   8w

✎ Author
**Gastonia Police Department** ✓
██████████ GPD did not cause or contribute to the death of Sunshine

---

**Gastonia Police Department** ✓

██████████

perhaps if Mr Rohrer would have exercised some form of control over Sunshine as required by the ADA (and he still refuses to say how he had any control over her) then perhaps she wouldn't have been put in the unfortunate position where she was allowed to roam free, bite an officer and then run off.

**Joshua Rohrer**
Can you show me what form of control you have over this K-9? According to your comments about my service dog, Sunshine, that you tased after lying, saying she bit, this would be an out of control dog or does that only apply to me since you lie and gaslight and harass me?

Like    Reply    8w          😍😂❤️ 14

✏️ Author
**Gastonia Police Department** ✔️
**Joshua Rohrer** yes actually we can! We will be glad to post the raw video that shows the handler given verbal and hand gesture commands. Where is your control in the 20 minute span (15 on Oct 9 when you weren't arrested and 5 on Oct 13 when you were ar... **See more**

Like    Reply    8w          👍😂 8

**Joshua Rohrer**
Hypocrisy at its finest

Like    Reply    8w          👍😂 3

✏️ Author
**Gastonia Police Department** ✔️
**Joshua Rohrer** still haven't answered the questions of what form of control did you have over Sunshine and how did Sunshine get to Dave's house?

---

**Joshua Rohrer**
**Gastonia Police Department**
I had 100% control over sunshine until you tased her and held the trigger even until she was out of sight around the car. She got to Dave's house because You failed to secure her at scene like you should have.                  👍😂😮 8

Like    Reply    8w

✏️ Author
**Gastonia Police Department** ✔️
**Joshua Rohrer** what was the control as required by the ADA? How did Sunshine physically get from the parking lot to Dave's house?

**3.14.23, 8:49 pm**

Gastonia Police Department ✔️
░░░░░ did you mean the video we first posted almost a year ago now that shows Mr. Rohrer refusing to cooperate with officers after he was repeatedly warned on multiple occasions that what he was doing and where he was doing it was against the law and where the dog that he exhibited no control over but an officer? Is that the video you are talking about?

Gastonia Police Department ✔️
░░░░░ you might want to research the very specific law that Mr. Rohrer was charged with and warned previously on multiple occasions that what he was doing was illegal. Again, the wording on the law he was charged with is very specific.

Gastonia Police Department ✔️
░░░░░ again, he was warned multiple times on multiple specific occasions that where he was and what he was doing was illegal. He chose to ignore the officers multiple warnings and continued to break the law. He was even told on the October 9 body camera that he could move about 20 feet over to the sidewalk and he would be fine but that's not what he chose to do now did he? His actions resulted in his arrest.

Gastonia Police Department ✓
[redacted] perhaps you should watch that October 9 body cam video.
The officer who tased the dog on October 13 is the same officer who
interacted with Mr. Rohrer on October 9 and did show compassion and told
Mr. Rohrer that he would be fine up on the sidewalk. That Officer also
happened to be a fellow veteran and asked Mr Rohrer if he was aware of
certain services available to him. Again, Mr. Rohrer chose to continue to
break the law after repeated warnings and his actions directly led to his
arrest.

Gastonia Police Department ✓
[redacted] sounds like you only watched the October 13 video. On that
video, the female officer was the first one on the scene and the male officer
was second. Have you watched the October 9 video? In that video it is only
Mr. Rohrer and the same male officer who would later respond on the 13th.

### 3/16/23, Reel

Gastonia Police Department ✓
[redacted] GPD did
not cause the dog's death.

Gastonia Police
Department
✓
[redacted] actually
going on 17 months
now of being a CLOSED
case but who's
counting....

### 3/25/23, 4:54 pm

✏ Author
Gastonia Police Department ✓
[redacted] because the law that Mr. Rohrer
violated on multiple occasions and was warned
multiple times was a violation is very specifically
worded and that wording has been posted on here
multiple times over the course of the last year and
a half.

2d

✏ Author
Gastonia Police Department ✓
[redacted] you are a supporter of Mr. Rohrer
correct? You have posted multiple times about your
support for Mr. Rohrer over the last 18 months
correct? You have also posted that you believed his
specific arrest was invalid correct? If so, our reply
addressing Mr. Rohrer's specific situation given the
past 18 months of posting history is reasonable.

1d

✏ Author
Gastonia Police Department ✓
[redacted] we did answer the question. There
is a law with very specific wording that covers the
acts that Mr. Rohrer (along with anyone else who
may have been charged) committed. They were
charged because they committed acts specifically
enumera... See more

1d

✏ Author
Gastonia Police Department ✓
[redacted] here is the law he was charged
with:

Section 6-228 prohibits soliciting or accepting
contributions while in a street or median from the
occupants of a stopped vehicle.

Again, the wording is very specific, and Mr. Rohrer
was told on the Oct 9 body cam that he could
move about 20 ft over to the sidewalk and he
would be fine but that's not what he chose to do.
He violated this specific law on multiple occasions,
was warned on multiple occasions what he was
doing and where he was doing was against the law
but yet he continued to do so. His actions led to his
arrest.

1d

✏ Author
Gastonia Police Department ✓
[redacted] it's a City ordinance. It's also a
safety issue to have individuals standing in the
median of roadways soliciting.



**Author**

**Gastonia Police Department** ✔
_____ wouldn't it seem obvious that individuals standing on the median of roadways for significant amounts of time could present a safety hazard both to the individual and to the motoring public? Does it need to be explained why it's also against the law for pedestrians to walk on controlled access highways?

1d

**Author**

**Gastonia Police Department** ✔
_____ again, if you read the wording of the statute it specifically states accepting contributions while on a median. If you are on a sidewalk, you're fine. As we said earlier, the wording of the law is VERY specific. As far as pedestrians on interstates go, we would always recommend that you stay in your vehicle if it breaks down on the highway.

1d

**Author**

**Gastonia Police Department** ✔
_____ if the person steps off the sidewalk then it's a violation since the law states

"prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle."

**Gastonia Police Department** ✔
_____ the events as you described did not occur either. Perhaps you should research this case through legitimate sources.

**Gastonia Police Department** ✔
_____ you are referring to an almost year and a half old closed case in which both officers were cleared of any wrong doing and Mr. Rohrer agreed to a plea deal as a way to dispose of his criminal charges.

**Gastonia Police Department** ✔
Mr Rohrer's actions led to his arrest.

**Gastonia Police Department** ✔
_____ you mean like the multiple previous warnings he was given and then he continued to break the law?

Like   Reply   3w

**Author**

**Gastonia Police Department** ✔
_____ as we have said multiple times. It's an 18-month-old closed case where the officers were cleared and charges adjudicated after a plea deal. The facts are the facts.

### 3/31/23, 7:24 pm

**Gastonia Police Department** ✔
_____ all officers were cleared in this 18 month old closed case and Mr. Rohrer agreed to a plea deal.

**Gastonia Police Department** ✔
_____ what exactly is disgraceful about providing the actual facts and disposition of this case?



**Gastonia Police Department** ✔
_____ we cannot help if you refuse to accept the facts of this over 18-month-old closed case in which the officers were cleared of any wrong doing and the criminal charges against Mr. Rohrer were disposed of through a plea agreement.

**Gastonia Police Department** ✔
_____ no video exists that clearly shows the bite occurring. As we said earlier, the preponderance of the evidence supports that a bite occurred. Body cam supports the officer's claim and witnesses and Mr Rohrer have publicly stated that the officer was bit/nipped.

**Gastonia Police Department** ✔
_____ this 18 month old case is closed and remains closed after the plea agreement and all officers being cleared.

**Gastonia Police Department** ✔
_____ your repeated claims have been proven as false.

### 4/2/23, 9:28 am

**Gastonia Police Department** ✔
_____ all officers were cleared in this 18 month old closed case and Mr. Rohrer agreed to a plea deal.

### 4/3/23, 9:00 am

**Gastonia Police Department** ✔
_____ as stated earlier the case you are referring to has been closed for over a year and a half now with the office's being cleared of any wrong doing and the defendant's criminal charges disposed of through a plea agreement.

**Gastonia Police Department** ✔
_____ all officers were cleared in this 18 month old closed case and Mr. Rohrer agreed to a plea deal.

**Gastonia Police Department** ✔
_____ the District Attorneys's Office, Two grand juries, and the NC State Bureau of Investigation declined to investigate the matter, thus the officers were cleared of any criminal wrong-doing and GPD's Internal Affairs determined the officers did not violate departmental policy.

**Gastonia Police Department** ✔
_____ what we are saying is that someone who repeatedly violated the law after previous multiple warnings and who refused to cooperate with officers and who resisted a lawful arrest was charged accordingly, and had his charges disposed of via later plea agreement and the case has been closed ever since.

Like   Reply   2w

**Author**

**Gastonia Police Department** ✔
_____ not sure what unconstitutional law you are referring to as the law under which the person whose case you reference on a daily basis now for past 18 months was charged under, has survived court scrutiny and remains actively enforced today.

**Gastonia Police Department** ✔
_____ don't forget that he and his private legal team agreed to the terms of the plea deal he was offered.

**Gastonia Police Department** ✔
_____ we have said multiple times that particular laws constitutionality has been upheld in court and agreed up by the team of lawyers who repeatedly successfully prosecute similarly charged cases.

**Gastonia Police Department** ✔
_____ please provide your evidence that anybody was pushed into accepting any deal in the case you are referencing and continue to make false claims about.

**Gastonia Police Department** ✓
█████ you may want to do some more research on SCOTUS rulings on cases involving Content Neutral vs Content Specific panhandling laws. While doing this research, keep in mind, the individual charged was told that he could move up on the sidewalk and he'd be fine continuing his activities but that's not what the person ultimately chose to do.

**Gastonia Police Department** ✓
█████ perhaps you should let the legislators who wrote the law, the team of lawyers who approved the law, and the team of prosecutors who continue to successfully prosecute individuals under the law he was charged with that you do not believe what they are doing is constitutional. The law the person was charged with has withstood court scrutiny and continues to be actively enforced.

## 4/4/2023, 3:00 pm

**Gastonia Police Department** ✓
█████ we have found that about once a month the segments of the incident are reposted and new people see it believing it just occurred and they then make their way to our page to make comments that contain false information (not necessarily their fault as they do no independent research on the case). Once we make them aware that a lot of information they have been told is false, we often never hear from them again.

**Gastonia Police Department** ✓
█████ unfortunately, it seems, that for whatever the goal or reason, individuals continue to re-post certain segments of the event. In our experience it is once a month thing, like clockwork, even though this is a year and half old closed case. Perhaps it's done as a way to drive more people to the support group they created where merchandise is offered for sale and GoFund me info is posted but who who really knows the reasons.

**Gastonia Police Department** ✓
█████ incorrect, he was warned multiple times that where he was and what he was doing was a violation. He was caught on the Oct 9 body cam breaking the law and the officer gave him yet another warning and told him he could move on the sidewalk and be fine. He was observed yet again on Oct 13 breaking the law and his actions led to his ultimate arrest after repeated warnings.

**Gastonia Police Department** ✓
█████ the law he was charged with has withstood court scrutiny and continues to be actively enforced and prosecuted.

**Gastonia Police Department** ✓
█████ please do dig, because we can assure you that we never said that solely standing on a median was a criminal offense. If you read the statute that he was charged with then you will see the charging language that he was warned about on multiple occasions yet continued to violate.

**Gastonia Police Department** ✓
█████ this is what he was charged with:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

You have been told this multiple times now.

Like   Reply   1w

🖊 Author
**Gastonia Police Department** ✓
█████ glad you finally acknowledge with your above statement that he violated Section 6-228 and committed the crime of accepting items from a stopped vehicle while in the median.

**Gastonia Police Department** ✓
█████ every month portions of the body cam get reposted on social media and new people stumble across the video thinking this event just occurred even though it's over a year and half old at this point. We still get some "release the body cam" comments. The average around 500 new followers a month, some from the area, some from out-of-state. We respond to the comments for the benefit of the new people who see a "you beat a homeless veteran and killed his dog" comment and think this is what happened and think that if just happened. If you think about it, if you saw a post like that, weren't familiar with the facts, and saw no rebuttal from the agency, wouldn't you think that they did what they were being accused of? We have noticed that when we correct the newcomers, a lot of them never post again. That's why we respond, not for the Rohrer support group but so that we can correct the misinformation being spread so that new people to the page have the facts. The handful of people in the support group will continue to post no matter what. We could post a picture of a rock with no context and they would still comment about the Rohrer case. As a side note, the Facebook algorithm encourages engagement so the more comments and the more replies, the more the post gets seen and more new people (vast majority not affiliated with the Rohrer crowd) find their way to the page.

## 4/13, 11:59 am

**Gastonia Police Department** ✓
█████ we know the City ordinance. Glad you agree that there is a very specific set of circumstances that must occur before it is a violation. We are also glad that you acknowledge intentionally spreading misinformation to further your agenda.

**Gastonia Police Department** ✓
█████ here is is again: Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

**Gastonia Police Department** ✓
█████ see, there you go again, intentionally leaving out details of the offense to fit your agenda. It's more than just accepting something from a vehicle now isn't it? What are the other elements needed to actually make it a crime?

## 4/17, 10:26 am

**Gastonia Police Department** ✓
█████ you might want to research what actually caused the dog's death and when the death occurred.

**Gastonia Police Department** ✓
█████ considering the dog died days later in another County while in the custody of one of the defendants friends.... No, GPD was not responsible for the death of the dog.

**Gastonia Police Department** ✓
█████ the legal system disagrees with your assessment.

**Gastonia Police Department** ✓
█████ perhaps you should ask yourself why no City, State, or Federal agency who actually looked at the facts in this case elected to pursue it any further. Perhaps you should ask ask yourself why no private attorney has taken the case to a civil lawsuit.

**Gastonia Police Department** ✓
█████ the officers' actions were deemed justified and appropriate.

**Gastonia Police Department** ✓
█████ again, multiple agencies had the opportunity to review the facts of this case and all declined to pursue it any further. The officers' actions were deemed justified, the defendant and his private legal team agreed to a plea deal as a way to dispose of the criminal charges and this case has been closed and remains closed ever since.

**Gastonia Police Department** ✔
_____ again, those are your opinions not substantiated by legal finding based on the actual facts of the case.

**Gastonia Police Department** ✔
_____ since he was cleared of any wrong doing. Your opinion that he lied is strictly that, your opinion, and not based on any actual facts of the case.

**Gastonia Police Department** ✔
_____ what do you feel was a lie? The officer claimed he was bit, the video supports he was bit, witnesses stated he was bit, and the defendant even stated that his dog nipped the officer.

**Gastonia Police Department** ✔
_____ the video supports the officer's claim, which is also backed up by statements made to the media by both witnesses and the defendant.

**Gastonia Police Department** ✔
_____ so in other words, what you are saying is that it's also possible that the dog DID bite the officer right? You can't have it both ways. If YOU say it didn't happen simply because YOU can't see it then you it's reasonable to also say that it did happen but just not seen on camera due to the angle of the body cam but other people DID see it.

**Gastonia Police Department** ✔
_____ show us where we said the video showed the bite? We said the video supported the officer's claim.

**Gastonia Police Department** ✔
_____ as we said, the officer claimed he was bit, the video evidence supports his claim, and statements witnesses AND the defendant made support the claim. It's the totality of the evidence. The body cam is not the end all be all and is only one part of the entire investigation.

**Gastonia Police Department** ✔
_____ perhaps you should ask that lawyer what video he was watching. Every video he watched was released after the plea deal was finalized.

**Gastonia Police Department** ✔
_____ Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

**Gastonia Police Department** ✔
_____ perhaps you should have lent your legal expertise to the team of City lawyers, State Prosecutors, and his private defense team before he agreed to take the plea deal.

**Gastonia Police Department** ✔
_____ as stated earlier, this year and a half old case is closed and remains closed. Both officers cleared, and the charges adjudicated via plea deal.

**Gastonia Police Department** ✔
_____ the dog ran off after being struck by the taser probe. A resident picked her up in the shopping center and drove off with her prior to officers and animal control locating her. We don't know if that resident knew the defendant or not. To this day, we still do not have definitive information as to exactly how she got from the shopping center parking lot to the defendant's friend's home in another county.

**Gastonia Police Department** ✔
_____ he's visited our fair city about four times and is very familiar with this case by now

https://www.wccbcharlotte.com/.../gastonia-homeless.../


WCCBCHARLOTTE.COM
Libertarian VP Candidate Spike Cohen To Lead Protest In Gastonia For Arrested Homeless Veteran - WCCB...

**Gastonia Police Department** ✔
_____ Statement from District Attorney Travis Page that was read at August 17, 2022 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing.

I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations.

My office's dismissal of the relevant charges as part of a plea agreement was in no way a repudiation or negative reflection of the actions of the officers involved; in fact, it was an act of mercy given to a veteran with a very concerning criminal history in hopes that he would receive the assistance he dearly needs.

**Gastonia Police Department** ✔
_____ Statement from District Attorney Travis Page that was read at August 17, 2022 City Council meeting in front of Mr. Rohrer and his supporters:

Following the release of the Gastonia Police Department body-worn camera footage, there have been questions posed as to whether the officers involved would face a criminal investigation and/or criminal charges.

Immediately after first viewing this footage in 2021, I consulted with the State Bureau of Investigation about a criminal investigation. I was of the opinion then, and remain of the opinion, that Officers Brooks and Taylor committed no acts of criminal wrongdoing.

I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations.

My office's dismissal of the relevant charges as part of a plea agreement was in no way a repudiation or negative reflection of the actions of the officers involved; in fact, it was an act of mercy given to a veteran with a very concerning criminal history in hopes that he would receive the assistance he dearly needs.

**Gastonia Police Department** ✔
_____ our internal affairs reviewed to see if the officers violated any department policy. The District Attorney's Office reviewed to see if any criminal conduct by the officers occurred. The DA also consulted with the State Bureau of Investigation. After all that, it was determined that the officers violated no department policy during the arrest and the officers committed no criminal violations during the arrest. They were both subsequently cleared.

**Gastonia Police Department** ✔
_____ nobody ever said anybody had to forget about anything. All we have said is the case has been adjudicated and closed for quite some time now. Thank you for continuing to follow and support the page though!

**Gastonia Police Department** ✔
_____ not sure how somebody can be gaslight by publicly available facts and open court records.....

**Gastonia Police Department** ✔
_____ because the rest was just your personal opinion which you are free to have. We will correct the misinformation continued to be spread.

**Gastonia Police Department** ✔
_____ we addressed all the false statements that are continually made about this case. The true facts are easily verifiable through legitimate news reporting and publicly available court records.

May 31, 2023, 5:00 pm



Author
Gastonia Police Department ✓
███████████ the dog was not shot.

June 9, 2023, 3:17 pm



Gastonia Police Department ✓
███████████ GPD did not kill the dog.

"While his friend and fellow veteran ███████ was able to get his hands on the
service dog that night, she later slipped her leash and ran away while Rohrer was still in
jail."

https://www.militarytimes.com/.../i-just-wanted-to-die.../

MILITARYTIMES.COM
'She was just doing her job': Homeless vet loses service
dog during arrest for panhandling



**Joshua Rohrer**
September 16, 2022 · 🌐

## So many lies from Gastonia Police Department

**Gastonia Police Department** ✓ · Follow
Since you felt the need to mention us again and then get mad when we respond, do you want us to respond to this or not? Talk amongst yourselves and get back to us when the group has come to a consensus on if they want a response or not because we have no problem what so ever addressing this!

**Gastonia Police Department** ✓ · Follow
███████ file a FOIA for the first 2 things you listed and you can get it that way. A FOIA is the proper channel, not social media. And the "limited information" part was related to Mr. Rohrer's criminal charges and at the time, pending court date(s) everybody knows that no law enforcement agency is going to talk about the particulars of a case while it's still open.

**Gastonia Police Department** ✓ · Follow
███████ if people would stop posting false information about this case then we wouldn't have to continually correct them.

**Gastonia Police Department** ✓ · Follow
███████ seriously, can ya'll get together and figure out if you want us to respond or not? Half gets mad when we respond and then half gets mad when we don't. Figure it out once and for all and then let us know what you decide.

**Gastonia Police Department** ✓ · Follow
███████ it's a year old case, the officer cleared, and e criminal charges disposed of. This case has already been covered locally, nationally, amend globally. We would love to have some more media cover this and get our side of it!

**Gastonia Police Department** ✓ · Follow
███████ uhm because that statement he posted was written almost a year ago????

**Gastonia Police Department** ✓ · Follow
███████ sure.... He went to their website and searched for the almost year old article yesterday. If you find the link showing where the story was actually published yesterday we would love to see it!

**Gastonia Police Department** ✓ · Follow
███████ as we have stated publicly multiple times and as Mr. Rohrer already knows (because it was told to him in person at the august City Council meeting) DA Page consulted with the SBI a long time ago and they declined to investigate.

Like    Reply    36w



**Gastonia Police Department** ✔ · Follow

_____ not sure how much more clear we can make it.

D.A.Page consulted with the SBI a long time ago and after they looked at the facts and consulted with the D.A.'s office, they declined to investigate.

They were consulted, and they declined.. See how SBI operates for yourself below:

https://www.ncsbi.gov/Divisions/Special-Investigations



NCSBI.GOV
NCSBI - Special Investigations

ⓘ



**Gastonia Police Department** ✔ · Follow

_____ the reason we continue to respond is because there are people out there who want to keep this almost year-old closed case in the news cycle. New people continue to stumble across the multitude of YouTube and TikTok videos that people have posted and confide to post and think that this case is new. We still get "release the body cam" messages even though the body cam has been out for almost 2 months now. This post is a classic example, someone on here thought the article screen shots posted above were written yesterday. They were not, they were written almost a year ago. We respond because it appears nobody does basic research on facts before they post and therefore they post false or misleading information which we then have to continually correct. That is why we respond.



**Gastonia Police Department** ✔ · Follow

Joshua Rohrer is this the article you are referencing? The one where you spoke to Spectrum News One and they then pulled old information from previous articles to round out their story?

Perhaps you should have cleared it up then for your supporter that this statement/article was not written yesterday as he believed?

https://spectrumlocalnews.com/.../gastonia-homeless...



**Gastonia Police Department** ✔ · Follow

_____ feel free to file the FOIA to find out. Has ANY evidence whatsoever come out to support your claim other than the supporters pure speculation and conspiracy theories? The east way to find out the information, if you really wanted to find out, would be to go through the proper channels.



**Gastonia Police Department** ✔ · Follow

_____ as has been stated MULTIPLE times. They were clears of any wrong doing.

**Joshua Rohrer**
September 12, 2022 · 🌐

Wow Gastonia Police Department



POLICESCORECARD.ORG
**Police Scorecard**
The Police Scorecard evaluates police departments based on quantitative data on arrests, use of force, ...



**Gastonia Police Department** ✔ · Follow
Not exactly sure what you are trying to prove by posting that stat since #1 the stats listed are over 2 years old and they couldn't have 2021 numbers yet because our annual report for 2021 has not been released. #2 almost half of the datasets (7 out of 16) do not contain the data needed to compare to the other agencies (says incomplete in the field). We assume you are basing your argument on the "police accountability" section which has 2 out of 3 (66%) of the fields listed as "incomplete" (meaning no data available).



**Gastonia Police Department** ✔ · Follow
⬛⬛⬛⬛⬛ well, if you are not familiar with how "mentions" (which you also did) on Facebook works, If you mention us in a post, we get notified of that mention, which implies that you want us to interact with your post, which we are MORE than happy to do! The simple solution is that if you don't want us continually correcting your false information, don't mention us! Problem solved!



**Gastonia Police Department** ✔ · Follow
⬛⬛⬛⬛⬛ well, for starters that GPD killed Sunshine, that didn't happen, 2nd that Mr. Rohrer wasn't committing a crime, he was, 3rd that Mr. Rohrer cooperated, he didn't. 4th that the charges were dropped for lack of merit, they weren't, 5th, that Sunshine didn't bite/nip the officer, she did. 6th, that Officer Taylor's dad was head of internal affairs, he never has been, and 7th that his dad cleared Officer Taylor, his dad was not part of the investigation. That about sums it up.



**Gastonia Police Department** ✔ · Follow
⬛⬛⬛⬛⬛ oh, and as related to this specific post, Mr. Rohrer posting a misleading stat that is missing 7 out of 16 datasets and using it as a way to try and further an agenda and influence someone who doesn't look to verify the information or data provided, well in this case, NOT provided.



**Joshua Rohrer**
December 30, 2022 · 🌐

...

Gastonia Police Department still arresting homeless veterans for accepting donations from individuals. 9k cash bond for a homeless man with victimless "crimes" that have been deemed constitutional freedoms of speech. This needs to stop.



**Gastonia Arrest Inquiry**
December 29, 2022 · 🌐

Booking Date 12/29/2022 3:18 PM

Solicit Alms/Beg for Money

Injury, Personal Property

Failure to Appear, Misdemeanor

**Gastonia Police Department** ✓ · Follow
local media already covered this story (and quite accurately btw) along with covering Mr. Rohrer's plea deal over the course of the last 14 months. They also covered the officers being found to have committed no wrongdoing either in dept policy or criminal conduct.

**Gastonia Police Department** ✓ · Follow
it's been well over a year since this incident had happened and the case was closed when he agreed to his plea deal. The outlets who wanted to cover this case have covered this case.

Gastonia Police Department CNN Detroit News Fox News ABC News The New York Times Comcast Newsmakers Wall-Street.ro Bleacher Report I'm sure if we all keep tagging this story can and will make headlines again 🙏

Like   Reply   21w

**Gastonia Police Department** ✓ · Follow
let us know how that works out for you



**Gastonia Police Department** ✔ · Follow

█████ incorrect. Detective Taylor has never been the head of Internal Affairs. Also, the body cam law here in NC is what prevented the video from being released until Mr. Rohrer's plea deal was finalized.

█████

**Gastonia Police Department** when wcnc petitioned the court for the release of the footage, Travis Page and your all's lawyer - Laura burton - argued Against its release, saying it would prevent Joshua's "right to a fair Trial." to be clear, they argued that a video of what gradients happened would prevent a fair Trial.

at least Taylor had the first to resign.

Like   Reply   21w

courtesy*

Like   Reply   21w

**Gastonia Police Department** ✔ · Follow

█████ both sides have a right to a fair trail correct? The prosecution also has the right to not have their case prejudiced prior to criminal court proceedings and the judge agreed.

**Gastonia Police Department** ✔ · Follow

█████ the prosecution's position at the time was that the release of video before trial might prejudice potential jurors one way or the other. After hearing arguments from both sides, the judge agreed with the prosecution and ordered the body cam withheld until the resolution of the criminal charges. If you don't like the NC body cam law, petition your state representative here to have it changed.

**Gastonia Police Department** ✔ · Follow

█████ you might want to research SCOTUS opinions on the panhandling issue when it comes to Content Neutral vs Content Specific laws set by local governments.

Like   Reply   21w

**Joshua Rohrer**

**Gastonia Police Department** SCOTUS has ruled continually its our first amendment right

Like   Reply   21w

**Gastonia Police Department** ✔ · Follow

**Joshua Rohrer** you might want to do more in-depth research on that.

**Gastonia Police Department** ✔ · Follow

**Joshua Rohrer** GPD did not kill a service dog and you resisted a lawful arrest.



Joshua Rohrer
**Gastonia Police Department** I resisted how exactly

Like   Reply   21w

Gastonia Police Department ✓ · Follow
**Joshua Rohrer** it's on the body cam

Like   Reply   21w

Joshua Rohrer
**Gastonia Police Department** it's on the body cam that I was unlawfully assaulted arrested

Like   Reply   21w

Gastonia Police Department ✓ · Follow
**Joshua Rohrer** two separate grand juries disagreed with your assessment

Gastonia Police Department ✓ · Follow
███████████ as we have said before, people have been posting false and misleading information about this case since day 1. We will continue to set the record straight if such information is continually posted.

Gastonia Police Department ✓ · Follow
███████████ is your local police department dealing with YouTubers and podcasters who are trying to profit off an event by creating content that is intentionally misleading so as to generate clicks, views, and revenue for themselves?

Gastonia Police Department ✓ · Follow
███████████ this case is over 14 months old, has been closed for quite a while and the officers were cleared of any wrongdoing both internally and by the District Attorney's Office. Here is a quote excerpt from D.A. Page's statement several months ago "I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations."

Gastonia Police Department ✓ · Follow
███████████ go back and look through our page and videos and you can see exactly how GPD has worked with local members of the community. What you fail to seem to recognize is that Mr. Rohrer was repeatedly warned on multiple days that what he was doing was illegal and he chose to continue to go back to the same location and continue his illegal actions. He failed to cooperate with officers when they wanted to issue him a citation and release him. His actions led to his arrest.



**Gastonia Police Department** what you fail to recognize is chasing social media comments is a waste of resources. But as I said you, the individual that is responding would be out of a job if you didn't.

Like    Reply    21w



**Gastonia Police Department** ✅ · Follow

████████ it's not a waste of resources when it involves ensuring that people know the actual facts of a case. When people say GPD killed the dog, that didn't happen, when people say he wasn't committing a crime, he was, when people say he cooperated, he did not. We want people to know the facts of this case and so long as people continue to post false information on this case then we will continue to correct them.

Like    Reply    21w



**Gastonia Police Department** I never even brought up a specific case, so you are wasting time and resources, but as I said you, the individual responding are a waste of resources, you obviously don't understand how social media algorithms work, by responding constantly you are creating a vital event in social media, regardless of who did what wrong your response is flawed. 😂

Like    Reply    21w



**Gastonia Police Department** ✅ · Follow

████████ we don't consider providing factual information as being "flawed"



**Gastonia Police Department** ✅ · Follow

████████ ANY social media is about engagement right? Don't the algorithms promote posts that have more engagement? So if we respond and correct the constant stream of misinformation that gets posted that increases engagement correct? If engagement is increased then then that means more people see the truth right? We believe that the more people that see the truth about this case the better, so yes, we are working the algorithm to our advantage.



**Gastonia Police Department** ✅ · Follow

████████ the online issues don't go away because as we have said earlier, people are profiting off this event and have a vested interest in keeping this in the news cycle for as long as possible.



**Gastonia Police Department** ✅ · Follow

████████ we have explained multiple times that the ID he showed was VA ID card which by the VA's own website states that it is only used as a way of convenience for veterans to get discounts so that they don't have to carry around a DD214. The ID he presented did not have the required info needed to complete a NC criminal citation, what did have that information was his State issued ID that he had in his hand and refused to turn over to the officer so they could complete a citation and release him. Again, his actions led to his arrest.

**Gastonia Police Department** ✅ · Follow

████████ this can be found at VA.gov.

Veteran ID Card

A Veteran ID Card (VIC) is a digital photo ID you can use to get discounts for Veterans at many stores, businesses, and restaurants. When you have this card, you won't need to carry around your military discharge papers or share sensitive personal information to get discounts. And you don't need to request another type of photo ID card to prove you're a Veteran or to get retail or business discounts.



**Gastonia Police Department** ✓ · Follow
███████ The ID presented only had his name, photo, rank at discharge and branch of service on it. More personal identifiers are needed to complete the criminal citation. So no, the ID he presented did not have the necessary information needed for a criminal citation, once again, the N.C. ID he had in his hand and refused to turn over had the necessary info.

**Joshua Rohrer**
Gastonia Police Department like the address I didn't have bc I was homeless?

Like   Reply   21w

**Gastonia Police Department** ✓ · Follow
███████ and where did you hear that information? Is that on the October 9 body cam that we released? Seems like the two of them had a cordial conversation during that encounter.

Like   Reply   21w

███████
Gastonia Police Department an I correct he showed the NC driver's license and she said it didn't prove he he was because it was expired?

Like   Reply   21w

**Joshua Rohrer**
Gastonia Police Department following me and threatening me is cordial?

Like   Reply   21w

**Gastonia Police Department** ✓ · Follow
Joshua Rohrer you mean warning you that you were violating the law and asking about your service and if you checked into any assistance you could get?

Like   Reply   21w

███████
Gastonia Police Department that you say a Gastonia PD Officer telling a US Citizen to get out of a Gastonia and if he ever sees him again he'll arrest him defines Gastonia PD's idea of a cordial conversation.

I'll tell you Gastonia PD's idea of courtesy and cordiality. They didn't have the slightly problem with a Gastonia pd Officer driving drunk probably armed in their town. North Carolina Highway patrol had to step in and do Gastonia PD's job for them. That's serious "professional courtesy" don't you think?

Like   Reply   21w   Edited

**Gastonia Police Department** ✓ · Follow
███████ he refused to show the N.C. ID and claimed the reason he didn't want to show it was because it was expired. There is no penalty for having an expired ID.

Like   Reply   21w

**Gastonia Police Department** ✓ · Follow
███████ can you point to us where that occurred? We've watched the body cam from October 9 and 13 multiple times and don't remember hearing the conversation that you claim occurred.

 **Gastonia Police Department** ✓ · Follow
███████ if you have a masters degree in marketing then you understand the importance of "brand image" correct? If your brand was being continually maligned by people posting (either intentionally or unintentionally) misinformation and falsehoods, then as a marketing major you certainly understand the importance of setting the record straight so as to maintain your brand image or else if you do nothing, people see the misinformation, see no corrections to it, and then assume it must be true. Below is an article that you might find interesting:

https://grady.uga.edu/when-companies-are-attacked-by.../

 GRADY.UGA.EDU
When companies are attacked by misinformation, employees may be their best defense - Grady College

*i*

 **Gastonia Police Department** ✓ · Follow
███████ doesn't the ADA also say that dogs must be leashed/harnessed or otherwise under the handlers control? Clearly the dog was not leashed or harnessed. Please provide evidence from the video where Mr. Rohrer exhibited any control over Sunshine either by voice or hand gesture.

 **Gastonia Police Department** ✓ · Follow
███████ from the ADA website:

Service Animals Must Be Under Control

A service animal must be under the control of its handler. Under the ADA, service animals must be harnessed, leashed, or tethered, unless the individual's disability prevents using these devices or these devices interfere with the service animal's safe, effective performance of tasks. In that case, the individual must maintain control of the animal through voice, signal, or other effective controls.

Again, please show us any evidence in the video where Mr Rohrer showed ANY signs of controlling Sunshine. No voice commands were heard, no hand gestures given. The dog was allowed to roam free and was shown on video wandering into the roadway and no commands given for her not to do so.

███████████



**Gastonia Police Department** 400k views is maybe a few hundred bucks depending on CPM. Max maybe $1000. Wouldn't even cover the bond of the newest homeless person your department is extorting.

Like   Reply   21w



Gastonia Police Department ● · Follow

but yet it's profit correct? And that's only one particular YouTuber. You know as well as we do that multiple streamers have seized on the opportunity to publicize this case.

Like   Reply   21w                                                                          😩



**Gastonia Police Department** The totality of monetized views on the internet from videos of the awful police work that day doesn't come close to the taxpayer dollars you have spent on this case.

Like   Reply   21w                                                                     3

Gastonia Police Department ● · Follow

 which is why we are out here having to continually correct the false and misleading information that monetized channels have promoted. They do so as a way to not only make a profit off this event but they also use and promote those event as a way to grow their own sub base and thus make more profit from views on other videos down the road. We'd be curious to find out if all the streamers across IG, YT, TT, etc have ever donated any of their profits to either Mr. Rohrer or to local veteran agencies.



Gastonia Police Department ● · Follow

we have said multiple times over the last year that animal control was called but because a citizen had already picked her up and left the parking lot with her, animal control was unable to locate her at that time.



Gastonia Police Department ● · Follow

actually, the only facts we don't have is exactly how Sunshine ended up getting from the parking lot (we do know that she was picked up by a citizen and the citizen discarded her vest) to Mr. Rohrer's friends house in a neighboring County. As of yet, we don't believe we have ever seen any official reporting on how she ultimately ended up with his friend who then failed to properly secure her, let her escape and get hit by a car.



Gastonia Police Department ● · Follow

perhaps Mr. Rohrer could have NOT continued doing the criminal activity he was previously warned against and/or perhaps he could have cooperated with officers when they wanted to write him a citation and release him, or at a minimum properly had control of his dog per ADA requirements and then a citizen wouldn't have felt to need to take the dog from the parking lot to begin with.

Like   Reply   21w   Edited



Gastonia Police Department ● · Follow

they were released months ago! This is now over a year-old closed case but yet people keep stumbling across the videos made by various social media people and think this is a new case! We had one person comment "release the body cam" yesterday! Perhaps people should do their own research before assuming that everything they see posted by their favorite social media person is gospel.





**Gastonia Police Department** ✓ · Follow

the beauty of this country is that everyone is free to have an opinion. Some watch the video and believe the officers are in the wrong, some watch the video and believe Mr. Rohrer could have avoided the event. In the end, the officers were cleared of any wrong doing by both the department and by the District Attorney's Office.

Below is an excerpt from a quote given by the D.A.

"I believe then, as I do now, that the only criminal acts depicted in the body cam footage of October 13, 2021, were committed by Joshua Rohrer, who resisted, delayed, and obstructed the actions of officers Brooks and Taylor. On two occasions, a grand jury found probable cause to support those allegations."

It should also be noted that no media outlets are covering this case now, no Federal or State agencies wanted to pursue this case and no civil lawsuit has been filed. The case is closed and has been closed for quite a while yet there are people out there who have a vested interest in keeping this CLOSED case in the social media cycle for a long as possible.



**Gastonia Police Department** ✓ · Follow

you do realize the Eagle Team incident was around 35 years ago and the officers involved were charged, convicted, and sentenced to prison correct?



**Gastonia Police Department** you also said the video you posted showed Sunshine biting Taylor. It doesn't!

Like   Reply   21w



**Gastonia Police Department** ✓ · Follow

if the encounter that you allege occurred happened either on October 9 or October 13, then it is on our YT channel.

Like   Reply   21w



**Gastonia Police Department** ✓ · Follow

hence why we prefaced it by saying the body cam CAN't show everything. It also doesn't show her NOT biting him right? Again, the video is a small piece of the overall evidence that everybody looked at.



**Gastonia Police Department** ✓ · Follow

all the video related to interactions between Officer Taylor and Officer Brooks are on our YT channel. We know this may be hard for you to want to believe but again, a lot has been said about this case that is either patently false or misleading (intentional or otherwise) doesn't the fact that no outside agencies touched this case and no civil suit filled tell you something?



**Gastonia Police Department** ✓ · Follow

your proof of her not biting the officer is that there is no video of it right?

Like   Reply   21w

**Gastonia Police Department** ✓ · Follow
did you even watch this?

https://youtu.be/scYTJ6EI2Rk



YOUTUBE.COM
Partial Clip from October 13, 2021 Arrest of Joshua Rohrer that Shows where Dog Bite Occurred

*i*



**Gastonia Police Department** yes, that's the clip you posted showing Sunshine but Taylor. It doesn't! It doesn't even show Taylor's feet!!

Like    Reply    21w



**Gastonia Police Department** ✔ · Follow
incorrect once again, the DA's office reached out to the NC State of Bureau of Investigation. The State SBI looked at the facts and declined to investigate any further. Do some independent research.

Like    Reply    21w



**Gastonia Police Department** you said you posted video of sunshine biting Taylor, You Didn't! The video you posted doesn't show Sunshine biting Taylor as you claim!

Like    Reply    21w    Edited



**Gastonia Police Department** show me the proof of you claim! I suspect it's like your story your video proves Sunshine bit Taylor.

Like    Reply    21w



**Gastonia Police Department** ✔ · Follow
which is WHY we said the body cam is incapable of showing every possible angle! The dog is clearly at his feet, you hear her bark, Officer Taylor let's out an audible response after the bite occurs and then you see Sunshine move away from the officers feet area. Just because the body cam didn't capture it doesn't it because he wasn't looking down at the dog at the time doesn't mean the bite didn't occur. The body cam is only one piece of evidence.

Like    Reply    21w



**Gastonia Police Department** then why do you say the video proves something it doesn't prove?

Like    Reply    21w



**Gastonia Police Department** ✔ · Follow
it's a closed case, you want proof of anything related to this case, file a FOIA.

Like    Reply    21w



**Gastonia Police Department** ✔ · Follow
because that is your logic right? By your logic, the bite never happened because you don't see it, in reality, the bite occurred but was not captured by the body cam. Just like of something f happened behind the officers back and the body cam didn't capture it, does that mean it must not have happened? Again, the body cam was one piece of overall evidence in this CLOSED case.



**Gastonia Police Department** ✔ · Follow
As we have stated multiple times now, the video of the officer discharging his taser toward Sunshine was released already.

Before you challenge us to release videos, you might want to research how the body cam law here in NC actually works. The body cam that was petitioned for release by the Rohrer camp and the police camp was released.



**Gastonia Police Department** ✓ · Follow

GPD did not strip Sunshine of her vest. To the best of of our knowledge, the citizen who picked her up the parking lot took the vest off her and (we would have to check the video again) but we believe the vest was either found in the parking lot by an officer or a citizen who then turned the vest over to us.

Like   Reply   21w

**Gastonia Police Department** ✓ · Follow

again, we can't help the fact that the facts of this case don't line up with what you've been told or the way you personally viewed and reacted to video. Everybody has different reactions but the facts are the facts and in this case, the facts led to the officers being cleared of any wrong doing, Mr. Rohrer accepting a plea deal that involved his Oct 13 charges and the case being closed.

**Gastonia Police Department** ✓ · Follow

he agreed to a plea deal. He could have taken his criminal charges to trial where additional evidence may have come out and perhaps he could have proven his innocence but that's not what he chose to do now was it? So also by your logic, he was never found not guilty right? Also, the State sets the requirements needed for officers to compete a criminal citation.

**Gastonia Police Department** ✓ · Follow

what constitutional rights were violated in your opinion because again, the people charged with actually investigating this case found NO violations of constitutional rights.

**Gastonia Police Department** ✓ · Follow

you parrot back the same talking points as everybody else has for the last 14 months. Your comment was indicative of having watched the same false information continually being perpetuated by the people making videos and trying to profit off this event. We know exactly why you said what you did.

**Gastonia Police Department** ✓ · Follow

as long as people continue to post false and misleading information about this over year-old CLOSED case, we will continue to correct them.

**Joshua Rohrer**
January 3 · ⊘

Gastonia Police Department continues to harass the homeless and violate first amendment rights.



**Gastonia Arrest Inquiry**
January 3 · ⊘

Booking Date 1/3/2023 11:20 AM
Release Date

Solicit Alms/Beg for Money

**Gastonia Police Department** ✓ · Follow
Since you tagged us once again, then allow us to respond by saying that individuals who commit acts that are against the law are subject to arrest.

Under certain situations, It is illegal to panhandle. If you chose to break the law, then you run the risk of being arrested, plain and simple.

**Gastonia Police Department** ✓ · Follow
you might want to do some additional research on SCOTUS opinions on the matter.

**Gastonia Police Department** ✓ · Follow
just making sure to correct any false or misinformation being spread out there and we don't mind answering if someone has a reasonable question.



**Joshua Rohrer**
January 3 · 🌐

Gastonia Police Department just loves violating first amendment rights that SCOTUS has ruled on numerous times. Stop harassing the homeless!

**Gastonia Arrest Inquiry**
January 3 · 🌐

Booking Date 1/2/2023 5:16 PM

Solicit Alms/Beg for Money

**Gastonia Police Department** ✓ · Follow
Since you tagged us once again, then allow us to respond by saying that individuals who commit acts that are against the law are subject to arrest.

Under certain situations, It is illegal to panhandle. If you chose to break the law, then you run the risk of being arrested, plain and simple.

**Gastonia Police Department** ✓ · Follow
look up Content Neutral vs Content Specific laws when it comes to panhandling (i.e. time and place restrictions).

**Gastonia Police Department** ✓ · Follow
Joshua Rohrer incorrect, you yourself were told that you could move onto the sidewalk and you would be fine but that's not what you chose to do now did you?



**Joshua Rohrer**
Gastonia Police Department I see you edited your comment. I am correct. Maybe you should learn the laws and the constitution. I see you are also continuing to harass me.

Like   Reply   21w                                              💬 2

**Gastonia Police Department** ✓ · Follow
Joshua Rohrer we edited it to add the last part about you being told that you could move on the sidewalk and be fine but you chose not to.

Like   Reply   21w   Edited

**Joshua Rohrer**
Gastonia Police Department yes you edited it to harass me

**Gastonia Police Department** ✓ · Follow
Joshua Rohrer as long as you keep posting false and misleading information, we will continue correcting you with the facts. The fact that you were told you could move onto the sidewalk and you're be fine is on the October 9 body cam video.

Like   Reply   21w                                              😊 2

**Gastonia Police Department** ✓ · Follow
███████ we caught that and corrected it right away after it was posted. Typing on a phone is not always easy but thanks for pointing that mistake out.

**Gastonia Police Department** ✓ · Follow
Joshua Rohrer if you are talking about October 9, the video of the encounter of you on the sidewalk is available for everyone to see and determine if you were harassed or not.

**Gastonia Police Department** ✓ · Follow
███████ or perhaps the law that these individuals are being charged with is valid and has been upheld by the courts.

**Gastonia Police Department** ✓ · Follow
███████ here is the law they are charged with:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.

**Gastonia Police Department** ✓ · Follow
███████ or maybe your not familiar with the circumstances of the arrest/encounter.

**Gastonia Police Department** ✓ · Follow
███████ not sure what else to tell you, the recent arrests are the same as Mr. Rohrer's Oct 2021 charges and the laws are still on the books and being enforced.

**Gastonia Police Department** ✓ · Follow
███████ what's the very bottom charge say?

Like   Reply   21w

**Gastonia Police Department** ✓ · Follow
███████ looks like the same charge. Except Mr Felton didn't resist his arrest.

**Gastonia Police Department** ✓ · Follow
███████ his charges were dismissed as part of a plea deal to get him into a Veterans Treatment Court. He also wasn't found innocent by a judge or jury of his peers either correct?

 **Gastonia Police Department** ✔ · Follow

⬛ Mr Rohrer could have taken all his charges to court and potentially been found not guilty. He initially rejected a plea offer in December of 21 but later decided to accept the same exact plea deal 6 months later. in most plea deals, defendants agree to plea to lesser charges and have more serious charges dropped. In this case, Mr. Rohrer agreed to plea guilty to the (arguably) more serious crime of driving on a revoked license and have the (arguably) lesser charge of panhandling dropped. He was also placed on 24 months of supervised probation for driving while his license revoked. We are sure you know that having supervised probation is more serious than defendants who are placed on unsupervised probation. Perhaps Mr. Rohrer and his attorney looked at all the options and possibilities and decided that taking the plea offer was in his best interest.

Like　Reply　21w　Edited

 **Joshua Rohrer**
**Gastonia Police Department** I did not plea to those charges

Like　Reply　21w

 **Gastonia Police Department** ✔ · Follow
**Joshua Rohrer** direct quote from the DA "Pursuant to an arrangement with the District Attorney's Office, Joshua Rohrer pled guilty to an unrelated charge of Driving While License Revoked (DWLR) on July 6, 2022. The presiding District Court Judge sentenced Mr. Rohrer to a probationary term of twenty-four (24) months upon the condition that Mr. Rohrer participates in the Catawba County Veterans' Treatment Court. In exchange for his guilty plea and participation in the Veterans' Treatment Court, the District Attorney's Office has dismissed the charges stemming from Mr. Rohrer's October 13, 2021 arrest"

---

## Edit History 

 **Gastonia Police Department**
Joshua Rohrer did your plea agreement include your October 13 charges yes or no?

January 3

 **Gastonia Police Department**
Joshua Rohrer did your plea agreement include the disposition of your October 13 charges yes or no?

January 3

---

 **Gastonia Police Department** ✔ · Follow
⬛ we are quite families with the laws, particularly the laws here in NC. The laws that these individuals are being charged with have been on the books and enforced for quite some time and have withstood court scrutiny. If you do not like a particular set of laws or how they are worded or how they are enforced then contact your local N.C. State representative and work to get the law(s) changed.

 **Gastonia Police Department** ✔ · Follow
⬛ this is the law as written:

Section 6-228 prohibits soliciting or accepting contributions while in a street or median from the occupants of a stopped vehicle.