# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:23-CV-00396-RJC-SCR

| | |
|---|---|
| **JOSHUA G. ROHRER,** | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| **CITY OF GASTONIA, et. al.,** | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Joseph W. Mead, Amy L. Marshak, Elizabeth R. Cruikshank, Shelby B. Calambokidis and Seth Wayne]" (Doc. No. 3-7) filed July 7, 2023. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: July 7, 2023

Susan C. Rodriguez
United States Magistrate Judge