IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

AT CHARLOTTE

JOSHUA G. ROHRER,

      Plaintiff,

v.            CIVIL ACTION NO. 3:23-cv-00396

CITY OF GASTONIA,
*ET AL.*,

      Defendants.

## ORDER

This matter was referred to the undersigned for a judicial settlement conference/mediation and shall take place on **Wednesday, February 25, 2026, at 1:30 p.m., at the United States Courthouse, Charles R. Jonas Federal Building, Courtroom #1B, 401 West Trade Street, Charlotte, North Carolina 28202**, with the undersigned serving as mediator.

Attendance at the conference is mandatory. It is also mandatory that the participants have full authority to make final and binding decisions for the parties. **Failure to have a person present at the mediation who has full and final authority to resolve the matter without having to contact others to get additional authority will result in sanctions.**

The Court further **ORDERS** that **by end of business (5:00 pm) on Wednesday, February 11, 2026,** the parties shall submit to the mediator, *ex parte* and *in camera*, a concise statement of the essential elements of the claims and defenses asserted, and the proof of each. The submission shall be identified prominently and clearly as "MEDIATION MATERIALS." The submission shall include a statement of the factor which is the greatest obstacle to settlement and at least one

1

suggestion to overcome it. The submission also shall include at least one paragraph discussing the parties' relevant positions of settlement. This submission may be emailed to the law clerk of the undersigned: Heather_Kropac@wvsd.uscourts.gov.

All counsel and mediating parties must be prepared to negotiate openly and in good faith, and in an effort to reach a fair and reasonable settlement.

All proceedings and statements made during the mediation conference shall be privileged and confidential and shall not be disclosed by the mediator to the assigned Judge, or any person, unless specifically authorized by the interested parties or their counsel.

The Clerk is requested to transmit copies of this Order to counsel of record and to any unrepresented party.

**ENTER: January 16, 2026.**

_____
Omar J. Aboulhosn
United States Magistrate Judge