IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
AT CHARLOTTE

**JOSHUA G. ROHRER,**

**Plaintiff,**

**v.** **CIVIL ACTION NO. 3:23-cv-00396**

**CITY OF GASTONIA,**
***ET AL*.,**

**Defendants.**

**MEDIATION REPORT**

On February 25, 2026, the undersigned conducted mediation with the parties in this matter in person. I regret to report that parties were unable to reach a settlement agreement in this matter.

Entered this the 25th day of February, 2026.

Omar J. Aboulhosn
United States Magistrate Judge