IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Case No. 3:23-cv-00396

| | | |
|---|---|---|
| JOSHUA ROHRER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT MOTION TO STAY** |
| | ) | **DISCOVERY DEADLINES** |
| CITY OF GASTONIA, CIERRA | ) | |
| BROOKS, MAURICE TAYLOR III, | ) | |
| RICK GOODALE, J. DOE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOW COME Plaintiff and Defendants, by and through undersigned counsel, and respectfully request this Court for entry of an Order staying all discovery deadlines in this matter for a brief period to allow the parties to finalize a settlement agreement.

In support of this Motion, the parties show as follows:

1. The parties have reached an agreement in principle to resolve this matter.

2. The parties are in the process of preparing and finalizing a written settlement agreement and related documents.

3. In light of the parties' agreement in principle, continued participation in discovery at this time would be unnecessary and would result in the expenditure of additional time and resources that may be avoided upon finalization of the settlement.

4. Good cause exists for a temporary stay of discovery deadlines to allow the parties to complete the settlement process.

5.     The parties anticipate that the settlement documents can be finalized within thirty (30) days and will file a dismissal upon completion.

WHEREFORE, the parties respectfully request that this Court enter an Order staying all discovery deadlines in this matter for a period of 30 days, or until further Order of the Court.

This the 27th day of May, 2026.

 /s/ David G. Guidry
David G. Guidry
*Attorney for Plaintiff*

 /s/ Elizabeth Cruikshank
Shelby Calambokidis
Elizabeth R. Cruikshank
Rupa Bhattacharyya
Seth Wayne
*Attorney for Plaintiff*

 /s/ Sean F. Perrin
Sean F. Perrin
*Attorney for Rick Goodale*

/s/ Patrick Flanagan
Patrick H. Flanagan, State Bar #17407
John P. Wright, State Bar #55109
*Attorney for Defendants City of Gastonia, Maurice Taylor III, and Cierra Brooks*

/s/Laura S. Burton
Laura S. Burton
Attorney for Defendants City of Gastonia, Maurice Taylor III, and Cierra Brooks

/s/Eric Edgerton
Eric Edgerton
*Attorney for Defendants City of Gastonia, Maurice Taylor III, and Cierra Brooks*

2

4919-6765-3551, v. 1

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that the undersigned has this day electronically filed the foregoing ***JOINT MOTION TO STAY DISCOVERY DEADLINES*** with the Clerk of Court using the CM/ECF system:

| | |
|---|---|
| David G. Guidry<br>Guidry Law Firm<br>david@guidrylawfirm.com<br>*Attorney for Plaintiff* | Shelby Calambokidis<br>Elizabeth R. Cruikshank<br>Amy Marshak<br>Joseph W. Mead<br>Seth Wayne<br>Institute for Constitutional Advocacy<br>and Protection<br>Georgetown University Law Center<br>jm3468@georgetown.edu<br>erc56@georgetown.edu |
| Sean F. Perrin<br>Womble Bond Dickinson LLP<br>Sean.Perrin@wbd-us.com<br>*Attorney for Rick Goodale* | |

This the 27th day of May, 2026.

**CRANFILL SUMNER LLP**

BY: /s/ Patrick Flanagan
Patrick H. Flanagan, State Bar #17407
John P. Wright, State Bar #55109
*Attorney for Defendants City of Gastonia,*
*Maurice Taylor III, and Cierra Brooks*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
phf@cshlaw.com
jwright@cshlaw.com

3

4919-6765-3551, v. 1